*United States Court of Appeals*
*District of Columbia Circuit*
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 / Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
**(To be completed by appellant)**

1. Appellate Case Number: __24-3021__   1a. Criminal Action Number: __20-0066-(RDM)-2__
2. Case Name: __United States v. Murali Yamazula Venkata__
3. Appellant's Name: __Murali Yamazula Venkata__
   3a. Appellant's Defendant No: __02__   Appellant's Fed. Reg. No: __35716-016__
4. Date of Conviction: __April 11, 2022__   4a. Date of Sentence: __February 26, 2024__
5. Name of District Court Judge: __Randolph D. Moss__
6. Date Notice of Appeal Filed: __February 12, 2024__
7. Offense(s) of Conviction: __18 U.S.C. § 371 Conspiracy to Defraud the United States; 18 U.S.C. § 641 Theft of Government Property; 18 U.S.C. § 1343 Wire Fraud; 18 U.S.C. § 1519 Destruction of Records in a Federal Investigation__
8. Did appellant plead guilty?   ☐ Yes ☒ No
9. What sentence was imposed? __41 months' incarceration; 24 months' S/R; $400.00 S/A; $296.00 Restitution__
10. How much of the sentence has appellant served? __Unknown__
11. Is appellant challenging the conviction?   ☒ Yes ☒ No
12. Is appellant challenging the sentence?   ☒ Yes ☐ No
13. Has appellant filed a post-conviction motion?   ☐ Yes ☒ No
    If yes, what motion, date filed, and disposition: _____
14. Is appellant incarcerated?   ☐ Yes ☒ No
    If yes, where: _____
    If no, address and phone number: _____
15. Has appellant moved for release pending appeal in District Court?   ☐ Yes ☒ No
    If yes, date filed and disposition: _____
    If no, does defendant intend to file such a motion in the District Court?   ☐ Yes ☒ No
16. Will appellant file a motion for release pending appeal in court of appeals?   ☐ Yes ☒ No
17. Did appellant have court-appointed counsel in District Court?   ☒ Yes ☐ No **[FPD appointed]**
18. Does counsel appointed in District Court wish to continue on appeal?   ☒ Yes ☐ No
19. Did defendant have retained counsel in District Court?   ☐ Yes ☒ No
    If yes, will case proceed on appeal with retained counsel?   ☐ Yes ☒ No
    If no, will appellant seek appointment of counsel on appeal?   ☒ Yes ☐ No
    If no, has a motion to proceed in forma pauperis been filed?   ☐ Yes ☒ No **[FPD appointed]**
20. Has counsel ordered transcripts?   ☒ Yes ☐ No
21. If yes, from what proceedings: __3/6/20, 3/10/20, 5/1/20, 7/20/20, 9/16/20, 11/17/20, 1/26/21, 4/28/21, 10/20/21, 10/25/21, 1/31/22, 3/21/22, 3/25/22, 3/28/22, 3/29/22, 3/30/22, 3/31/22, 4/1/22, 4/4/22, 4/5/22, 4/06/22, 4/7/22, 4/8/22, 4/11/22, 8/29/23, 1/4/24, 1/26/24.__
22. If yes, when will transcripts be completed? __Unknown__
23. Did counsel seek expedited preparation of sentencing transcripts?   ☒ Yes ☐ No

Signature __/s/__   Date __April 2, 2024__
Name of Party (Print) __Murali Yamazula Venkata__
Name of Counsel (Print) __Tony Axam, Jr.__
Firm Address __Federal Public Defender - 625 Indiana Avenue, N.W., Suite 550, Washington, DC 20004__
Phone No. __(202) 208-7500__   Fax No. __(202) 208-7515__

Note: In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the

*United States Court of Appeals*
*District of Columbia Circuit*

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 / Facsimile: 202-219-8530

# CRIMINAL DOCKETING STATEMENT
**(To be completed by appellant)**

challenged statement.   Attach a certificate of service to this form.

**USCA Form 43**
**August 2009 (Revised)**