

**U.S. Department of Justice**

Criminal Division

*Appellate Section*                                   *Washington, D.C. 20530*

Mark Langer
Clerk of Court
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *United States v. Venkata*, Case No. 24-3021

Dear Mr. Langer:

On April 2, 2024, counsel for Appellant Murali Yamazula Venkata filed a Criminal Docketing Statement in the above-captioned appeal. Pursuant to the Note on the Criminal Docketing Statement, the government respectfully notifies the Court that the Criminal Docketing Statement contains the following inaccuracies:

- The Statement incorrectly states that a sentence of 41 months' incarceration was imposed. The appellant was sentenced to 4 months' incarceration.

- The Statement states that the appellant has not filed a post-conviction motion. On May 20, 2022, the appellant filed Motions for Judgment of Acquittal and New Trial pursuant to Federal Rule of Criminal Procedure 29 and 33 in the district court. On January 3, 2024, the district court denied the Motions.

- The Statement states that the appellant is not incarcerated. Based on information received by the government, appellant is currently incarcerated at FCI Hazelton.

Respectfully,

/s/ W. Connor Winn
W. CONNOR WINN
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 669-6551
William.Winn@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that, on April 9, 2024, I served an electronic copy of this letter on all litigants via the Court's ECF system. I certify that all participants in the case are registered ECF users and that service will be accomplished through the ECF system.

                                              /s/ *W. Connor Winn*
                                                 W. Connor Winn