**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF COLUMBIA**
**SUITE 550**
**625 INDIANA AVENUE, N.W.**
**WASHINGTON, D.C.  20004**

**A.J. KRAMER**                                                                    **Telephone (202) 208-7500**
*Federal Public Defender*                                                          **FAX (202) 208-7515**


April 9, 2024


Honorable Mark J. Langer, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001

         Re:    *United States v. Murali Yamazula Venkata*, No. 24-3021

Dear Mr. Langer:

      In a letter filed today, April 9, 2024, the government brought to the Court's attention three inaccuracies in appellant's docketing statement. Undersigned counsel thanks the government for identifying and correcting these inaccuracies, and apologizes for the mistaken filing. In the shuffle of having multiple versions of the document open, an incorrect one was filed.


                   Respectfully submitted,


                   A.J. KRAMER
                   FEDERAL PUBLIC DEFENDER


                   _____/s/_____
                   TONY AXAM, JR.
                   Assistant Federal Public Defender
                   625 Indiana Ave., N.W., Suite 550
                   Washington, D.C. 20004
                   (202) 208-7500
                   tony_axam@fd.org
                   *Counsel for Appellant Murali Venkata*