# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 24-3021**                                   **September Term, 2024**

**1:20-cr-00066-RDM-2**

**Filed On: November 4, 2024** [2083541]

United States of America,

        Appellee

    v.

Murali Yamazula Venkata,

        Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in this case within 30 days of the Supreme Court's disposition of <u>Kousisis v. United States</u>, No. 23-909 (cert. granted June 17, 2024).

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:   /s/
            James A. Kaiser
            Deputy Clerk