UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| vs. ) | No. 24-3021 |
| ) | |
| MURALI VENKATA, ) | |
| ) | |
| Appellant. ) | |
| ) | |

**APPELLANT'S UNOPPOSED MOTION TO
GOVERN FUTURE PROCEEDINGS**

On November 11, 2024, this Court placed Appellant, Murali Venkata's case in abeyance pending the Supreme Court's ruling in *Kousisis v. United States*, No. 23-909. On May 22, 2025, the Supreme Court issued its ruling in *Kousisis*. Through undersigned counsel, Mr. Venkata now respectfully moves this Court to remove the case from abeyance and allow Mr. Venkata's appeal to proceed in its ordinary course.

When the Court enters a briefing schedule, counsel for Mr. Venkata requests 90 days to prepare Appellant's opening brief, consistent with briefing deadlines requested in other cases.

1

WHEREFORE, appellant respectfully requests that this motion be granted.

                                      Respectfully submitted,

                                      A. J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                      /s/
                                      MATTHEW L. FARLEY
                                      Assistant Federal Public Defender
                                      625 Indiana Avenue, N.W.
                                      Washington, D.C. 20004
                                      (202) 208-7500
                                      Matthew_Farley@fd.org

## **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

I hereby certify, pursuant to Federal Rule of Appellate Procedure 32(a), that the foregoing Motion to Govern was prepared in monospaced typeface using Microsoft Word Times New Roman 14-point font and contains 100 words in compliance with the Court's type-volume limits.

/s/
MATTHEW L. FARLEY
Assistant Federal Public Defender