# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3021**                       **September Term, 2024**

**1:20-cr-00066-RDM-2**

**Filed On: June 24, 2025** [2122020]

United States of America,

    Appellee

    v.

Murali Yamazula Venkata,

    Appellant

### O R D E R

Upon consideration of appellant's unopposed motion to govern future proceedings, it is

**ORDERED** that this case be returned to the court's active docket and that the following briefing schedule now apply in this case:

| | |
|---|---:|
| Appellant's Brief | September 22, 2025 |
| Appendix | September 22, 2025 |
| Appellee's Brief | October 22, 2025 |
| Appellant's Reply Brief | November 12, 2025 |

                                                               **FOR THE COURT:**
                                                               Clifton B. Cislak, Clerk

                                         BY:    /s/
                                                        Louis Karl Fisher
                                                        Deputy Clerk