# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3021**                                **September Term, 2025**

1:20-cr-00066-RDM-2

Filed On: September 18, 2025 [2135711]

United States of America,

       Appellee

   v.

Murali Yamazula Venkata,

       Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 6, 2025 |
| Appendix | November 6, 2025 |
| Appellee's Brief | December 8, 2025 |
| Appellant's Reply Brief | December 29, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Louis Karl Fisher
Deputy Clerk