# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3021**                         **September Term, 2025**

1:20-cr-00066-RDM-2

Filed On: November 3, 2025 [2143421]

United States of America,

       Appellee

   v.

Murali Yamazula Venkata,

       Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellant's Brief | December 8, 2025 |
| Appendix | December 8, 2025 |
| Appellee's Brief | January 7, 2026 |
| Appellant's Reply Brief | January 28, 2026 |

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:    /s/
                                Louis Karl Fisher
                                Deputy Clerk