# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3021**                        **September Term, 2025**

**1:20-cr-00066-RDM-2**

**Filed On: December 22, 2025** [2151695]

United States of America,

    Appellee

  v.

Murali Yamazula Venkata,

    Appellant

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | March 6, 2026 |
| Appellant's Reply Brief | March 27, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Louis Karl Fisher
Deputy Clerk