**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C.   20004

**A.J. KRAMER**
*Federal Public Defender*

**MATTHEW L. FARLEY**
*Assistant Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

February 24, 2026

Clifton Cislak, Clerk
United States Court of Appeals
For the District of Columbia Circuit
333 Constitution Ave. NW, Room 5423
Washington, D.C. 20001-2866

RE: *United States v. Murali Yamazula Venkata*, No. 24-3021

Dear Mr. Langer,

    Pursuant to D.C. Circuit Handbook Part X(D), I am writing to inform the Court of my unavailability for oral argument in the case of *United States v. Murali Yamazula Venkata.* I will be unavailable from May 25, 2026, through June 3, 2026, and respectfully request that the Court not schedule oral argument during this period.

Sincerely,

/s/
Matthew L. Farley
Assistant Federal Public Defender

cc:
Celia Choy, Esq.
Celia.Choy@usdoj.gov
Counsel for Appellee