ORAL ARGUMENT NOT YET SCHEDULED

No. 24-3021

# In the United States Court of Appeals for the District of Columbia Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*

v.

MURALI YAMAZULA VENKATA,
*Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
D. CT. NO. 1:20-CR-00066-RDM-2 (MOSS, J.)

SUPPLEMENTAL APPENDIX

JEANINE F. PIRRO
United States Attorney

CHRISELLEN R. KOLB
Appellate Chief
District of Columbia

A. TYSEN DUVA
Assistant Attorney General

JOSH A. GOLDFOOT
Deputy Assistant Attorney General

CELIA CHOY
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 535-7384
Celia.Choy@usdoj.gov

## TABLE OF CONTENTS


1/14/22 Co-Defendant Edwards' Plea Agreement (Dkt. 79)................1

1/14/22 Co-Defendant Edwards' Statement of Offense (Dkt. 80)........................................................................14

3/7/22 Government's Proposed Instructions to the Jury During Trial and Final Jury Instructions (Dkt. 97).............24

4/5/22 Court's Draft Final Jury Instructions (Dkt. 136-1)..............42

4/6/22 Court's Draft Final Jury Instructions (Dkt. 143-1)............101

4/11/22 Jury Verdict Form (Dkt. 154) ............................................161

Government Exhibit 1 ..........................................................164

Government Exhibit 9 ..........................................................165

Government Exhibit 10A ......................................................166

* Government Exhibit 19 ........................................................173

* Government Exhibit 22 ........................................................194

* Government Exhibit 29 ........................................................207

Government Exhibit 35 ........................................................211

Defense Exhibit 26A..............................................................214

Defense Exhibit 28A..............................................................219


* These documents have been redacted for purposes of appeal to protect personally identifiable information.

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 4, 2021

Mr. Jonathan S. Jeffress
Counsel for Charles Edwards
Kaiser Dillon PLLC
1099 14th Street NW
Washington, D.C. 20005

Re: United States v. Charles Edwards
Criminal Case No. 20-cr-66

Dear Mr. Jeffress:

This letter sets forth the full and complete plea offer to your client, Charles Edwards (hereinafter referred to as "your client" or "defendant"), from the Office of the United States Attorney for the District of Columbia and the Public Intregrity Section of the Criminal Division of the Department of Justice (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the Plea Agreement ("this Agreement"). The plea offer expires on Thursday, January 6. The terms of the offer are as follows:

**1. Charges and Statutory Penalties**

Your client agrees to plead guilty to Count One of the Indictment, charging your client with Conspiracy to Commit Theft of Government Property, in violation of 18 U.S.C. § 371, and Count Two of the Indictment, charging your client Theft of Government Property, in violation of 18 U.S.C. § 641. (Your client is not required to plead guilty to the wire fraud object of Count One pursuant to this Agreement.)

Your client understands that a violation of 18 U.S.C. § 371 carries a maximum sentence of 5 years of imprisonment; a fine of $250,000 or twice the pecuniary gain or loss of the offense, pursuant to 18 U.S.C. §§ 371 and 3571; a term of supervised release of not more than 3 years,

pursuant to 18 U.S.C. § 3583(b)(2); mandatory restitution under 18 U.S.C. § 3663A; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

Your client understands that a violation of 18 U.S.C. § 641 carries a maximum sentence of 10 years of imprisonment; a fine of $250,000 or twice the pecuniary gain or loss of the offense, pursuant to 18 U.S.C. §§ 641 and 3571; a term of supervised release of not more than 3 years, pursuant to 18 U.S.C. § 3583(b)(2); mandatory restitution under 18 U.S.C. § 3663A; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

In addition, your client agrees to pay a special assessment of $100 per felony conviction to the Clerk of the United States District Court for the District of Columbia. Your client also understands that, pursuant to 18 U.S.C. § 3572 and § 5E1.2 of the United States Sentencing Commission, *Guidelines Manual* (2021) (hereinafter "Sentencing Guidelines," "Guidelines," or "U.S.S.G."), the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation. Further, your client understands that, if your client has two or more convictions for a crime of violence or felony drug offense, your client may be subject to the substantially higher penalties provided for in the career-offender statutes and provisions of the Sentencing Guidelines.

## 2. <u>Factual Stipulations</u>

Your client agrees that the attached "Statement of Offense" fairly and accurately describes your client's actions and involvement in the offenses to which your client is pleading guilty. Please have your client sign and return the Statement of Offense as a written proffer of evidence, along with this Agreement.

## 3. <u>Additional Charges</u>

In consideration of your client's guilty plea to the above offenses, your client will not be further prosecuted criminally by this Office for the conduct set forth in the attached Statement of Offense. The Government will request that the Court dismiss the remaining counts in the Indictment at the time of sentencing. Your client agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

## 4. <u>Sentencing Guidelines Analysis</u>

Your client understands that the sentence in this case will be determined by the Court, pursuant to the factors set forth in 18 U.S.C. § 3553(a), including a consideration of the applicable guidelines and policies promulgated by the Sentencing Guidelines. Pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B), and to assist the Court in determining the appropriate sentence, the parties agree to the following:

### A. Estimated Offense Level Under the Guidelines

The parties agree that the following Sentencing Guidelines sections apply:

| | | |
|---|---|---|
| U.S.S.G. §§ 2X1.1(a)/2B1.1(a)(1) | Base Offense Level | 6 |
| U.S.S.G. § 2B1.1(b)(1)(J) | Specific Offense Characteristic: More than $3,500,000 loss | 18 |
| U.S.S.G. § 3B1.1(c) | Role in the Offense: Organizer/Leader | 2 |
| | Total | 26 |

Acceptance of Responsibility:

The Government agrees that a 2-level reduction will be appropriate, pursuant to U.S.S.G. § 3E1.1, provided that your client clearly demonstrates acceptance of responsibility, to the satisfaction of the Government, through your client's allocution, adherence to every provision of this Agreement, and conduct between entry of the plea and imposition of sentence. Furthermore, assuming your client has accepted responsibility as described in the previous sentence, the Government agrees that an additional 1-level reduction will be appropriate, pursuant to U.S.S.G. § 3E1.1(b), because your client has assisted authorities by providing timely notice of your client's intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

Nothing in this Agreement limits the right of the Government to seek denial of the adjustment for acceptance of responsibility, pursuant to U.S.S.G. § 3E1.1, and/or imposition of an adjustment for obstruction of justice, pursuant to U.S.S.G. § 3C1.1, regardless of any agreement set forth above, should your client move to withdraw your client's guilty plea after it is entered, or should it be determined by the Government that your client has either (a) engaged in conduct, unknown to the Government at the time of the signing of this Agreement, that constitutes obstruction of justice, or (b) engaged in additional criminal conduct after signing this Agreement.

In accordance with the above, the Estimated Offense Level will be at least 23.

**B. Estimated Criminal History Category**

Based upon the information now available to this Office and representations by the defense, your client has no prior criminal convictions.

Accordingly, your client is estimated to have zero criminal history points and your client's Criminal History Category is estimated to be I (the "Estimated Criminal History Category"). Your client acknowledges that after the pre-sentence investigation by the United States Probation Office, a different conclusion regarding your client's criminal convictions and/or criminal history points may be reached and your client's criminal history points may increase or decrease.

### C. Estimated Guidelines Range

Based upon the Estimated Offense Level and the Estimated Criminal History Category set forth above, your client's estimated Sentencing Guidelines range is 46 months to 57 months (the "Estimated Guidelines Range"). In addition, the parties agree that, pursuant to U.S.S.G. § 5E1.2, should the Court impose a fine, at Guidelines level 23, the estimated applicable fine range is ~~$10,000 to $100,000~~. Your client reserves the right to ask the Court not to impose any applicable fine. $20,000 - $200,000 AKG J.P. Cooney JJ

The parties agree that, solely for the purposes of calculating the applicable range under the Sentencing Guidelines, neither a downward nor upward departure from the Estimated Guidelines Range set forth above is warranted. Except as provided for in the "Reservation of Allocution" section below, the parties also agree that neither party will seek any offense-level calculation different from the Estimated Offense Level calculated above in subsection A. However, the parties are free to argue for a Criminal History Category different from that estimated above in subsection B.

Your client understands and acknowledges that the Estimated Guidelines Range calculated above is not binding on the Probation Office or the Court. Should the Court or Probation Office determine that a guidelines range different from the Estimated Guidelines Range is applicable, that will not be a basis for withdrawal or recission of this Agreement by either party.

Your client understands and acknowledges that the terms of this section apply only to conduct that occurred before the execution of this Agreement. Should your client commit any conduct after the execution of this Agreement that would form the basis for an increase in your client's base offense level or justify an upward departure (examples of which include, but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to law enforcement agents, the probation officer, or the Court), the Government is free under this Agreement to seek an increase in the base offense level based on that post-agreement conduct.

### 5. Agreement as to Sentencing Allocution

The parties agree that a sentence within the Estimated Guidelines Range would constitute a reasonable sentence in light of all of the factors set forth in 18 U.S.C. § 3553(a), should such a sentence be subject to appellate review notwithstanding the appeal waiver provided below. Nevertheless, your client reserves the right to seek a sentence below the Estimated Guidelines Range based upon factors to be considered in imposing a sentence pursuant to 18 U.S.C. § 3553(a).

### 6. Reservation of Allocution

The Government and your client reserve the right to describe fully, both orally and in writing, to the sentencing judge, the nature and seriousness of your client's misconduct, including any misconduct not described in the charges to which your client is pleading guilty, to inform the presentence report writer and the Court of any relevant facts, to dispute any factual inaccuracies in the presentence report, and to contest any matters not provided for in this Agreement. The parties

also reserve the right to address the correctness of any Sentencing Guidelines calculations determined by the presentence report writer or the court, even if those calculations differ from the Estimated Guidelines Range calculated herein. In the event that the Court or the presentence report writer considers any Sentencing Guidelines adjustments, departures, or calculations different from those agreed to and/or estimated in this Agreement, or contemplates a sentence outside the Guidelines range based upon the general sentencing factors listed in 18 U.S.C. § 3553(a), the parties reserve the right to answer any related inquiries from the Court or the presentence report writer and to allocute for a sentence within the Guidelines range, as ultimately determined by the Court, even if the Guidelines range ultimately determined by the Court is different from the Estimated Guidelines Range calculated herein.

In addition, if in this Agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government and your client reserve the right to full allocution in any post-sentence litigation. The parties retain the full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

7. **Court Not Bound by this Agreement or the Sentencing Guidelines**

Your client understands that the sentence in this case will be imposed in accordance with 18 U.S.C. § 3553(a), upon consideration of the Sentencing Guidelines. Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing or to grant a downward departure based on your client's substantial assistance to the Government, even if the Government files a motion pursuant to 18 U.S.C. § 3553(e) and/or § 5K1.1 of the Sentencing Guidelines. Your client understands that neither the Government's recommendation nor the Sentencing Guidelines are binding on the Court.

Your client acknowledges that your client's entry of a guilty plea to the charged offenses authorizes the Court to impose any sentence, up to and including the statutory maximum sentence, which may be greater than the applicable Guidelines range. The Government cannot, and does not, make any promise or representation as to what sentence your client will receive. Moreover, it is understood that your client will have no right to withdraw your client's plea of guilty should the Court impose a sentence that is outside the Guidelines range or if the Court does not follow the Government's sentencing recommendation. The Government and your client will be bound by this Agreement, regardless of the sentence imposed by the Court. Any effort by your client to withdraw the guilty plea because of the length of the sentence shall constitute a breach of this Agreement.

**8. Conditions of Release**

Your client acknowledges that, although the Government will not seek a change in your client's release conditions pending sentencing, the final decision regarding your client's bond status or detention will be made by the Court at the time of your client's plea of guilty. The Government may move to change your client's conditions of release, including requesting that your client be detained pending sentencing, if your client engages in further criminal conduct prior to sentencing or if the Government obtains information that it did not possess at the time of your client's plea of guilty and that is relevant to whether your client is likely to flee or pose a danger to any person or the community. Your client also agrees that any violation of your client's release conditions, any misconduct by your client, or any inability or failure on the part of your client to continue your client's cooperation with the Government, may result in the Government filing an ex parte motion with the Court requesting that a bench warrant be issued for your client's arrest and that your client be detained without bond while pending sentencing in your client's case.

**9. Cooperation**

Your client agrees to cooperate with the Government on the following terms and conditions:

(a) Your client shall cooperate fully, truthfully, completely and forthrightly with this Office and other Federal, state and local law enforcement authorities identified by this Office in any and all matters as to which the Government deems the cooperation relevant. Your client acknowledges that your client's cooperation may include, but will not necessarily be limited to: answering questions; providing sworn written statements; taking government-administered polygraph examination(s); and participating in covert law enforcement activities. Any refusal by your client to cooperate fully, truthfully, completely and forthrightly as directed by this Office and other Federal, state and local law enforcement authorities identified by this Office in any and all matters in which the Government deems your client's assistance relevant will constitute a breach of this Agreement by your client, and will relieve the Government of its obligations under this Agreement, including, but not limited to, its obligation to inform this Court and the Departure Guidelines Committees of the United States Attorney's Office for the District of Columbia and the Public Integrity Section of any assistance your client has provided. Your client agrees, however, that such breach by your client will not constitute a basis for withdrawal of your client's plea of guilty or otherwise relieve your client of your client's obligations under this Agreement.

(b) Your client shall promptly turn over to the Government, or other law enforcement authorities, or direct such law enforcement authorities to, any and all evidence of crimes about which your client is aware; all contraband and proceeds of such crimes; and all assets traceable to the proceeds of such crimes. Your client agrees to the forfeiture of all assets which are proceeds of crimes or traceable to such proceeds of crimes.

(c) Your client shall submit a full and complete accounting of all your client's financial assets, whether such assets are in your client's name or in the name of a third party.

(d) Your client shall testify fully, completely and truthfully before any and all Grand Juries in the District of Columbia and elsewhere, and at any and all trials of cases or other court proceedings in the District of Columbia and elsewhere, at which your client's testimony may be deemed relevant by the Government.

(e) Your client understands and acknowledges that nothing in this Agreement allows your client to commit any criminal violation of local, state or federal law during the period of your client's cooperation with law enforcement authorities or at any time prior to the sentencing in this case. The commission of a criminal offense during the period of your client's cooperation or at any time prior to sentencing will constitute a breach of this Agreement and will relieve the Government of all of its obligations under this Agreement, including, but not limited to, its obligation to inform this Court and the Departure Guidelines Committees of the United States Attorney's Office for the District of Columbia and the Public Integrity Section of any assistance your client has provided. However, your client acknowledges and agrees that such a breach of this Agreement will not entitle your client to withdraw your client's plea of guilty or relieve your client of the obligations under this Agreement.

**10. Waivers**

**A. Venue**

Your client waives any challenge to venue in the District of Columbia.

**B. Statute of Limitations**

Your client agrees that, should the conviction following your client's plea of guilty pursuant to this Agreement be vacated for any reason, any prosecution, based on the conduct set forth in the attached Statement of Offense, that is not time-barred by the applicable statute of limitations on the date of the signing of this Agreement (including any counts that the Government has agreed not to prosecute or to dismiss at sentencing pursuant to this Agreement) may be commenced or reinstated against your client, notwithstanding the expiration of the statute of limitations between the signing of this Agreement and the commencement or reinstatement of such prosecution. It is the intent of this Agreement to waive all defenses based on the statute of limitations with respect to any prosecution of conduct set forth in the attached Statement of Offense that is not time-barred on the date that this Agreement is signed.

**C. Trial Rights**

Your client understands that by pleading guilty in this case your client agrees to waive certain rights afforded by the Constitution of the United States and/or by statute or rule. Your client agrees to forego the right to any further discovery or disclosures of information not already provided at the time of the entry of your client's guilty plea. Your client also agrees to waive, among other rights, the right to plead not guilty, and the right to a jury trial. If there were a jury trial, your client would have the right to be represented by counsel, to confront and cross-examine witnesses against your client, to challenge the admissibility of evidence offered against your client, to compel witnesses to appear for the purpose of testifying and presenting other evidence on your

client's behalf, and to choose whether to testify. If there were a jury trial and your client chose not to testify at that trial, your client would have the right to have the jury instructed that your client's failure to testify could not be held against your client. Your client would further have the right to have the jury instructed that your client is presumed innocent until proven guilty, and that the burden would be on the United States to prove your client's guilt beyond a reasonable doubt. If your client were found guilty after a trial, your client would have the right to appeal your client's conviction. Your client understands that the Fifth Amendment to the Constitution of the United States protects your client from the use of self-incriminating statements in a criminal prosecution. By entering a plea of guilty, your client knowingly and voluntarily waives or gives up your client's right against self-incrimination.

Your client acknowledges discussing with you Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. Your client knowingly and voluntarily waives the rights that arise under these rules in the event your client withdraws your client's guilty plea or withdraws from this Agreement after signing it.

Your client also agrees to waive all constitutional and statutory rights to a speedy sentence and agrees that the plea of guilty pursuant to this Agreement will be entered at a time decided upon by the Government with the concurrence of the Court. Your client also agrees that the sentencing in this case may be delayed until your client's cooperation has been completed, as determined by the Government, so that the Court will have the benefit of all relevant information before a sentence is imposed. Your client understands that the date for sentencing will be set by the Court.

**D. Appeal Rights**

Your client agrees to waive, insofar as such waiver is permitted by law, the right to appeal the conviction in this case on any basis, including but not limited to claim(s) that (1) the statute(s) to which your client is pleading guilty is unconstitutional, and (2) the admitted conduct does not fall within the scope of the statute(s). Your client understands that federal law, specifically 18 U.S.C. § 3742, affords defendants the right to appeal their sentences in certain circumstances. Your client also agrees to waive the right to appeal the sentence in this case, including but not limited to any term of imprisonment, fine, forfeiture, award of restitution, term or condition of supervised release, authority of the Court to set conditions of release, and the manner in which the sentence was determined, except to the extent the Court sentences your client above the statutory maximum or guidelines range determined by the Court. In agreeing to this waiver, your client is aware that your client's sentence has yet to be determined by the Court. Realizing the uncertainty in estimating what sentence the Court ultimately will impose, your client knowingly and willingly waives your client's right to appeal the sentence, to the extent noted above, in exchange for the concessions made by the Government in this Agreement. Notwithstanding the above agreement to waive the right to appeal the conviction and sentence, your client retains the right to appeal on the basis of ineffective assistance of counsel, but not to raise on appeal other issues regarding the conviction or sentence.

E. **Collateral Attack**

Your client also waives any right to challenge the conviction entered or sentence imposed under this Agreement or otherwise attempt to modify or change the sentence or the manner in which it was determined in any collateral attack, including, but not limited to, a motion brought under 28 U.S.C. § 2255 or Federal Rule of Civil Procedure 60(b), except to the extent such a motion is based on newly discovered evidence or on a claim that your client received ineffective assistance of counsel. Your client reserves the right to file a motion brought under 18 U.S.C. § 3582(c)(2), but agrees to waive the right to appeal the denial of such a motion.

F. **Witness Fees**

Your client further agrees to waive all rights, claims, or interest in any witness fee that your client may be eligible to receive pursuant to 28 U.S.C. § 1821 for your client's appearance at any grand jury, witness conference, or court proceeding, during the course of your client's cooperation pursuant to this Agreement or any term of your client's incarceration.

**11. Use of Self-Incriminating Information**

The Government and your client agree, in accordance with U.S.S.G. § 1B1.8, that the Government will be free to use against your client for any purpose at the sentencing in this case or in any related criminal or civil proceedings, any self-incriminating information provided by your client pursuant to this Agreement or during the course of debriefings conducted in anticipation of this Agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

**12. Restitution**

Your client understands that the Court has an obligation to determine whether, and in what amount, mandatory restitution applies in this case under 18 U.S.C. § 3663A at the time of sentencing.

Payments of restitution shall be made to the Clerk of the Court. In order to facilitate the collection of financial obligations to be imposed in connection with this prosecution, your client agrees to disclose fully all assets in which your client has any interest or over which your client exercises control, directly or indirectly, including those held by a spouse, nominee or other third party. Your client agrees to submit a completed financial statement on a standard financial disclosure form which has been provided to you with this Agreement to the Financial Litigation Unit of the United States Attorney's Office, as it directs. If you do not receive the disclosure form, your client agrees to request one from usadc.ecfflu@usa.doj.gov. Your client will complete and electronically provide the standard financial disclosure form to usadc.ecfflu@usa.doj.gov 30 days prior to your client's sentencing. Your client agrees to be contacted by the Financial Litigation Unit of the United States Attorney's Office, through defense counsel, to complete a financial statement. Upon review, if there are any follow-up questions, your client agrees to cooperate with the Financial Litigation Unit. Your client promises that the financial statement and disclosures will be complete, accurate and truthful, and understands that any willful falsehood on the financial

statement could be prosecuted as a separate crime punishable under 18 U.S.C. § 1001, which carries an additional five years' incarceration and a fine.

Your client expressly authorizes the United States Attorney's Office to obtain a credit report on your client in order to evaluate your client's ability to satisfy any financial obligations imposed by the Court or agreed to herein.

Your client understands and agrees that the restitution or fines imposed by the Court will be due and payable immediately and subject to immediate enforcement by the United States. If the Court imposes a schedule of payments, your client understands that the schedule of payments is merely a minimum schedule of payments and will not be the only method, nor a limitation on the methods, available to the United States to enforce the criminal judgment. If your client is sentenced to a term of imprisonment by the Court, your client agrees to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, regardless of whether the Court specifically imposes a schedule of payments.

Your client certifies that your client has made no transfer of assets in contemplation of this prosecution for the purpose of evading or defeating financial obligations that are created by this Agreement and/or that may be imposed by the Court. In addition, your client promises to make no such transfers in the future until your client has fulfilled the financial obligations under this Agreement.

**13. <u>Breach of Agreement</u>**

Your client understands and agrees that, if after entering this Agreement, your client fails specifically to perform or to fulfill completely each and every one of your client's obligations under this Agreement, or engages in any criminal activity prior to sentencing, your client will have breached this Agreement. In the event of such a breach: (a) the Government will be free from its obligations under this Agreement; (b) your client will not have the right to withdraw the guilty plea; (c) your client will be fully subject to criminal prosecution for any other crimes, including perjury and obstruction of justice; (d) no motion pursuant to Section 5K1.1 of the Sentencing Guidelines or 18 U.S.C. § 3553(c) will be filed or sought; and (e) the Government will be free to use against your client, directly and indirectly, in any criminal or civil proceeding, all statements made by your client and any of the information or materials provided by your client, including such statements, information and materials provided pursuant to this Agreement or during the course of any debriefings conducted in anticipation of, or after entry of, this Agreement, whether or not the debriefings were previously characterized as "off-the-record" debriefings, and including your client's statements made during proceedings before the Court pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

Your client understands and agrees that the Government shall be required to prove a breach of this Agreement only by a preponderance of the evidence, except where such breach is based on a violation of federal, state, or local criminal law, which the Government need prove only by probable cause in order to establish a breach of this Agreement.

Nothing in this Agreement shall be construed to permit your client to commit perjury, to make false statements or declarations, to obstruct justice, or to protect your client from prosecution for any crimes not included within this Agreement or committed by your client after the execution of this Agreement. Your client understands and agrees that the Government reserves the right to prosecute your client for any such offenses. Your client further understands that any perjury, false statements or declarations, or obstruction of justice relating to your client's obligations under this Agreement shall constitute a breach of this Agreement. In the event of such a breach, your client will not be allowed to withdraw your client's guilty plea.

**14. Government's Obligations**

The Government will bring to the Court's attention at the time of sentencing the nature and extent of your client's cooperation or lack of cooperation.

The Departure Guideline Committees of the United States Attorney's Office for the District of Columbia and the Public Integrity Section will evaluate the full nature and extent of your client's cooperation to determine whether your client has provided substantial assistance in the investigation or prosecution of another person who has committed an offense. If the Departure Guideline Committees determine that your client has provided such substantial assistance, this Office shall file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines, which would afford your client an opportunity to persuade the Court that your client should be sentenced to a lesser period of incarceration and/or fine than indicated by the Sentencing Guidelines. The determination of whether your client has provided substantial assistance warranting the filing of a motion pursuant to Section 5K1.1 of the Sentencing Guidelines is within the sole discretion of the Government and is not reviewable by the Court. In the event your client should fail to perform specifically and fulfill completely each and every one of your client's obligations under this Agreement, the Government will be free from its obligations under this Agreement, and will have no obligation to present your client's case to the Departure Guideline Committees or file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines.

**15. Complete Agreement**

No agreements, promises, understandings, or representations have been made by the parties or their counsel other than those contained in writing herein, nor will any such agreements, promises, understandings, or representations be made unless committed to writing and signed by your client, defense counsel, an Assistant United States Attorney for the District of Columbia, and a Trial Attorney for the Public Integrity Section.

Your client further understands that this Agreement is binding only upon the Criminal and Superior Court Divisions of the United States Attorney's Office for the District of Columbia, and the Public Integrity Section of the Criminal Division of the Department of Justice. This Agreement does not bind the Civil Division of the United States Attorney's Office for the District of Columbia or any other United States Attorney's Office, nor does it bind any other state, local, or federal prosecutor. It also does not bar or compromise any civil, tax, or administrative claim pending or that may be made against your client.

If the foregoing terms and conditions are satisfactory, your client may so indicate by signing this Agreement and the Statement of Offense, and returning both to me no later than Thursday, January 6.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
For the District of Columbia

By: /s/ J.P. Cooney
J.P. COONEY
D.C. Bar No. 494026
Assistant United States Attorney
Public Corruption and Civil Rights Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 809-3502
joseph.cooney@usdoj.gov

COREY R. AMUNDSON
CHIEF
Public Integrity Section

By: /s/ Victor R. Salgado
VICTOR R. SALGADO
D.C. Bar No. 975013
Senior Litigation Counsel
Public Integrity Section
Criminal Division
1301 New York Avenue, NW
Washington, D.C. 20004
(202) 353-4580
victor.salgado@usdoj.gov

DEFENDANT'S ACCEPTANCE

I have read every page of this Agreement and have discussed it with my attorney, Jonathan Jeffress. I fully understand this Agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in this Agreement.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this Agreement. I am satisfied with the legal services provided by my attorney in connection with this Agreement and matters related to it.

Date: 1/10/2022 [signature]
**Charles Edwards**
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read every page of this Agreement, reviewed this Agreement with my client, Charles Edwards, and fully discussed the provisions of this Agreement with my client. These pages accurately and completely set forth the entire Agreement. I concur in my client's desire to plead guilty as set forth in this Agreement.

Date: 1/10/2022 [signature]
**Jonathan S. Jeffress**
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 20-CR-00066 (RDM)** |
| | : | |
| **CHARLES KUMAR EDWARDS,** | : | |
| | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by the undersigned attorneys, the United States Attorney for the District of Columbia, the Chief of the Criminal Division's Public Integrity Section, and the defendant CHARLES KUMAR EDWARDS, with the concurrence of his attorney Jonathan S. Jeffress, Esq., respectfully submit the following Statement of Offense in the above-captioned matter.

These facts do not constitute all the facts known to the parties concerning the charged offense. Rather, the following proffer is intended only to provide the Court with enough evidence to satisfy the mandate of Rule 11(b)(3) of the Federal Rules of Criminal Procedure and to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty. The parties agree and stipulate that had this matter gone to trial, the government's evidence would have shown, beyond a reasonable doubt, the following facts, among others:

### *Introduction*

1. Defendant CHARLES KUMAR EDWARDS worked for the U.S. Department of Homeland Security – Office of Inspector General ("DHS–OIG") from in and around February 2008 to in and around December 2013, including as Acting Inspector General. Prior to working at DHS–OIG, EDWARDS worked at the Transportation Security Administration and the U.S. Postal Service – Office of Inspector General ("USPS–OIG"). After leaving DHS-OIG,

EDWARDS founded Delta Business Solutions, Inc. ("DBS"), a Maryland corporation, in and around September 2015. While at USPS-OIG, EDWARDS worked on USPS-OIG's case management system, which was used primarily for investigations and audits, as well as USPS-OIG's STARS database, as well as USPS-OIG's PARIS applications, which USPS-OIG employees used to interface with the STARS database. While at DHS-OIG, EDWARDS worked on the development of DHS-OIG's Enforcement Database System ("EDS").

2. Defendant MURALI YAMAZULA VENKATA worked as an Information Technology ("IT") Specialist in the IT Division at DHS–OIG Headquarters, located at 1120 Vermont Avenue, N.W., in Washington, D.C. Prior to joining DHS-OIG in June 2010, VENKATA worked at USPS–OIG. While at USPS–OIG, VENKATA worked on USPS–OIG's case management systems, including USPS–OIG's STARS database, as well as USPS–OIG's PARIS applications. As such, VENKATA was intimately familiar with USPS–OIG's PARIS applications and the STARS database. While at DHS–OIG, VENKATA did not request or receive any authorizations for outside employment.

3. Sonal Patel worked as an Enterprise Applications Branch Chief in the IT Division at DHS–OIG Headquarters. Patel oversaw the development and maintenance of EDS.

4. During his time at DHS-OIG, EDWARDS supervised Patel and VENKATA, both directly and indirectly. EDWARDS began supervising Patel at USPS-OIG when EDWARDS was the Director of Information Technology and the Deputy Chief Information Officer. In addition, at the start of his employment with DHS–OIG, EDWARDS signed a Computer Access Agreement in which he acknowledged, among other things:

> I will protect displayed, stored data, magnetic media, printouts in accordance with the highest level of data sensitivity contained on that media. I will follow OIG policy for transmitting sensitive data (such as name, ssn, home address, etc.) by utilizing WinZip or other OIG standard encryption software.

In his signed Computer Access Agreement, EDWARDS further acknowledged:

> I will not remove DHS computer systems or software from Government work spaces without express written permission. I understand I am personally responsible for providing physical security and keeping items under my exclusive control.

EDWARDS further acknowledged:

> I will not duplicate copyrighted software or remove copyrighted software from government equipment without the express written permission of the IT Director. I understand I will be personally liable for any software copyright violations committed on government systems under my control.

5. Patel and VENKATA also signed Computer Access Agreements containing the same provisions described above.

***Relevant Background***

6. EDS was the case management system used by the DHS–OIG Office of Investigations. In 2008, DHS–OIG obtained ownership rights to the EDS source code. Since 2008, DHS–OIG has substantially modified and enhanced the EDS system. The initial contract for the EDS system cost DHS approximately $3,161,620.30. One substantial modification to EDS was the creation of the "eSubpoena" module. VENKATA was the principal developer of this eSubpoena module.

7. DHS–OIG also owned and maintained Multiple Activation Keys and a Key Management Services Code associated with various software products. These Multiple Activation Keys and Key Management Services Code, which could be used to download software products without payment, were the property of DHS–OIG and the United States Government and had a value of approximately $350,000.

8. As detailed below, Patel and VENKATA used their positions within DHS–OIG to access and transfer digital copies of (1) the EDS source code, which included the eSubpoena module, (2) DHS-OIG's database, which included the Personal Identifiable Information ("PII") of DHS employees, and (3) the PII of USPS employees. They did so multiple times and at

EDWARDS's behest for the purpose of providing the data to EDWARDS so that he could develop a commercially owned version of a case management system, referred to interchangeably as "22nd Century EDS," "EDS 2.0," "Next Gen EDS," or "Next Gen" (hereinafter, "Next Gen EDS"), to be offered for sale to government agencies. In addition, Patel gave EDWARDS Multiple Activation Keys and a Key Management Services Code so that EDWARDS could download software programs belonging to DHS–OIG.

9. Beginning in and around December 2015 and continuing for several months thereafter, EDWARDS and Patel had a series of communications and meetings with Witness One—an employee of the U.S. Department of Agriculture – Office of Inspector General ("USDA–OIG")—regarding the development, purchase, and use of Next Gen EDS.

10. On or about May 27, 2016, Patel copied DHS–OIG's EDS source code and database from the DHS–OIG computer network onto optical disks in order to provide them to EDWARDS to aid in his development of Next Gen EDS. On or about May 27, 2016, Patel also sent from her DHS–OIG government email account to her personal Yahoo! email account a government document containing detailed instructions for rebuilding DHS-OIG's EDS web applications from backup files onto another server. Also on or about May 27, 2016, Patel forwarded that document from her personal Yahoo! email account to EDWARDS's personal Verizon email account.

11. On or about May 30, 2016, EDWARDS, VENKATA, and Patel met at Patel's residence in Sterling, Virginia. During the meeting, VENKATA and Patel showed EDWARDS certain improvements to the EDS system, such as the addition of the eSubpoena module that VENKATA had developed. They also discussed technology for Next Gen EDS based on USPS–OIG's case management system and EDS.

12. On or about May 26, 2016, EDWARDS and Patel met with Witness One at a restaurant in the District of Columbia. At that meeting, EDWARDS and Patel discussed the

anticipated benefits of Next Gen EDS and the disadvantages of DHS-OIG's EDS. During the meeting, Patel stated that she could "tell him [EDWARDS] the concepts" of eSubpoena so that EDWARDS could incorporate eSubpoena into Next Gen EDS. Patel further stated that VENKATA could incorporate eSubpoena into Next Gen EDS. EDWARDS stated that he would give Patel his input so that the costs for USDA–OIG to purchase Next Gen EDS could be developed.

13. In and around June 2016, EDWARDS hired a software development company in India to assist in the development of Next Gen EDS (hereinafter, "Company A"). EDWARDS told these programmers that he would provide them with the eSubpoena requirements, a complete working version of the system, and the code, with the assistance of Patel.

14. On or about June 27, 2016, VENKATA sent technical instructions relating to the EDS system from his government email account to Patel's government email account. Patel then forwarded those instructions to her personal Yahoo! email account and, from there, to EDWARDS's personal Verizon email account.

15. On or about June 30, 2016, EDWARDS and Patel held an online meeting with employees of Company A. During the meeting, EDWARDS provided software developers with Company A remote access to the EDS source code and DHS-OIG database files that EDWARDS had received and saved on a non-government server.

16. On or about July 8, 2016, VENKATA sent to Patel, from his government email account, a government document containing the functional requirements for the eSubpoena module. That same day, Patel then forwarded the document to her personal Yahoo! email account and, from there, to EDWARDS's personal Verizon email account.

17. On or about July 9, 2016, EDWARDS and Company A signed an agreement for Company A to assist Defendant EDWARDS and DBS in the development of an Investigations

Management System for Offices of Inspectors General.

18. Sometime in and around early July 2016, EDWARDS provided a laptop computer to Patel, who then delivered it to VENKATA at DHS-OIG Headquarters. On or about July 13, 2016, VENKATA and Patel exchanged several text messages using their personal cell phones about copying files and source code for EDWARDS onto the laptop provided by EDWARDS. Specifically, Patel asked VENKATA to access the laptop to determine whether fresh downloads of DHS–OIG's EDS source code and database files were needed, or whether the laptop computer just needed to be configured.

19. Over the following two days, VENKATA reconfigured EDWARDS's laptop and provided updates about his work to Patel via text message using his personal cell phone. Upon completing the work, VENKATA sent text messages from his personal cell phone to EDWARDS to arrange for a rendezvous point to hand deliver the laptop, then ultimately delivered it to EDWARDS at a location in Virginia.

20. From on or about July 20, 2016, through August 5, 2016, EDWARDS and VENKATA exchanged numerous additional text messages pertaining to the development of Next Gen EDS, all of which were sent or received from VENKATA's personal cell phone. During this period, VENKATA also assisted EDWARDS in setting up and configuring a private server located in EDWARDS's residence for the purpose of developing Next Gen EDS. VENKATA was granted access to this server using login credentials that EDWARDS sent to him via text message to VENKATA's personal cell phone. VENKATA then periodically updated EDWARDS on his progress via text message, using his personal cell phone.

21. On or about August 1, 2016, EDWARDS wired $204.00 to Company A for "Payment for Services." On or about August 3, 2016, EDWARDS wired an additional $10,955.00 to Company A.

22. On or about August 6, 2016, EDWARDS traveled from Washington Dulles International Airport to Bangalore, India, to meet with software developers from Company A for the purpose of developing Next Gen EDS. Because EDWARDS was having trouble getting the system to work on his home server, he asked for Patel to provide him with a copy of DHS–OIG's EDS source code and data. Patel met EDWARDS on the side of a road in Virginia as EDWARDS was on his way to Washington Dulles International Airport and provided to EDWARDS two DVDs containing DHS-OIG's EDS source code and data. EDWARDS also brought the reconfigured laptop computer, which VENKATA had delivered to him at a jewelry store on or about July 15, 2016, with him to India.

23. On or about October 12, 2016, EDWARDS provided an update to Witness One indicating that his team ~~had built~~ was building JJ Orca, Next Gen JJ Orca the full version of the EDS system, which would be ready by mid-December, that he had addressed all of the concerns Witness One had raised in their meeting, and that the system had eSubpoena "just like DHS has." EDWARDS offered to meet Witness One to show him the "demo version" on a laptop or could allow Witness One to log into the live version, which was hosted on EDWARDS's server. Witness One requested a cost proposal from EDWARDS.

24. On or about October 23, 2016, EDWARDS sent several WhatsApp messages to the software developers in India informing them that his "prospective contract" wanted to see the system under development in December but that the "prospective contract" wanted to meet in November to discuss the system.

25. On or about November 2, 2016, EDWARDS met with Witness One at USDA Headquarters in the District of Columbia. During the meeting, EDWARDS stated that Next Gen EDS contained an eSubpoena module, which he described as the same as the DHS–OIG version but faster and with a better flow.

26. On or about November 8, 2016, EDWARDS participated in calls and online meetings with the developers in India.

27. On or about December 21, 2016, EDWARDS wired $5,000 to Company A for "Full Payment for Delta Business Website Development and Deployment."

28. Between on or about March 4, 2017, and March 25, 2017, EDWARDS and VENKATA continued to work together on building a private server in EDWARDS's residence for the purpose of developing Next Gen EDS. VENKATA performed this work via remote access using login credentials that EDWARDS sent to VENKATA's personal cell phone via text message. VENKATA again periodically updated EDWARDS on his progress via text message using his personal cell phone.

29. On or about March 21, 2017, after exchanging text messages with Patel using his personal phone, VENKATA received two DVDs from Patel containing the USPS–OIG database, EDS source code, scripts, and file server contents. VENKATA then delivered these DVDs to EDWARDS outside of DHS–OIG Headquarters. Upon receiving the DVDs, EDWARDS uploaded their content to a private server located in his residence, and VENKATA then accessed the server remotely to continue doing work on the server. On or about March 29, 2017, VENKATA used his personal cell phone to text Patel login credentials so that she, too, could remotely access EDWARDS's home server.

30. On or about March 30, 2017, EDWARDS again traveled to India to meet with the Indian software developers.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
For the District of Columbia

By: /s/ J.P. Cooney

COREY R. AMUNDSON
CHIEF
Public Integrity Section

By: /s/ Victor R. Salgado

J.P. COONEY
D.C. Bar No. 494026
Assistant United States Attorney
Public Corruption and Civil Rights Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 809-3502
joseph.cooney@usdoj.gov

VICTOR R. SALGADO
D.C. Bar No. 975013
Senior Litigation Counsel
Public Integrity Section
Criminal Division
1301 New York Avenue, NW
Washington, D.C. 20004
(202) 353-4580
victor.salgado@usdoj.gov

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me regarding this offense. I have read every word of this Statement of Offense and have carefully reviewed every part of it with my attorney, Jonathan S. Jeffress, Esq. Pursuant to Federal Rule of Criminal Procedure 11, I fully understand the Statement of Offense and agree and stipulate to it knowingly, voluntarily, and without reservation, intending to be legally bound by it. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters related to it.

Date: 1/10/2022

Charles Kumar Edwards
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have reviewed every part of this Statement of Offense with my client, Charles Kumar Edwards, and fully discussed it with my client. It accurately and completely sets forth the Statement of Offense agreed to by the parties, and I concur in my client's desire to adopt and stipulate to this Statement of Offense.

Date: 1/10/2022

Jonathan S. Jeffress, Esq.
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA )**
**)**
**v. ) Case No. 20-cr-00066-RDM**
**)**
**MURALI YAMAZULA VENKATA, )**
**)**
**Defendant. )**
**)**

**UNITED STATES' PROPOSED INSTRUCTIONS TO THE JURY DURING TRIAL AND FINAL JURY INSTRUCTIONS**

The United States, by and through undersigned counsel, respectfully submits its proposed Instructions to the Jury During Trial and Final Jury Instructions, subject to issues that may arise during trial.[1]


| Number | Proposed Instruction | Page |
|---|---|---|
| | **Proposed Instructions to the Jury During Trial** | |
| 1 | Cautionary Instruction on the Use of the Internet and Publicity (Red Book 1.202) | |
| | **Proposed Final Jury Instructions** | |
| 1 | Furnishing the Jury with a Copy of the Instructions (Red Book 2.100) | |
| 2 | Function of the Court (Red Book 2.101) | |
| 3 | Function of the Jury (Red Book 2.102) | |
| 4 | Jury's Recollection Controls (Red Book 2.103) | |
| 5 | Notetaking by Jurors (Red Book 1.105B) | |
| 6 | Evidence in the Case (Red Book 2.104) | |
| 7 | Statements of Counsel (Red Book 2.105) | |
| 8 | Indictment Not Evidence (Red Book 2.106) | |
| 9 | Burden of Proof (Red Book 2.107) | |


[1] The United States understood the Court's Minute Entry dated January 31, 2022, to instruct the parties to propose a complete set of jury instructions. Counsel for the defendant informed undersigned counsel that they understood that the Court had requested only proposed preliminary jury instructions. Accordingly, the parties prepared joint proposed preliminary instructions, which have been filed separately. *See* ECF No. 95.

| | | |
|---|---|---|
| 10 | Reasonable Doubt (Red Book 2.108) | |
| 11 | Direct and Circumstantial Evidence (Red Book 2.109) | |
| 12 | Number of Witnesses (Red Book 2.111) | |
| 13 | Inadmissible and Stricken Evidence (Red Book 2.112) | |
| 14 | Credibility of Witnesses (Red Book 2.200) | |
| 15 | Witness with a Plea Agreement (Red Book 2.203) | |
| 16 | Law Enforcement Officer's Testimony (Red Book 2.207) | |
| 17 | False or Inconsistent Statement by Defendant (Red Book 2.210) | |
| 18 | Motive (Red Book 2.307) | |
| 19 | Transcripts of Tape Recordings (Red Book 2.310) | |
| 20 | Multiple Counts (Red Book 2.402) | |
| **21** | **Count One: Conspiracy, 18 U.S.C. § 371 (Red Book 7.102) (modified)** | **3** |
| **22** | **Count Two: Theft of Government Property, 18 U.S.C. §§ 641, 2** | **7** |
| **23** | **Aiding and Abetting, 18 U.S.C. § 2 (Red Book 3.200)** | **9** |
| **24** | **Co-Conspirator Liability (Red Book 7.103) (modified)** | **11** |
| **25** | **Count Eleven: Wire Fraud, 18 U.S.C. § 1343** | **12** |
| **26** | **Counts Twelve through Fifteen: Aggravated Identity Theft, 18 U.S.C. §§ 1028A, 2** | **14** |
| **27** | **Aiding and Abetting, 18 U.S.C. § 2 (continued)** | **16** |
| **28** | **Count Sixteen: Destruction of Records, 18 U.S.C. § 1519** | **17** |
| 29 | Proof of State of Mind (Red Book 3.101) | |
| 30 | Unanimity – General (Red Book 2.405) | |
| 31 | Verdict Form Explanation (Red Book 2.407) | |
| 32 | Exhibits During Deliberations (Red Book 2.501) | |
| 33 | Selection of Foreperson (Red Book 2.502) | |
| 34 | Possible Punishment Not Relevant (Red Book 2.505) | |
| 35 | Cautionary Instruction on Publicity, Communication, and Research (Red Book 2.508) | |
| 36 | Communication Between Court and Jury During Jury's Deliberations (Red Book 2.509) | |
| 37 | Attitude and Conduct of Jurors in Deliberations (Red Book 2.510) | |
| 38 | Excusing Alternate Jurors (Red Book 2.511) | |

**21. Count One: Conspiracy, 18 U.S.C. § 371 (Red Book 7.102) (modified)**

Count 1 of the Indictment charges the defendant, Murali Venkata, with both conspiring to commit an offense against the United States, that is, Theft of Government Property, and also conspiring to defraud the United States by devising and intending to devise a scheme to defraud and for obtaining money and property from the United States Department of Agriculture – Office of Inspector General, or "USDA-OIG," by means of materially false and fraudulent pretenses, representations, and promises, and by concealing material facts.

It is against the law to agree with someone to commit the crime of Theft of Government Property, even if the conspirators never actually achieve their objective. It is also against the law to agree with someone to defraud the United States or any of its agencies, even if the conspirators never actually achieve their objective.

The charge of Conspiracy to commit Theft of Government Property in Count One is a separate charge from the crime of Theft of Government Property itself, with which the defendant is also is charged in Count Two. I will address the elements of the crime of Theft of Government Property in a moment, and you are to apply those instructions here in determining whether two or more persons agreed to commit that offense.

To "defraud the United States" means to cheat the United States government or any of its agencies out of money or property.

For Count One, it is not necessary for the government to prove a conspiracy to commit both of the crimes the defendant is charged with conspiring to commit. It would be sufficient if the government proves beyond a reasonable doubt a conspiracy to commit one of those crimes. But, to find the defendant guilty of Count One, you must unanimously agree which of the two crimes was the subject of the conspiracy.

The elements of Conspiracy, each of which the government must prove beyond a reasonable doubt, are that:

(1) Between in and around October 2014 to in and around April 2017, an agreement existed between two or more people to commit the crime of Theft of Government Property or to defraud the United States by devising and intending to devise a scheme to defraud and for obtaining money and property from the USDA-OIG by means of materially false and fraudulent pretenses, representations, and promises, and by concealing material facts. This does not have to be a formal agreement or plan, in which everyone involved sat down together and worked out the details. On the other hand, merely because people get together and talk about common interests, or do similar things does not necessarily show that an agreement exists to commit Theft of Government Property or to defraud the United States. It is enough that the government proves beyond a reasonable doubt that there was a common understanding among those who were involved to commit the crime of Theft of Government Property or to defraud the United States. So, the first thing that must be shown is the existence of an agreement.

(2) Murali Venkata intentionally joined in that agreement. It is not necessary to find that he agreed to all the details of the crime, or that he knew the identity of all the other people the government has claimed were participating in the agreement. A person may become a member of a conspiracy even if that person agrees to play only a minor part, as long as that person understands the unlawful nature of the plan and voluntarily and intentionally joins in it with the intent to advance or further the unlawful object of the conspiracy. Even if Murali Venkata was not part of the agreement at the very start, he can become a member of a conspiracy later if the government proves that he intentionally joined the agreement.

Different people may become part of the conspiracy at different times.

But mere presence at the scene of the agreement or of the crime, or merely being with the other participants, does not show that Murali Venkata knowingly joined in the agreement. Also, unknowingly acting in a way that helps the participants, or merely knowing about the agreement itself, without more, does not make the defendant part of the conspiracy. So the second thing that must be shown is that Murali Venkata was part of the conspiracy.

(3) One of the people involved in the conspiracy did something for the purpose of carrying out the conspiracy. This something is referred to as an overt act. To find the defendant guilty, you must all agree on at least one overt act that was done.

A conspiracy can be proved indirectly, by facts and circumstances that lead to a conclusion that a conspiracy existed. The government must prove that such facts and circumstances existed and that they lead to the conclusion that a conspiracy existed.

In determining whether a conspiracy between two or more persons existed and whether Murali Venkata was one of its members, you may consider the acts and the statements of any other members of the conspiracy as evidence against Murali Venkata whether done in or out of his presence while the conspiracy existed. When persons enter into an agreement to commit a crime, they become agents for each other so that everything which is said or done by one of them in furtherance of that purpose is deemed to be the statement of all who have joined in that conspiracy and is evidence against all of the conspirators. However, statements of any conspirator which are made before its existence or after its termination may be considered as evidence only against the person making such statements.

In summary, a conspiracy is a kind of partnership in crime. For any defendant to be

convicted of the crime of conspiracy, the government must prove three things beyond a reasonable doubt: first, that from in or around October 2014 through in or around April 2017, there was an agreement to commit Theft of Government Property or to defraud the United States; second, that Murali Venkata intentionally joined in that agreement; and third, that one of the people involved in the conspiracy did one of the overt acts charged.

**22. Count Two: Theft of Government Property, 18 U.S.C. §§ 641, 2[2]**

Count Two charges the defendant, Murali Venkata, with Theft of Government Property and Aiding and Abetting Theft of Government Property. Specifically, the Indictment alleges that Murali Venkata stole, purloined, or knowingly converted copies of DHS-OIG's Enforcement Database System, or "EDS"; copies of DHS-OIG's EDS source code and database files; copies of the case management system belonging to the United States Postal Service – Office of Inspector General, or "USPS-OIG"; copies of USPS-OIG's STARS database and PARIS system; the personally identifiable information, or "PII," of approximately 246,267 DHS employees and approximately 6,723 USPS employees; and Multiple Activation Keys and a Key Management Services Code associated with various Microsoft software products; and that he aided and abetted someone else in doing so.

The elements of Theft of Government Property, each of which the government must prove beyond a reasonable doubt, are that:

(1) the property described in the Indictment belonged to the United States government;

(2) the defendant stole, purloined, or knowingly converted such property to the defendant's own use or the use of another;

(3) the defendant did so knowing the property was not his and with intent to deprive the owner of the use or benefit of the property; and

(4) that such property had, in the aggregate, a value in excess of $1,000.

The word "property" includes any record, voucher, money, or thing of value.[3]

The word "value" means the face, par, or market value, or cost price, either wholesale or

---

[2] Adapted from Red Book 5.351 and Fifth Circuit Pattern Jury Instructions (Criminal Cases) 2.27 (2019 Ed.). *See also* Eleventh Circuit Pattern Jury Instructions, Criminal Cases O21 (2020 ed.).
[3] *See* 18 U.S.C. § 641.

retail, whichever is greater, of all such property, in the aggregate, that you find the defendant has stolen, purloined, or knowingly converted.[4]

It is not necessary to prove that the defendant knew that the United States government owned the property at the time of the wrongful taking.[5]

To "steal," "purloin," or "knowingly convert" means to wrongfully take property belonging to another with intent to deprive the owner of its use or benefit either temporarily or permanently. Any appreciable change of the location of the property with the intent to deprive constitutes a stealing whether or not there is an actual removal of it from the owner's premises.[6]

No particular type of movement or carrying away is required to constitute a taking.[7]

---

[4] Fifth Circuit Pattern Jury Instructions (Criminal Cases) 2.27 (2019 ed.).
[5] *Id.*
[6] *Id.*
[7] *Id.*; *see also* Eleventh Circuit Pattern Jury Instructions, Criminal Cases O21 (2020 ed.); *United States v. Herrera-Martinez*, 525 F.3d 60, 63–64 (1st Cir. 2008) ("We hold that asportation is not required in every conviction under 18 U.S.C. § 641.").

**23. Aiding and Abetting, 18 U.S.C. § 2 (Red Book 3.200)**

You may find the defendant, Murali Venkata, guilty of the crime charged in Count Two without finding that he personally committed each of the acts that make up the crime or that he was present while the crime was being committed. Any person who in some way intentionally participates in the commission of a crime can be found guilty either as an aider and abettor or as a principal offender. It makes no difference which label you attach. The person is as guilty of the crime as he would be if he had personally committed each of the acts that make up the crime.

To find that a defendant aided and abetted in committing a crime, you must find that the defendant knowingly associated himself with the commission of the crime, that he participated in the crime as something he wished to bring about, and that he intended by his actions to make it succeed.

Some affirmative conduct by the defendant in planning or carrying out the crime is necessary. Mere physical presence by Murali Venkata at the place and time the crime is committed is not by itself sufficient to establish his guilt. It is not necessary that you find that Murali Venkata was actually present while the crime was committed.

The government is not required to prove that anyone discussed or agreed upon a specific time or method of committing the crime. The government is not required to prove that the crime was committed in the particular way planned or agreed upon. Nor need the government prove that the principal offender and the person alleged to be the aider and abettor directly communicated with each other.

I have already instructed you on the elements of the crime of Theft of Government Property. Regardless of whether Murali Venkata is an aider and abettor or a principal offender, the government must prove beyond a reasonable doubt that Murali Venkata personally acted

knowingly and with intent to deprive the owner of the use or benefit of the property.

**24. Co-Conspirator Liability (Red Book 7.103) (modified)**

If you do not find that the defendant, Murali Venkata, himself committed the offense of Theft of Government Property or Aiding and Abetting Theft of Government Property, you may still find him guilty of Count Two based on the acts of his co-conspirators.

A conspiracy is a kind of partnership in crime and its members may be responsible for each others' actions. A defendant is responsible for an offense committed by another member of the conspiracy if the defendant was a member of the conspiracy when the offense was committed and if the offense was committed in furtherance of, and as a natural consequence of, the conspiracy.

In order to find Murali Venkata guilty of Theft of Government Property under this theory, you must find beyond a reasonable doubt that:

(1) There was a conspiracy to commit Theft of Government Property.

(2) The offense of Theft of Government Property was committed by a co-conspirator of Murali Venkata;

(3) Murali Venkata was a member of the conspiracy to commit Theft of Government Property at the time the offense of Theft of Government Property; and

(4) The offense of Theft of Government Property was committed during the existence of the conspiracy;

(5) The offense of Theft of Government Property was committed in furtherance of the conspiracy; and

(6) The offense of Theft of Government Property was a reasonably foreseeable consequence of the conspiracy. It is not necessary to find that the crime was intended as part of the original plan, only that it was a foreseeable consequence of the original plan.

**25. Count Eleven: Wire Fraud, 18 U.S.C. § 1343[8]**

Count Eleven of the Indictment charges the defendant, Murali Venkata, with Wire Fraud.

The elements of Wire Fraud, each of which the government must prove beyond a reasonable doubt, are that:

(1) the defendant knowingly devised or intended to devise a scheme to defraud; that is, a scheme to defraud USDA-OIG, and to obtain property of USDA-OIG by means of materially false and fraudulent pretenses, representations, and promises, and by concealing material facts;

(2) the scheme to defraud employed false material representations, pretenses, or promises;

(3) the defendant transmitted or caused to be transmitted by way of wire communications, in interstate commerce, any writing for the purpose of executing such scheme; and

(4) the defendant acted with a specific intent to defraud.

A "scheme to defraud" means any plan, pattern, or course of action intended to deprive another of money or property or bring about some financial gain to the person engaged in the scheme.

A representation, pretense, or promise is "false" if it is known to be untrue or is made with reckless indifference as to its truth or falsity. A representation, pretense, or promise would also be "false" if it constitutes a half truth, or effectively omits or conceals a material fact, provided it is made with intent to defraud.

A representation, pretense, or promise is "material" if it has a natural tendency to influence,

[8] Fifth Circuit Pattern Jury Instructions (Criminal Cases) 2.57 (2019 ed.) (modified). *See also United States v. Lemire*, 720 F.2d 1327, 1338–43 (D.C. Cir. 2011); *United States v. Coughlin*, 610 F.3d 89, 97-98 (D.C. Cir. 2010); *United States v. Alston-Graves*, 435 F.3d 331, 337 (D.C. Cir. 2009); *United States v. Tann*, 532 F.3d 868, 872–73 (D.C. Cir. 2008); *United States v. Pollack*, 534 F.2d 964, 971 (D.C. Cir. 1976).

or is capable of influencing, the decision of the person or entity to which it is addressed.

It is not necessary that the government prove all of the details alleged in the indictment concerning the precise nature and purpose of the scheme. What must be proved beyond a reasonable doubt is that the defendant knowingly devised or intended to devise a scheme to defraud by means of false or fraudulent pretenses, representations, or promises that was substantially the same as the one alleged in the Indictment.

To "cause" interstate wire communications to be used is to do an act with knowledge that the use of the wire communications facilities will follow in the ordinary course of business or where such use can reasonably be foreseen.

It is not necessary that the government prove that the material transmitted by wire communications was itself false or fraudulent, or that the use of the interstate wire communications facilities was intended as the specific or exclusive means of accomplishing the alleged fraud. What must be proved beyond a reasonable doubt is that the use of the interstate wire communications facilities was closely related to the scheme because the defendant either wired something or caused it to be wired in interstate commerce in an attempt to execute or carry out the scheme.

A "specific intent to defraud" means a conscious, knowing intent to deceive or cheat someone.

The alleged scheme need not actually succeed in defrauding anyone.

**26. Counts Twelve through Fifteen: Aggravated Identity Theft, 18 U.S.C. §§ 1028A, 2[9]**

Counts Twelve through Fifteen of the Indictment charge the defendant, Murali Venkata, with Aggravated Identity Theft and Aiding and Abetting Aggravated Identity Theft.

Count Twelve charges Murali Venkata with committing Aggravated Identity Theft and Aiding and Abetting with respect to a means of identification of Kenneth Cleevely. Count Twelve charges Murali Venkata with committing Aggravated Identity Theft and Aiding and Abetting with respect to a means of identification of Scott Balfour. Count Twelve charges Murali Venkata with committing Aggravated Identity Theft and Aiding and Abetting with respect to a means of identification of Brea Ulbright. Count Twelve charges Murali Venkata with committing Aggravated Identity Theft and Aiding and Abetting with respect to a means of identification of Michael Carlson.

The elements of Aggravated Identity Theft, each of which the government must prove beyond a reasonable doubt, are that:

(1) the defendant knowingly transferred, possessed, or used a means of identification of another person;

(2) that the defendant did so without lawful authority;

(3) that the defendant transferred, possessed, or used the means of identification of another person during and in relation to the offenses of Theft of Government Property or Wire Fraud; and

(4) the defendant knew that the means of identification in fact belonged to another real person, living or dead.

The term "means of identification" means any name or number that may be used, alone or

[9] Fifth Circuit Pattern Jury Instructions (Criminal Cases) 2.48C (2019 Ed.) (modified).

in conjunction with any other information, to identify a specific individual, including any name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, or employer or taxpayer identification number.

"Without lawful authority" means that the defendant transferred, possessed, or used another's means of identification either without that person's permission, beyond the scope of that person's legally obtained permission, or having obtained that person's permission illegally.

A person transfers, possesses, or uses a means of identification "in relation to" a crime if it had a purpose, role, or effect with respect to the offense. It also means that the transfer, possession, or use of the means of identification had a connection to or relationship with the offense.[10]

---

[10] Fed. Crim. Jury Instr. 7th Cir. 1028A (2020 ed.).

**27. Aiding and Abetting, 18 U.S.C. § 2 (continued)**

You may find the defendant, Murali Venkata, guilty of any of the crimes charged in Counts Twelve through Fifteen either as an aider and abettor or as a principal offender. I have already instructed you on the facts you must find in order to find that Murali Venkata aided and abetted in committing a crime, and you are to apply those instructions here.

With respect to the charges of Aggravated Identity Theft, regardless of whether Murali Venkata is an aider and abettor or a principal offender, the government must prove beyond a reasonable doubt that Murali Venkata personally acted knowingly and with knowledge that the means of identification in fact belonged to another real person, living or dead.

**28. Count Sixteen: Destruction of Records, 18 U.S.C. § 1519[11]**

Count Sixteen of the Indictment charges the defendant, Murali Venkata, with Destruction of Records.

The elements of Destruction of Records, each of which the government must prove beyond a reasonable doubt, are:

(1) the defendant knowingly altered or destroyed a record, document, or tangible object;

(2) the defendant acted with the intent to impede or obstruct the investigation of a matter; and

(3) the matter was within the jurisdiction of the Department of Homeland Security – Office of Inspector General, also known as "DHS-OIG," which is an agency of the United States.

There is no requirement that the investigation have been pending or imminent at the time of the obstruction, but only that the acts were taken in relation to or in contemplation of any such matter or investigation.

The government is not required to prove that the defendant specifically knew the matter or investigation was within the jurisdiction of a department or agency of the United States. In other words, you need not find the defendant knew he was obstructing a matter that was federal in nature.

[11] Fifth Circuit Pattern Jury Instructions (Criminal Cases) 2.65 (2019 Ed.) (modified).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
For the District of Columbia

By: */s/ Christine M. Macey*
CHRISTINE M. MACEY
D.C. Bar No. 1010730
Assistant United States Attorney
Fraud, Public Corruption, and Civil Rights Section
555 4th Street, NW
Washington, D.C. 20530
(202) 252-7058
christine.macey@usdoj.gov

COREY R. AMUNDSON
CHIEF
Public Integrity Section

By: */s/ Victor R. Salgado*
VICTOR R. SALGADO
D.C. Bar No. 975013
Senior Litigation Counsel
Public Integrity Section
Criminal Division
1301 New York Avenue, NW
Washington, D.C. 20530
(202) 353-4580
victor.salgado@usdoj.gov

By: */s/ Celia R. Choy*
CELIA R. CHOY
D.C. Bar No. 1017211
Trial Attorney
Public Integrity Section
Criminal Division
1301 New York Avenue, NW
Washington, D.C. 20530
(202) 875-1557
celia.choy@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

MURALI YAMAZULA VENKATA,

*Defendant.*

Criminal No. 20-66 (RDM)

# [DRAFT] FINAL JURY INSTRUCTIONS

## PRELIMINARY REMARKS

The time has now come when all of the evidence is in and you have heard the closing arguments of the lawyers. We're about to enter your final duty in this case, which is to decide the issues of fact and to return a verdict. It is up to me to instruct you on the law, and I ask you to listen carefully, just as you have throughout this trial. Before we talk about the specific charges alleged here and some of the specific issues in the case, however, I want to take a few minutes to talk about some general rules of law. Some of this may repeat what I told you in my preliminary instructions.

## FURNISHING THE JURY WITH A COPY OF THE INSTRUCTIONS

To start, I will provide you with a copy of my instructions. During your deliberations, you may, if you want, refer to these instructions. While you may refer to any particular portion of the instructions, you are to consider the instructions as a whole, and you may not follow some and ignore others. If you have any questions about the instructions, you should feel free to send me a note. Please return your instructions to me when your verdict is rendered.

## FUNCTION OF THE COURT

My function is to conduct this trial in an orderly, fair, and efficient manner; to rule on questions of law; and to instruct you on the law that applies in this case.

It is your duty to accept the law as I instruct you. You should consider all the instructions I provide you as a whole. You may not ignore or refuse to follow any of them.

## FUNCTION OF THE JURY

Your function, as the jury, is to determine what the facts are in this case. You are the sole judges of the facts. While it was my responsibility to decide what is admitted as evidence during the trial, you alone decide what weight, if any, to give to that evidence. You alone decide the credibility or believability of the witnesses.

You should determine the facts without prejudice, fear, sympathy, or favoritism. You should not be improperly influenced by anyone's race, ethnicity, nationality, gender, or any such trait. You must decide the case solely from a fair consideration of the evidence.

You shall not take anything that I may have said or done during trial as indicating how I think you should decide this case. If you believe that I have expressed or indicated any such opinion, you should ignore it. The verdict in this case is your sole and exclusive responsibility.

## JURY'S RECOLLECTION CONTROLS

If any reference by me or by the attorneys to the evidence is different from your own memory of the evidence, it is your memory that should control during your deliberations.

## NOTETAKING BY JURORS

During the trial, I have permitted all jurors who wanted to do so to take notes. You may take your notebooks with you to the jury room and use them during your deliberations if you wish. As I told you at the beginning of the trial, your notes are only to be an aid to your memory. They are not evidence in the case, and they should not replace your own memory of the evidence. Those jurors who have not taken notes should rely on their own memory of the evidence. The notes are intended to be for the notetaker's own personal use.

## EVIDENCE IN THE CASE

During your deliberations, you may consider only the evidence properly admitted in this trial. The evidence in this case consists of the sworn testimony of the witnesses, the exhibits that were admitted into evidence, and the facts stipulated to by the parties.

During the trial, you were told that the parties had stipulated—that is, agreed—to certain facts. You should consider any stipulation of fact to be undisputed evidence.

When you consider the evidence, you are permitted to draw, from the facts that you find have been proven, such reasonable inferences as you feel are justified in light of your experience. You should give any evidence such weight as in your judgment it is fairly entitled to receive.

## STATEMENTS OF COUNSEL

The statements and arguments of the lawyers are not evidence. They are only intended to assist you in understanding the evidence. Similarly, the questions of the lawyers are not evidence.

## INDICTMENT NOT EVIDENCE

The indictment is merely the formal way of accusing a person of a crime. You must not consider the indictment as evidence of any kind—you may not consider it as any evidence of Mr. Venkata's guilt or draw any inference of guilt from it.

## BURDEN OF PROOF—PRESUMPTION OF INNOCENCE

Every defendant in a criminal case is presumed to be innocent. This presumption of innocence remains with the defendant throughout the trial unless and until the government has proven that he is guilty beyond a reasonable doubt. This burden never shifts throughout the trial. The law does not require Mr. Venkata to prove his innocence or to produce any evidence at all. If you find that the government has proven beyond a reasonable doubt every element of an offense with which Mr. Venkata is charged, it is your duty to find him guilty of that offense. On the other hand, if you find the government has failed to prove any element of an offense beyond a reasonable doubt, you must find Mr. Venkata not guilty of that offense.

## REASONABLE DOUBT

The government has the burden of proving Mr. Venkata guilty beyond a reasonable doubt. In civil cases, it is only necessary to prove that a fact is more likely true than not, or, in some cases, that its truth is highly probable. In criminal cases such as this one, the government's proof must be more powerful than that. It must be beyond a reasonable doubt. Reasonable doubt, as the name implies, is a doubt based on reason—a doubt for which you have a reason based upon the evidence or lack of evidence in the case. If, after careful, honest, and impartial consideration of all the evidence, you cannot say that you are firmly convinced of the defendant's guilt, then you have a reasonable doubt.

Reasonable doubt is the kind of doubt that would cause a reasonable person, after careful and thoughtful reflection, to hesitate to act in the graver or more important matters in life. However, it is not an imaginary doubt, nor a doubt based on speculation or guesswork; it is a doubt based on reason. The government is not required to prove guilt beyond all doubt or to a mathematical or scientific certainty. Its burden is to prove guilt beyond a reasonable doubt.

## DIRECT AND CIRCUMSTANTIAL EVIDENCE

There are two types of evidence from which you may determine what the facts are in this case: direct evidence and circumstantial evidence. When a witness, such as an eyewitness, asserts actual knowledge of a fact, that witness's testimony is direct evidence. On the other hand, evidence of facts and circumstances from which reasonable inferences may be drawn is circumstantial evidence.

Let me give you an example. Assume a person looked out a window and saw that snow was falling. If he later testified in court about what he had seen, his testimony would be direct evidence that snow was falling at the time he saw it happen. Assume, however, that he looked out a window and saw no snow on the ground, and then went to sleep and saw snow on the ground after he woke up. His testimony about what he had seen would be circumstantial evidence that it had snowed while he was asleep.

The law says that both direct and circumstantial evidence are acceptable as a means of proving a fact. The law does not favor one form of evidence over another. It is for you to decide how much weight to give to any particular evidence, whether it is direct or circumstantial. You are permitted to give equal weight to both. Circumstantial evidence does not require a greater degree of certainty than direct evidence. In reaching a verdict in this case, you should consider all of the evidence presented, both direct and circumstantial.

## NATURE OF CHARGE NOT TO BE CONSIDERED

One of the questions that you were asked when we were selecting this jury was whether the nature of the charges would affect your ability to reach a fair and impartial verdict. We asked you that question because you must not allow the nature of a charge to affect your verdict. You must consider only the evidence that has been presented in this case in reaching a fair and impartial verdict.

## NUMBER OF WITNESSES

The weight of the evidence is not necessarily determined by the number of witnesses testifying for each side. Rather, you should consider all the facts and circumstances in evidence to determine which of the witnesses you believe. You might find that the testimony of a smaller number of witnesses on one side is more believable than the testimony of a greater number of witnesses on the other side or you might find the opposite.

## INADMISSIBLE AND STRICKEN EVIDENCE

The lawyers in this case sometimes objected when the other side asked a question, made an argument, or offered evidence that the objecting lawyer believed was not proper. You must not hold such objections against the lawyer who made them or the party she or he represents. It is the lawyers' responsibility to object to evidence that they believe is not admissible.

If, during the course of the trial, I sustained an objection to a lawyer's question, you should ignore the question, and you must not speculate as to what the answer would have been. If, after a witness answered a question, I ruled that the answer should be stricken, you should ignore both the question and the answer, and they should play no part in your deliberations. Likewise, exhibits as to which I have sustained an objection or that I ordered stricken are not evidence, and you must not consider them in your deliberations.

## CREDIBILITY OF WITNESSES

In determining whether the government has proved the charges against the Defendant beyond a reasonable doubt, you must consider the testimony of all the witnesses who have testified.

You are the sole judges of the credibility of the witnesses. You alone determine whether to believe any witness and the extent to which a witness should be believed. Judging a witness's credibility means evaluating whether the witness has testified truthfully and also whether the witness accurately observed, recalled, and described the matters about which the witness testified.

You may consider anything that in your judgment affects the credibility of any witness. For example, you may consider the demeanor and the behavior of the witness on the witness stand; the witness's manner of testifying; whether the witness impresses you as a truthful person; whether the witness impresses you as having an accurate memory; whether the witness has any reason for not telling the truth; whether the witness had a meaningful opportunity to observe the matters about which he or she has testified; or whether the witness has any interest in the outcome of this case, stands to gain anything by testifying, or has friendship or hostility toward other people concerned with this case.

In evaluating the accuracy of a witness's memory, you may consider the circumstances surrounding the event, including the time that elapsed between the event and any later recollections of the event, and the circumstances under which the witness was asked to recall details of the event.

You may consider the reasonableness or unreasonableness, the probability or improbability, of the testimony of a witness in determining whether to accept it as true and

accurate. You may consider whether the witness has been contradicted or supported by other evidence that you credit.

If you believe that any witness has shown him or herself to be biased or prejudiced, for or against either side in this trial, or motivated by self-interest, you may consider and determine whether such bias or prejudice has colored the testimony of the witness so as to affect the desire and capability of that witness to tell the truth.

You should give the testimony of each witness such weight as in your judgment it is fairly entitled to receive.

## ACCOMPLICE TESTIMONY

You have heard testimony from Charles Edwards [and Sonal Patel]. The government is permitted to use a witness who testifies that he or she participated in the offenses charged against the Defendant, although the testimony of such a witness should be considered with caution. You should give his or her testimony as much weight as in your judgment it deserves.

## COOPERATING WITNESSES

You have heard evidence that Charles Edwards and Sonal Patel entered into plea agreements with the government pursuant to which they each agreed to testify truthfully in this case and the government agreed either to dismiss charges against him (in the case of Mr. Edwards), to decline prosecution of charges against her (in the case of Ms. Patel), and to bring each of their cooperation to the attention of the judge at the time of sentencing.

The government is permitted to enter into this kind of plea agreement. You, in turn, may accept the testimony of such witnesses and convict the Defendant on the basis of this testimony alone, if it convinces you of the Defendant's guilt beyond a reasonable doubt. A witness who has entered into a plea agreement is under the same obligation to tell the truth as is any other witness; the plea agreement does not protect him against a prosecution for perjury or false statement, should he or she lie under oath.

However, you may consider whether a witness who has entered into such an agreement has an interest different from other types of witnesses. You may consider whether the plea agreement a witness entered into with the government has motivated him or her to testify falsely against the Defendant. The testimony of a witness who has entered into a plea agreement should be considered with caution. You should give the testimony as much weight as in your judgment it deserves.

## LAW ENFORCEMENT OFFICER'S TESTIMONY

Testimony from a law enforcement officer should be evaluated by you just as any other evidence in the case. In evaluating the officer's credibility, you should use the same guidelines that you apply to the testimony of any witness. In no event should you give either greater or lesser weight to the testimony of any witness merely because she or he is or was a law enforcement officer.

**RIGHT OF DEFENDANT NOT TO TESTIFY**

Every defendant in a criminal case has an absolute right not to testify. Mr. Venkata has chosen to exercise this right. You must not hold this decision against him, and it would be improper for you to speculate as to the reason or reasons for his decision. You must not assume the Defendant is guilty because he chose not to testify.

**CHARACTER OF DEFENDANT**

Mr. Venkata has introduced testimony that, in the witness's opinion, Mr. Venkata is an honest person. Such evidence may indicate to you that it is unlikely that an honest person would commit the crime charged or it may not. You may consider this evidence along with other evidence in the case and give it as much weight as you think it deserves.

Notwithstanding the evidence of character, if, after weighing all the evidence, you are convinced beyond a reasonable doubt that Mr. Venkata is guilty of the crime charged, it is your duty to find him guilty. On the other hand, evidence of good character alone may create a reasonable doubt as to a defendant's guilt, although without it the other evidence would be convincing.

## SPECIALIZED OPINION TESTIMONY

In this case, you heard the testimony of Chad Steel, Fred Reynolds, and Chris Lowder, who each expressed opinions concerning computer forensic examination. If scientific, technical, or other specialized knowledge might assist the jury in understanding the evidence or in determining a fact in issue, a witness who possesses knowledge, skill, experience, training, or education may testify and state an opinion concerning such matters. You are not bound to accept these witnesses' opinions. If you find that an opinion is not based on sufficient education or experience, that the reasons supporting the opinion are not sound, or that the opinion is outweighed by other evidence, you may completely or partially disregard the opinion. You should consider this evidence with all the other evidence in the case and give it as much weight as you think it fairly deserves.

## PRIOR INCONSISTENT STATEMENTS OF A WITNESS

You have heard evidence that Charles Edwards made a statement (or statements) on an earlier occasion and that this statement (or statements) may be inconsistent with his testimony here at trial. It is for you to decide whether the witness made such a statement (or statements) and whether in fact it was inconsistent with the witness's testimony here. If you find such an inconsistency, you may consider the earlier statement(s) in judging the credibility of the witness, but you may not consider it as evidence that what was said in the earlier statement was true.

**MOTIVE**

Motive is not an element of the offenses charged, and the government is not required to prove motive in this case. You may, however, consider evidence of motive or lack of evidence of motive in deciding whether or not the government has proved the charges beyond a reasonable doubt.

## RECORDING & TRANSCRIPT

A recording of a conversation identified by a witness has been received in evidence. A transcript of this recorded conversation was displayed for your convenience and guidance as you listened to the recording. Your personal understanding of the audio recording, however, must supersede the text in the transcript. That is, if you noticed any difference between the transcript and the recording, you must rely only on the recording and not the transcript. In addition, if you cannot determine from the recording that particular words were spoken, you must disregard the transcript as far as those words are concerned.

**MULTIPLE COUNTS — ONE DEFENDANT**

Each count of the indictment charges a separate offense. You should consider each offense, and the evidence which applies to it, separately, and you should return separate verdicts as to each count unless. The fact that you may find the defendant guilty or not guilty on any one count of the indictment should not influence your verdict with respect to any other count of the indictment.

At any time during your deliberations you may return your verdict of guilty or not guilty with respect to any count.

**KNOWINGLY**

The word "knowingly," as that term is used from time to time in these instructions, means that the act was done voluntarily and intentionally and not because of ignorance, mistake, or accident.

## PROOF OF STATE OF MIND

Someone's intent ordinarily cannot be proved directly because there is no way of knowing what a person is actually thinking, but you may infer someone's intent from the surrounding circumstances. You may consider any statement made or acts done by the Defendant and all other facts and circumstances received in evidence which indicate his intent.

You may infer, but are not required to infer, that a person intends the natural and probable consequences of acts he intentionally did or did not do. It is entirely up to you, however, to decide what facts to find from the evidence received during this trial. You should consider all the circumstances in evidence that you think are relevant in determining whether the government has proved beyond a reasonable doubt that the Defendant acted with the necessary state of mind.

## ALLEGED OFFENSES

The indictment charges Mr. Venkata with violations of federal law. Specifically, the indictment charges Mr. Venkata with Conspiracy, in violation of 18 U.S.C. § 371; Theft of Government Property, in violation of 18 U.S.C. § 641; Wire Fraud, in violation of 18 U.S.C. § 1343; Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A; and Destruction of Records, in violation of 18 U.S.C. § 1519.

You may have heard reference at the beginning of this trial to the fact that Mr. Venkata was charged with four counts of aggravated identity theft. You may notice that I have only submitted one count of aggravated identity theft to you. The number of counts is a matter for the Court, and you should not draw any conclusions from it, for or against either party.

## ELEMENTS OF EACH OFFENSE: OVERVIEW

I am about to instruct you on the elements of each of the offenses with which Mr. Venkata is charged.

**COUNT ONE**
**CONSPIRACY — ELEMENTS**

Mr. Venkata is charged with conspiring (1) to commit an offense against the United States—that is, Theft of Government Property, in violation of 18 U.S.C. § 641—and (2) to defraud the United States. These are called the "objects" of the conspiracy. It is against the law to agree with someone to commit the Theft of Government Property or to defraud the United States.

The charge of conspiracy to commit Theft of Government Property is a separate charge from Theft of Property itself, with which Mr. Venkata is also charged.

I will address the elements of the crime of Theft of Government Property in a moment, and you should apply those instructions in determining whether Mr. Venkata conspired with someone to commit that crime.

To "defraud the United States" means to cheat the United States government of any of its agencies out of money or property. You should use this instruction in determining whether Mr. Venkata conspired with someone to defraud the United States.

The government is not required to prove that either or both of those objectives was achieved.

The elements of conspiracy, each of which the government must prove beyond a reasonable doubt, are that:

1. Between October 2014 and April 2017, an agreement existed between two or more people to commit the crime of Theft of Government Property or to defraud the United States. This does not have to be a formal agreement or plan, in which everyone involved sat down together and worked out the details. On the other hand, merely

because people get together and talk about common interests, or do similar things, does not necessarily shown that an agreement exists to commit Theft of Government Property or to defraud the United States. You must unanimous agree which object of the conspiracy the members agreed to commit. If you are unable unanimously to agree on at least one object of the conspiracy, you cannot find the Defendant guilty of conspiracy. So, the first thing that must be shown is the existence of an agreement to commit at least one of the objects of the conspiracy.

2. Mr. Venkata intentionally joined in that agreement. It is not necessary to find that he agreed to all of the details of the crime, or that he knew the identity of all of the other people that the government has claimed were participating in the agreement. A person may become a member of a conspiracy even if that person agrees to play only a minor part, as long as that person understands the unlawful nature of the plan and voluntarily and intentionally joins in it with the intent to advance or further the unlawful object of the conspiracy. Even if Mr. Venkata was not part of the agreement at the very start, he can become a member of the conspiracy later if the government proves that he intentionally joined the agreement. Different people may become part of the conspiracy at different times.

But, mere presence at the scene of the agreement or crime, or merely being with the other participants does not show that Mr. Venkata knowingly joined in the agreement. Also, unknowingly acting in a way that helps the participants, or merely knowing about the agreement itself, without more, does not make the Defendant part of the conspiracy. So, the second thing that must be shown is that Mr. Venkata was part of the conspiracy.

3. One of the people involved in the conspiracy did something for the purpose of carrying out the conspiracy. This something is referred to as an "overt act." So, the third thing that must be shown is that a member of the conspiracy committed at least one overt act, and you must all agree on at least one overt act that was done.

A conspiracy can be proved indirectly, by facts and circumstances that lead to a conclusion that a conspiracy existed. The government must prove that such facts and circumstances existed and that they lead to the conclusion that a conspiracy existed.

In determining whether a conspiracy between two or more people existed and whether Mr. Venkata was one of its members, you may consider the acts and the statements of any other member of the conspiracy as evidence against Mr. Venkata whether done in or out of his presence while the conspiracy existed. When persons enter into an agreement to commit a crime, they become agents for each other so that everything which is said or done by one of them in furtherance of that purpose is deemed to be the statement of all who have joined in that conspiracy and is evidence against all of the conspirators. However, statements of any conspirator which are made before its existence or after its termination may be considered as evidence only against the person make such statements.

In summary, a conspiracy is a kind of partnership in crime. For any defendant to be convicted of the crime of conspiracy, the government must prove three things beyond a reasonable doubt: first that from in or around October 2015 through in or around April 2017, there was an agreement (1) to commit Theft of Government Property or (2) to defraud the United States; second, that Mr. Venkata intentionally joined in that agreement; and, third, that one of the people involved in the conspiracy did at least one "overt act" for the purpose of carrying out the conspiracy.

## COUNT TWO
## THEFT OF GOVERNMENT PROPERTY — ELEMENTS

Mr. Venkata is also charged with Theft of Government Property. Specifically, the indictment alleges that Mr. Venkata stole or knowingly converted (1) copies of DHS-OIG's EDS system; (2) copies of DHS-OIG's EDS code and database files; (3) copies of USPS-OIG's case management system; (4) copies of USPS-OIG's STARS database and PARIS system; and (5) the Personal Identifiable Information (or "PII") of approximately 246,167 DHS employees and approximately 6,723 USPS employees.

The elements of the offense of Theft of Government Property, each of which the government must prove beyond a reasonable doubt, are that:

1. Mr. Venkata stole or knowingly converted for his use or for the use of another property of value;
2. The property belonged to the United States at the time it was converted;
3. When Mr. Venkata stole or converted the property, the intended to deprive, without right, the owner of the use or benefit of the property; and
4. The property stolen or converted had a value of more than $1000.

To "steal" means to take away from one in lawful possession without right with the intention to keep wrongfully.

"Conversion" means the unauthorized exercise of control over property in such a manner than serious interference with ownership rights occurs. Conversion may include misuse or abuse of property. It may reach use in an unauthorized manner or to an unauthorized extent or property placed in one's custody for limited use.

In considering the seriousness of any interference with a property right, you may consider the following factors, among any other factors you consider relevant: (a) the extent and duration of the actor's exercise of dominion or control; (b) the actor's intent to assert a right in fact inconsistent with the other's right of control; (c) the actor's good faith; (d) the extent and duration of the resulting interference with the other's right of control; (e) the harm done to the property interest; and (f) the strength of the government's interest in maintaining confidentiality and the expense caused to the government. No one factor is necessarily predominant in determining the seriousness of the interference.

The word "value" means face, par, or market value, or cost price, either wholesale or retail, whichever is greater of all property stolen or converted in the aggregate. Do not speculate or guess at the value of the property. Base your determination only on the evidence.

## AIDING AND ABETTING, 18 U.S.C. § 2

You may find Mr. Venkata guilty of Theft of Government Property without finding that he personally committed each of the acts that make up the crime or that he was present while the crime was being committed. Any person who in some way intentionally participates in the commission of a crime can be found guilty either as an aider and abettor or as a principal offender. It makes no difference which label you attach. The person is as guilty of the crime as he would be if he had personally committed each of the acts that make up the crime.

To find that the Defendant aided and abetted in committing a crime, you must find that the Defendant knowingly associated himself with the commission of the crime, that he participated in the crime as something he wished to bring about, and that he intended by his actions to make it succeed.

Some affirmative conduct by the defendant in planning or carrying out the crime is necessary. Mere physical presence by Mr. Venkata at the place and time the crime is committed is not by itself sufficient to establish his guilt. It is not necessary that you find that Mr. Venkata was actually present while the crime was committed.

The government is not required to prove that anyone discussed or agreed upon a specific time or method of committing the crime. The government is not required to prove that the crime was committed in the particular way planned or agreed upon. Nor need the government prove that the principal offender and the person alleged to be the aider and abettor directly communicated with each other.

I have already instructed you on the elements of Theft of Government Property. With respect to that charge, regardless of whether Mr. Venkata is an aider and abettor or a principal offender, the government must prove beyond a reasonable doubt that Mr. Venkata personally

acted knowingly and with the intent to deprive the owner of the use or benefit of the property.

## CO-CONSPIRATOR LIABILITY

If you do not find that Mr. Venkata personally committed the offense of Theft of Government Property, you must consider whether he is guilty of Theft of Government Property based on the acts of his alleged co-conspirators.

A conspiracy is a kind of partnership in crime and its members may be responsible for each others' actions. A defendant is responsible for an offense committed by another member of the conspiracy if the defendant was a member of the conspiracy when the offense was committed and if the offense was committed in furtherance of, and as a natural consequence of, the conspiracy.

In order to find Mr. Venkata guilty of Theft of Government Property under this theory, you must find beyond a reasonable doubt that:

1. There was a conspiracy to commit Theft of Government Property;
2. The offense of Theft of Government Property was committed by a co-conspirator of Mr. Venkata.
3. Mr. Venkata was a member of the conspiracy to commit Theft of Government Property at the time the offense of Theft of Government Property;
4. The offense of Theft of Government Property was committed during the existence of the conspiracy;
5. The offense of Theft of Government Property was committed in furtherance of the conspiracy; and
6. The offense of Theft of Government Property was a reasonably foreseeable consequence of the conspiracy. It is not necessary to find that the crime was intended

as part of the original plan, only that it was a foreseeable consequence of the original plan.

## COUNT ELEVEN
## WIRE FRAUD — ELEMENTS

Mr. Venkata is also charged with Wire Fraud, in violation of 18 U.S.C. § 1343. In order to find Mr. Venkata guilty of Wire Fraud, you must find beyond a reasonable doubt that:

1. Mr. Venkata knowingly devised or intended to devise a scheme to defraud; that is, a scheme to defraud the USDA-OIG and to obtain property of USDA-OIG by means of materially false and fraudulent pretenses, representations, and promises, and by concealing material facts;
2. The scheme to defraud employed false material representations, pretenses, or promises;
3. Mr. Venkata transmitted or caused to be transmitted by way of wire communications, in interstate commerce, any writing for the purpose of executing such scheme; and
4. Mr. Venkata acted with a specific intent to defraud.

A "scheme to defraud" means any plan, pattern, or course of action intended to deprive another of money or property or bring about some financial gain to the person engaged in the scheme.

A "specific intent to defraud" means a conscious, knowing intent to deceive or cheat someone.

A representation, pretense, or promise is "false" if it is known to be untrue or is made with reckless indifference as to its truth or falsity. A representation, pretense, or promise would also be "false" if it constitutes a half truth, or effectively omits or conceals a material fact, provided it is made with intent to defraud.

A representation, pretense, or promise is "material" if it has a natural tendency to influence, or is capable of influencing, the decision of the person or entity to which it is addressed.

It is not necessary that the government prove all of the details alleged in the indictment concerning the precise nature and purpose of the scheme. What must be proved beyond a reasonable doubt is that the Defendant knowingly devised or intended to devise a scheme to defraud by means of false or fraudulent pretenses, representations, or promises that was substantially the same as the one alleged in the Indictment.

It is also not necessary that the government prove that the material transmitted by wire communications was itself false or fraudulent, or that the use of the interstate wire communications facilities was intended as the specific or exclusive means of accomplishing the alleged fraud. What must be proved beyond a reasonable doubt is that the use of the interstate wire communications facilities was closely related to the scheme because the Defendant either wired something or caused it to be wired in interstate commerce in an attempt to execute or carry out the scheme.

To "cause" interstate wire communications to be used is to do an act with knowledge that the use of the wire communications facilities will follow in the ordinary course of business or where such use can reasonably be foreseen.

The alleged scheme need not actually succeed in defrauding anyone.

## AIDING AND ABETTING, 18 U.S.C. § 2

You may find Mr. Venkata guilty of Wire Fraud either as an aider and abettor or as a principal offender. I have already instructed you on what you must find in order to find that Mr. Venkata aided and abetted in committing Theft of Government Property, and you are to apply those same instructions here.

With respect to the charge of Wire Fraud, regardless of whether Mr. Venkata is an aider and abettor or a principal offender, the government must prove beyond a reasonable doubt that Mr. Venkata personally acted knowingly and with a specific intent to defraud.

## COUNT TWELVE
## AGGRAVATED IDENTITY THEFT — ELEMENTS

Mr. Venkata is also charged with Aggravated Identity Theft and Aiding and Abetting Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A and 2. Specifically, Mr. Venkata is charged with committing Aggravated Identity Theft and Aiding and Abetting Aggravated Identity Theft with respect to a means of identification of **[NAME]**. In order to find Mr. Venkata guilty of Aggravated Identity Theft,, you must find beyond a reasonable doubt that:

1. Mr. Venkata knowingly transferred, possessed, or used a means of identification of another person;
2. Mr. Venkata did so without lawful authority;
3. Mr. Venkata transferred, possessed, or used the means of identification of another person during and in relation to the offenses of Theft of Government Property or Wire Fraud; and
4. Mr. Venkata knew that the means of identification in fact belonged to another real person, living or dead.

The term "means of identification" means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, or employer or taxpayer identification number.

"Without lawful authority" means that the Defendant transferred, possessed, or used another's means of identification either without that person's permission, beyond the scope of that person's legally obtained permission, or having obtained that person's permission illegally.

A person transfers, possesses, or uses a means of identification "in relation to" a crime if it had some purpose or effect with respect to the offense; its presence or involvement cannot be the result of accident or coincidence. The means of identification must facilitate or have the potential to facilitate commission of the offense.

**AIDING AND ABETTING, 18 U.S.C. § 2**

You may find Mr. Venkata guilty of Aggravated Identity Theft either as an aider and abettor or as a principal offender. I have already instructed you on what you must find in order to find that Mr. Venkata aided and abetted in committing Theft of Government Property, and you are to apply those same instructions here.

With respect to the charge of Aggravated Identity Theft, regardless of whether Mr. Venkata is an aider and abettor or a principal offender, the government must prove beyond a reasonable doubt that Mr. Venkata personally acted knowingly and with knowledge that the means of identification in fact belonged to another real person, living or dead.

**COUNT SIXTEEN**
**DESTRUCTION OF RECORDS — ELEMENTS**

Finally, Mr. Venkata is charged with Destruction of Records, in violation of 18 U.S.C. § 1519. In order to find Mr. Venkata guilty of Destruction of Records, you must find beyond a reasonable doubt that:

1. Mr. Venkata knowingly altered or destroyed a record, document, or tangible object;
2. Mr. Venkata acted with the intent to impede or obstruct the investigation of a matter; and
3. The matter was within the jurisdiction of the Department of Homeland Security–Office of Inspector General, also known as "DHS-OIG," which is an agency of the United States.

There is no requirement that the matter or investigation have been pending or imminent at the time of the obstruction, but only that the acts were taken in relation to or in contemplation of any such matter or investigation.

The government is not required to prove that the Defendant specifically knew the matter or investigation was within the jurisdiction of a department or agency of the United States. In other words, you need not find the Defendant knew he was obstructing a matter that was federal in nature.

## DEFENDANT'S THEORY OF CASE

**[TO BE ADDED]**

## UNANIMITY

A verdict must represent the considered judgment of each juror, and in order to return a verdict, each juror must agree on the verdict. In other words, your verdicts must be unanimous.

## VERDICT FORM EXPLANATION

You will be provided with a Verdict Form for use when you have concluded your deliberations. The Form is not evidence in this case, and nothing in it should be taken to suggest or convey any opinion by me as to what the verdict should be. Nothing in the Form replaces the instructions of law I have already given you, and nothing in it replaces or modifies the instructions about the elements which the government must prove beyond a reasonable doubt. The Form is meant only to assist you in recording your verdict.

## EXHIBITS DURING DELIBERATIONS

During the course of this trial, a number of exhibits were admitted in evidence. I will be sending those exhibits into the jury room with you. You may examine any or all of them as you consider your verdicts. Sometimes only those parts of an exhibit that are relevant to your deliberations were admitted. Where this has occurred, I have required the irrelevant parts of the statement to be blacked out or deleted. Thus, as you examine the exhibits, and you see or hear a statement where there appear to be omissions, you should consider only the portions that were admitted. You should not guess as to what has been taken out or redacted.

Please keep in mind that exhibits that were only marked for identification but were not admitted into evidence will not be given to you to examine or consider in reaching your verdict.

If you wish to listen to the audio recording that I have admitted into evidence, you will have access to a computer that can play the recording.

## SELECTION OF FOREPERSON

When you return to the jury room, you should first select a foreperson to preside over your deliberations and to be your spokesperson here in court. There are no specific rules regarding how you should select a foreperson. That is up to you. However, as you go about the task, be mindful of your mission—to reach a fair and just verdict based on the evidence. Consider selecting a foreperson who will be able to facilitate your discussions, who can help you organize the evidence, who will encourage civility and mutual respect among all of you, who will invite each juror to speak up regarding his or her views about the evidence, and who will promote a full and fair consideration of that evidence.

## POSSIBLE PUNISHMENT NOT RELEVANT

The question of possible punishment of the Defendant in the event of a conviction is not a concern of yours and should not enter into or influence your deliberations in any way. The duty of imposing a sentence in the event of a conviction rests exclusively with me. Your verdict should be based solely on the evidence in this case, and you should not consider the matter of punishment at all.

**PUBLICITY, COMMUNICATION, AND RESEARCH**

I would like to remind you that, in some cases, although not necessarily this one, there may be reports in the newspaper or on the radio, internet, or television concerning the case. If there should be such media coverage in this case, you may be tempted to read, listen to, or watch it. You must not read, listen to, or watch such reports because you must decide this case solely on the evidence presented in this courtroom. If any publicity about this trial inadvertently comes to your attention, do not discuss it with other jurors or anyone else. Just let me or the Deputy Clerk know as soon after it happens as you can, and I will then briefly discuss it with you.

As you retire to the jury room to deliberate, I also need to remind you of an instruction I gave you at the beginning of and during the trial. During deliberations, you may not communicate with anyone not on the jury about this case. This includes any electronic communication such as email or text or any blogging about the case. In addition, you may not conduct any independent investigation of any kind during deliberations. This means you may not conduct any research in person or electronically via the internet or in another way.

## COMMUNICATIONS BETWEEN COURT AND JURY DURING DELIBERATIONS

If it becomes necessary during your deliberations to communicate with me, you may send a note by the Deputy Clerk or marshal, signed by your foreperson or by one or more members of the jury. No member of the jury should try to communicate with me except by such a signed note, and I will never communicate with any member of the jury on any matter concerning the merits of this case, except in writing or orally here in open court.

Bear in mind also that you are never, under any circumstances, to reveal to any person—not the Deputy Clerk, the marshal, or me—how jurors are voting until after you have reached a unanimous verdict. This means that you should never tell me, in writing or in open court, how the jury is divided on any matter—for example, 6-6 or 7-5 or 11-1, or in any other fashion—whether the vote is for conviction or acquittal or on any other issue in the case.

## ATTITUDE AND CONDUCT OF JURORS IN DELIBERATIONS

The attitude and conduct of jurors at the beginning of their deliberations are matters of considerable importance. It may not be useful for a juror, upon entering the jury room, to voice a strong expression of an opinion on the case or to announce a determination to stand for a certain verdict. When one does that at the outset, a sense of pride may cause that juror to hesitate to back away from an announced position after a discussion of the case. Furthermore, many juries find it useful to avoid an initial vote upon retiring to the jury room. Calmly reviewing and discussing the case at the beginning of deliberations is often a more useful way to proceed. Remember that you are not partisans or advocates in this matter, but you are judges of the facts.

## EXCUSING ALTERNATE JURORS

The last thing I must do before you begin your deliberations is to excuse the alternate jurors. As I told you before, the selection of alternates was an entirely random process; it's nothing personal. We selected two seats to be the alternate seats before any of you entered the courtroom. Since the rest of you have remained healthy and attentive, I can now excuse those jurors in seats **eleven** and **thirteen**.

As you two leave, I am going to ask you to hand your notebooks and badges to the Deputy Clerk. I must also note that it is possible, though unlikely, that we will need to summon you back to rejoin the jury in case something happens to a regular juror. Since that possibility exists, I am also going to instruct you not to discuss the case with anyone until we call you. My earlier instruction on use of the Internet still applies; do not research this case or communicate about it on the Internet. In all likelihood, we will be calling you to tell you there has been a verdict and you are now free to discuss the case; there is, however, the small chance that we will need to bring you back on to the jury. Thank you very much for your service.

## CLOSING REMARKS

I'm now going to excuse you to meet briefly with the Deputy Clerk, and then to begin your deliberations. You may take your notebooks with you if you wish. You will receive the instructions I have given you, the verdict form, and all the exhibits. Thank you again for your attention and service. As soon as you receive your copy of the instructions from the Deputy Clerk, you may begin deliberating.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

MURALI YAMAZULA VENKATA,

*Defendant.*

Criminal No. 20-66 (RDM)

**[DRAFT] FINAL JURY INSTRUCTIONS**

## PRELIMINARY REMARKS

The time has now come when all of the evidence is in and you have heard the closing arguments of the lawyers. We're about to enter your final duty in this case, which is to decide the issues of fact and to return a verdict. It is up to me to instruct you on the law, and I ask you to listen carefully, just as you have throughout this trial. Before we talk about the specific charges alleged here and some of the specific issues in the case, however, I want to take a few minutes to talk about some general rules of law. Some of this may repeat what I told you in my preliminary instructions.

**FURNISHING THE JURY WITH A COPY OF THE INSTRUCTIONS**

To start, I will provide you with a copy of my instructions. During your deliberations, you may, if you want, refer to these instructions. While you may refer to any particular portion of the instructions, you are to consider the instructions as a whole, and you may not follow some and ignore others. If you have any questions about the instructions, you should feel free to send me a note. Please return your instructions to me when your verdict is rendered.

**FUNCTION OF THE COURT**

My function is to conduct this trial in an orderly, fair, and efficient manner; to rule on questions of law; and to instruct you on the law that applies in this case.

It is your duty to accept the law as I instruct you. You should consider all the instructions I provide you as a whole. You may not ignore or refuse to follow any of them.

**FUNCTION OF THE JURY**

Your function, as the jury, is to determine what the facts are in this case. You are the sole judges of the facts. While it was my responsibility to decide what is admitted as evidence during the trial, you alone decide what weight, if any, to give to that evidence. You alone decide the credibility or believability of the witnesses.

You should determine the facts without prejudice, fear, sympathy, or favoritism. You should not be improperly influenced by anyone's race, ethnicity, nationality, gender, or any such trait. You must decide the case solely from a fair consideration of the evidence.

You shall not take anything that I may have said or done during trial as indicating how I think you should decide this case. If you believe that I have expressed or indicated any such opinion, you should ignore it. The verdict in this case is your sole and exclusive responsibility.

**JURY'S RECOLLECTION CONTROLS**

If any reference by me or by the attorneys to the evidence is different from your own memory of the evidence, it is your memory that should control during your deliberations.

**NOTETAKING BY JURORS**

During the trial, I have permitted all jurors who wanted to do so to take notes. You may take your notebooks with you to the jury room and use them during your deliberations if you wish. As I told you at the beginning of the trial, your notes are only to be an aid to your memory. They are not evidence in the case, and they should not replace your own memory of the evidence. Those jurors who have not taken notes should rely on their own memory of the evidence. The notes are intended to be for the notetaker's own personal use.

**EVIDENCE IN THE CASE**

During your deliberations, you may consider only the evidence properly admitted in this trial. The evidence in this case consists of the sworn testimony of the witnesses, the exhibits that were admitted into evidence, and the facts stipulated to by the parties.

During the trial, you were told that the parties had stipulated—that is, agreed—to certain facts. You should consider any stipulation of fact to be undisputed evidence.

When you consider the evidence, you are permitted to draw, from the facts that you find have been proven, such reasonable inferences as you feel are justified in light of your experience. You should give any evidence such weight as in your judgment it is fairly entitled to receive.

**STATEMENTS OF COUNSEL**

The statements and arguments of the lawyers are not evidence. They are only intended to assist you in understanding the evidence. Similarly, the questions of the lawyers are not evidence.

**INDICTMENT NOT EVIDENCE**

The indictment is merely the formal way of accusing a person of a crime. You must not consider the indictment as evidence of any kind—you may not consider it as any evidence of Mr. Venkata's guilt or draw any inference of guilt from it.

**BURDEN OF PROOF—PRESUMPTION OF INNOCENCE**

Every defendant in a criminal case is presumed to be innocent. This presumption of innocence remains with the defendant throughout the trial unless and until the government has proven that he is guilty beyond a reasonable doubt. This burden never shifts throughout the trial. The law does not require Mr. Venkata to prove his innocence or to produce any evidence at all. If you find that the government has proven beyond a reasonable doubt every element of an offense with which Mr. Venkata is charged, it is your duty to find him guilty of that offense. On the other hand, if you find the government has failed to prove any element of an offense beyond a reasonable doubt, you must find Mr. Venkata not guilty of that offense.

**REASONABLE DOUBT**

The government has the burden of proving Mr. Venkata guilty beyond a reasonable doubt. In civil cases, it is only necessary to prove that a fact is more likely true than not, or, in some cases, that its truth is highly probable. In criminal cases such as this one, the government's proof must be more powerful than that. It must be beyond a reasonable doubt. Reasonable doubt, as the name implies, is a doubt based on reason—a doubt for which you have a reason based upon the evidence or lack of evidence in the case. If, after careful, honest, and impartial consideration of all the evidence, you cannot say that you are firmly convinced of the defendant's guilt, then you have a reasonable doubt.

Reasonable doubt is the kind of doubt that would cause a reasonable person, after careful and thoughtful reflection, to hesitate to act in the graver or more important matters in life. However, it is not an imaginary doubt, nor a doubt based on speculation or guesswork; it is a doubt based on reason. The government is not required to prove guilt beyond all doubt or to a mathematical or scientific certainty. Its burden is to prove guilt beyond a reasonable doubt.

## DIRECT AND CIRCUMSTANTIAL EVIDENCE

There are two types of evidence from which you may determine what the facts are in this case: direct evidence and circumstantial evidence. When a witness, such as an eyewitness, asserts actual knowledge of a fact, that witness's testimony is direct evidence. On the other hand, evidence of facts and circumstances from which reasonable inferences may be drawn is circumstantial evidence.

Let me give you an example. Assume a person looked out a window and saw that snow was falling. If he later testified in court about what he had seen, his testimony would be direct evidence that snow was falling at the time he saw it happen. Assume, however, that he looked out a window and saw no snow on the ground, and then went to sleep and saw snow on the ground after he woke up. His testimony about what he had seen would be circumstantial evidence that it had snowed while he was asleep.

The law says that both direct and circumstantial evidence are acceptable as a means of proving a fact. The law does not favor one form of evidence over another. It is for you to decide how much weight to give to any particular evidence, whether it is direct or circumstantial. You are permitted to give equal weight to both. Circumstantial evidence does not require a greater degree of certainty than direct evidence. In reaching a verdict in this case, you should consider all of the evidence presented, both direct and circumstantial.

**NATURE OF CHARGE NOT TO BE CONSIDERED**

One of the questions that you were asked when we were selecting this jury was whether the nature of the charges would affect your ability to reach a fair and impartial verdict. We asked you that question because you must not allow the nature of a charge to affect your verdict. You must consider only the evidence that has been presented in this case in reaching a fair and impartial verdict.

**NUMBER OF WITNESSES**

The weight of the evidence is not necessarily determined by the number of witnesses testifying for each side. Rather, you should consider all the facts and circumstances in evidence to determine which of the witnesses you believe. You might find that the testimony of a smaller number of witnesses on one side is more believable than the testimony of a greater number of witnesses on the other side or you might find the opposite.

**INADMISSIBLE AND STRICKEN EVIDENCE**

The lawyers in this case sometimes objected when the other side asked a question, made an argument, or offered evidence that the objecting lawyer believed was not proper. You must not hold such objections against the lawyer who made them or against the party she or he represents. It is the lawyers' responsibility to object to evidence that they believe is not admissible.

If, during the course of the trial, I sustained an objection to a lawyer's question, you should ignore the question, and you must not speculate as to what the answer would have been. If, after a witness answered a question, I ruled that the answer should be stricken, you should ignore both the question and the answer, and they should play no part in your deliberations. Likewise, exhibits as to which I have sustained an objection or that I ordered stricken are not evidence, and you must not consider them in your deliberations.

**CREDIBILITY OF WITNESSES**

In determining whether the government has proved the charges against the Defendant beyond a reasonable doubt, you must consider the testimony of all the witnesses who have testified.

You are the sole judges of the credibility of the witnesses. You alone determine whether to believe any witness and the extent to which a witness should be believed. Judging a witness's credibility means evaluating whether the witness has testified truthfully and also whether the witness accurately observed, recalled, and described the matters about which the witness testified.

You may consider anything that in your judgment affects the credibility of any witness. For example, you may consider the demeanor and the behavior of the witness on the witness stand; the witness's manner of testifying; whether the witness impresses you as a truthful person; whether the witness impresses you as having an accurate memory; whether the witness has any reason for not telling the truth; whether the witness had a meaningful opportunity to observe the matters about which he or she has testified; or whether the witness has any interest in the outcome of this case, stands to gain anything by testifying, or has friendship or hostility toward other people concerned with this case.

In evaluating the accuracy of a witness's memory, you may consider the circumstances surrounding the event, including the time that elapsed between the event and any later recollections of the event, and the circumstances under which the witness was asked to recall details of the event.

You may consider the reasonableness or unreasonableness, the probability or improbability, of the testimony of a witness in determining whether to accept it as true and

accurate. You may consider whether the witness has been contradicted or supported by other evidence that you credit.

If you believe that any witness has shown him or herself to be biased or prejudiced, for or against either side in this trial, or motivated by self-interest, you may consider and determine whether such bias or prejudice has colored the testimony of the witness so as to affect the desire and capability of that witness to tell the truth.

You should give the testimony of each witness such weight as in your judgment it is fairly entitled to receive.

**ACCOMPLICE TESTIMONY**

You have heard testimony from Charles Edwards. The government is permitted to use a witness who testifies that he participated in the offenses charged against the Defendant, although the testimony of such a witness should be considered with caution. You should give his testimony as much weight as in your judgment it deserves.

**COOPERATING WITNESSES**

You have heard evidence that Charles Edwards and Sonal Patel entered into plea agreements with the government pursuant to which they each agreed to testify truthfully in this case and the government agreed either to dismiss charges against him (in the case of Mr. Edwards), to decline prosecution of further charges against her (in the case of Ms. Patel), and to bring each of their cooperation to the attention of the judge at the time of sentencing.

The government is permitted to enter into this kind of plea agreement. You, in turn, may accept the testimony of such witnesses and convict the Defendant on the basis of this testimony alone, if it convinces you of the Defendant's guilt beyond a reasonable doubt. A witness who has entered into a plea agreement is under the same obligation to tell the truth as is any other witness; the plea agreement does not protect him or her against a prosecution for perjury or false statement, should he or she lie under oath.

However, you may consider whether a witness who has entered into such an agreement has an interest different from other types of witnesses. You may consider whether the plea agreement a witness entered into with the government has motivated him or her to testify falsely against the Defendant. The testimony of a witness who has entered into a plea agreement should be considered with caution. You should give the testimony as much weight as in your judgment it deserves.

**LAW ENFORCEMENT OFFICER'S TESTIMONY**

Testimony from a law enforcement officer should be evaluated by you just as any other evidence in the case. In evaluating the officer's credibility, you should use the same guidelines that you apply to the testimony of any witness. In no event should you give either greater or lesser weight to the testimony of any witness merely because she or he is or was a law enforcement officer.

**RIGHT OF DEFENDANT NOT TO TESTIFY**

Every defendant in a criminal case has an absolute right not to testify. Mr. Venkata has chosen to exercise this right. You must not hold this decision against him, and it would be improper for you to speculate as to the reason or reasons for his decision. You must not assume the Defendant is guilty because he chose not to testify.

## CHARACTER OF DEFENDANT

Mr. Venkata has introduced testimony that, in the witness's opinion, Mr. Venkata is an honest person. Such evidence may indicate to you that it is unlikely that an honest person would commit the crime charged or it may not. You may consider this evidence along with other evidence in the case and give it as much weight as you think it deserves.

Notwithstanding the evidence of character, if, after weighing all the evidence, you are convinced beyond a reasonable doubt that Mr. Venkata is guilty of the crime charged, it is your duty to find him guilty. On the other hand, evidence of good character alone may create a reasonable doubt as to a defendant's guilt, although without it the other evidence would be convincing.

**SPECIALIZED OPINION TESTIMONY**

In this case, you heard the testimony of Chad Steel, Fred Reynolds, and Chris Lowder, who each expressed opinions concerning computer forensic examination. If scientific, technical, or other specialized knowledge might assist the jury in understanding the evidence or in determining a fact in issue, a witness who possesses knowledge, skill, experience, training, or education may testify and state an opinion concerning such matters. You are not bound to accept these witnesses' opinions. If you find that an opinion is not based on sufficient education or experience, that the reasons supporting the opinion are not sound, or that the opinion is outweighed by other evidence, you may completely or partially disregard the opinion. You should consider this evidence with all the other evidence in the case and give it as much weight as you think it fairly deserves.

**PRIOR INCONSISTENT STATEMENTS OF A WITNESS**

You have heard evidence that Charles Edwards made a statement (or statements) on an earlier occasion and that this statement (or statements) may be inconsistent with his testimony here at trial. It is for you to decide whether the witness made such a statement (or statements) and whether in fact it was inconsistent with the witness's testimony here. If you find such an inconsistency, you may consider the earlier statement(s) in judging the credibility of the witness, but you may not consider it as evidence that what was said in the earlier statement was true.

## MOTIVE

Motive is not an element of the offenses charged, and the government is not required to prove motive in this case. You may, however, consider evidence of motive or lack of evidence of motive in deciding whether or not the government has proved the charges beyond a reasonable doubt.

## RECORDING & TRANSCRIPT

A recording of a conversation identified by a witness has been received in evidence. A transcript of this recorded conversation was displayed for your convenience and guidance as you listened to the recording. Your personal understanding of the audio recording, however, must supersede the text in the transcript. That is, if you noticed any difference between the transcript and the recording, you must rely only on the recording and not the transcript. In addition, if you cannot determine from the recording that particular words were spoken, you must disregard the transcript as far as those words are concerned.

**MULTIPLE COUNTS — ONE DEFENDANT**

Each count of the indictment charges a separate offense. You should consider each offense, and the evidence which applies to it, separately, and you should return separate verdicts as to each count. The fact that you may find the Defendant guilty or not guilty on any one count of the indictment should not influence your verdict with respect to any other count of the indictment.

At any time during your deliberations you may return your verdict of guilty or not guilty with respect to any count.

**KNOWINGLY**

The word "knowingly," as that term is used from time to time in these instructions, means that the act was done voluntarily and intentionally and not because of ignorance, mistake, or accident.

**PROOF OF STATE OF MIND**

Someone's intent ordinarily cannot be proved directly because there is no way of knowing what a person is actually thinking, but you may infer someone's intent from the surrounding circumstances. You may consider any statement made or acts done by the Defendant and all other facts and circumstances received in evidence which indicate his intent.

You may infer, but are not required to infer, that a person intends the natural and probable consequences of acts he intentionally did or did not do. It is entirely up to you, however, to decide what facts to find from the evidence received during this trial. You should consider all the circumstances in evidence that you think are relevant in determining whether the government has proved beyond a reasonable doubt that the Defendant acted with the necessary state of mind.

## ALLEGED OFFENSES

The indictment charges Mr. Venkata with violations of federal law. Specifically, the indictment charges Mr. Venkata with Conspiracy, in violation of 18 U.S.C. § 371; Theft of Government Property, in violation of 18 U.S.C. § 641; Wire Fraud, in violation of 18 U.S.C. § 1343; Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A; and Destruction of Records, in violation of 18 U.S.C. § 1519.

You may have heard reference at the beginning of this trial to the fact that Mr. Venkata was charged with four counts of aggravated identity theft. You may notice that I have only submitted one count of aggravated identity theft to you. The number of counts is a matter for the Court, and you should not draw any conclusions from it, for or against either party.

**ELEMENTS OF EACH OFFENSE: OVERVIEW**

I am about to instruct you on the elements of each of the offenses with which Mr. Venkata is charged.

## COUNT ONE
## CONSPIRACY — ELEMENTS

Mr. Venkata is charged with conspiring (1) to commit an offense against the United States—that is, Theft of Government Property, in violation of 18 U.S.C. § 641—and (2) to defraud the United States. These are called the "objects" of the conspiracy. It is against the law to agree with someone to commit Theft of Government Property or to defraud the United States.

The charge of Conspiracy to commit Theft of Government Property is a separate charge from Theft of Government Property itself, with which Mr. Venkata is also charged.

I will address the elements of the crime of Theft of Government Property in a moment, and you should apply those instructions in determining whether Mr. Venkata conspired with someone to commit that crime.

To "defraud the United States" means to cheat the United States government or any of its agencies out of money or property. You should use this instruction in determining whether Mr. Venkata conspired with someone to defraud the United States.

The government is not required to prove that either or both of those objectives was achieved.

The elements of conspiracy, each of which the government must prove beyond a reasonable doubt, are that:

1. Between October 2014 and April 2017, an agreement existed between two or more people to commit at least one of the following "objects" of the conspiracy:

   (a) to steal or knowingly convert property belonging to the United States with an aggregate value exceeding $1,000—to wit, copies of the Department of Homeland Security–Office of Inspector General's ("DHS-OIG") Enforcement Database System ("EDS") system, copies of DHS-OIG's EDS source code and database files, copies of the U.S. Postal Service–Office of Inspector General's ("USPS-OIG")

case management system, copies of the USPS-OIG's STARS database and PARIS code, or the PII of approximately 246,167 DHS employees and approximately 6,723 USPS employees, in violation of 18 U.S.C. § 641; or

(b) to defraud the United States by devising or intending to devise a scheme to defraud or for obtaining money or property from the U.S. Department of Agriculture–Office of Inspector General ("USDA-OIG") by means of materially false or fraudulent pretenses, representations, or promises, or by concealing material facts.

This does not have to be a formal agreement or plan, in which everyone involved sat down together and worked out the details. On the other hand, merely because people get together and talk about common interests, or do similar things, does not necessarily show that an agreement exists to commit Theft of Government Property or to defraud the United States. You must unanimously agree which object of the conspiracy the members agreed to commit. If you are unable unanimously to agree on at least one object of the conspiracy, you cannot find the Defendant guilty of conspiracy. So, the first thing that must be shown is the existence of an agreement to commit at least one of the objects of the conspiracy.

2. Mr. Venkata intentionally joined in that agreement. It is not necessary to find that he agreed to all of the details of the crime, or that he knew the identity of all of the other people that the government has claimed were participating in the agreement. A person may become a member of a conspiracy even if that person agrees to play only a minor part, as long as that person understands the unlawful nature of the plan and voluntarily and intentionally joins in it with the intent to advance or further the unlawful object of the conspiracy. Even if Mr. Venkata was not part of the agreement at the very start, he can become a member of the conspiracy later if the government

proves that he intentionally joined the agreement. Different people may become part of the conspiracy at different times.

But, mere presence at the scene of the agreement or crime, or merely being with the other participants does not show that Mr. Venkata knowingly joined in the agreement. Also, unknowingly acting in a way that helps the participants, or merely knowing about the agreement itself, without more, does not make the Defendant part of the conspiracy. So, the second thing that must be shown is that Mr. Venkata was part of the conspiracy.

3. One of the people involved in the conspiracy did something for the purpose of carrying out the conspiracy. This something is referred to as an "overt act." So, the third thing that must be shown is that a member of the conspiracy committed at least one overt act, and you must all agree on at least one overt act that was done.

A conspiracy can be proved indirectly, by facts and circumstances that lead to a conclusion that a conspiracy existed. The government must prove that such facts and circumstances existed and that they lead to the conclusion that a conspiracy existed.

In determining whether a conspiracy between two or more people existed and whether Mr. Venkata was one of its members, you may consider the acts and the statements of any other member of the conspiracy as evidence against Mr. Venkata whether done in or out of his presence while the conspiracy existed. When persons enter into an agreement to commit a crime, they become agents for each other so that everything which is said or done by one of them in furtherance of that purpose is deemed to be the statement of all who have joined in that conspiracy and is evidence against all of the conspirators. However, statements of any conspirator which are made before its existence or after its termination may be considered as

evidence only against the person making such statements.

In summary, a conspiracy is a kind of partnership in crime. For the Defendant to be convicted of the crime of conspiracy, the government must prove three things beyond a reasonable doubt: first that from in or around October 2014 through in or around April 2017, there was an agreement (1) to commit Theft of Government Property or (2) to defraud the United States; second, that Mr. Venkata intentionally joined in that agreement; and, third, that one of the people involved in the conspiracy did at least one "overt act" for the purpose of carrying out the conspiracy.

**COUNT TWO**
**THEFT OF GOVERNMENT PROPERTY — ELEMENTS**

Mr. Venkata is also charged with Theft of Government Property, in violation of 18 U.S.C. § 641. Specifically, the indictment alleges that Mr. Venkata stole or knowingly converted (1) copies of DHS-OIG's EDS system; (2) copies of DHS-OIG's EDS code and database files; (3) copies of USPS-OIG's case management system; (4) copies of USPS-OIG's STARS database and PARIS code; and (5) the Personal Identifiable Information (or "PII") of approximately 246,167 DHS employees and approximately 6,723 USPS employees.

The elements of the offense of Theft of Government Property, each of which the government must prove beyond a reasonable doubt, are that:

1. Mr. Venkata stole or knowingly converted property for his use or for the use of another;
2. The property belonged to the United States at the time it was stolen or converted;
3. When Mr. Venkata stole or converted the property, he intended to deprive, without right, the owner of the use or benefit of the property; and
4. The property stolen or converted had, in the aggregate, a value of more than $1,000.

To "steal" means to take away from one in lawful possession without right with the intention to keep wrongfully.

"Conversion" may include misuse or abuse of property. It may reach use in an unauthorized manner or to an unauthorized extent of property placed in one's custody for limited use. But "conversion" requires the unauthorized exercise of control over property in such a manner that serious interference with ownership rights occurs.

In considering the seriousness of any interference with the government's property right, you may consider the following factors, among any other factors you consider relevant: (a) the extent and duration of the actor's exercise of dominion or control; (b) the actor's intent to assert a right in fact inconsistent with the government's right of control; (c) the actor's good faith; (d) the extent and duration of the resulting interference with the government's right of control; (e) the harm done to the property interest; and (f) the strength of the government's interest in maintaining confidentiality and the expense caused to the government. No one factor is necessarily predominant in determining the seriousness of the interference.

The word "value" means face, par, or market value, or cost price, either wholesale or retail, whichever is greater, of all property stolen or converted in the aggregate. Do not speculate or guess at the value of the property. Base your determination only on the evidence.

In order to find Mr. Venkata guilty of Theft of Government Property, you must unanimously agree on what property was stolen or knowingly converted.

You must also unanimously agree that the crime was completed on or after March 5, 2015.

**AIDING AND ABETTING, 18 U.S.C. § 2**

You may find Mr. Venkata guilty of Theft of Government Property without finding that he personally committed each of the acts that make up the crime or that he was present while the crime was being committed. Any person who in some way intentionally participates in the commission of a crime can be found guilty either as an aider and abettor or as a principal offender. It makes no difference which label you attach. The person is as guilty of the crime as he would be if he had personally committed each of the acts that make up the crime.

To find that the Defendant aided and abetted in committing a crime, you must find that the Defendant knowingly associated himself with the commission of the crime; that he participated in the crime as something he wished to bring about; and that he intended by his actions to make it succeed.

Some affirmative conduct by the Defendant in planning or carrying out the crime is necessary. Mere physical presence by Mr. Venkata at the place and time the crime is committed is not by itself sufficient to establish his guilt. It is not necessary that you find that Mr. Venkata was actually present while the crime was committed.

The government is not required to prove that anyone discussed or agreed upon a specific time or method of committing the crime. The government is not required to prove that the crime was committed in the particular way planned or agreed upon. Nor need the government prove that the principal offender and the person alleged to be the aider and abettor directly communicated with each other.

I have already instructed you on the elements of Theft of Government Property. With respect to that charge, regardless of whether Mr. Venkata is an aider and abettor or a principal offender, the government must prove beyond a reasonable doubt that Mr. Venkata personally

acted knowingly and with the intent to deprive the owner of the use or benefit of the property.

In order to find Mr. Venkata guilty of Theft of Government Property on this theory, you must unanimously agree on what property was stolen or knowingly converted.

You must also unanimously agree that the crime was completed on or after March 5, 2015.

## CO-CONSPIRATOR LIABILITY

If you do not find that Mr. Venkata personally committed the offense of Theft of Government Property, you must consider whether he is guilty of Theft of Government Property based on the acts of his alleged co-conspirators.

A conspiracy is a kind of partnership in crime and its members may be responsible for each others' actions. A defendant is responsible for an offense committed by another member of the conspiracy if the defendant was a member of the conspiracy when the offense was committed and if the offense was committed in furtherance of, and as a natural consequence of, the conspiracy.

In order to find Mr. Venkata guilty of Theft of Government Property under this theory, you must find beyond a reasonable doubt that:

1. The conspiracy charged in Count One existed;
2. The offense of Theft of Government Property was committed by a co-conspirator of Mr. Venkata;
3. Mr. Venkata was a member of the conspiracy charged in Count One at the time the offense of Theft of Government Property was committed;
4. The offense of Theft of Government Property was committed during the existence of the conspiracy;
5. The offense of Theft of Government Property was committed in furtherance of the conspiracy; and
6. The offense of Theft of Government Property was a reasonably foreseeable consequence of the conspiracy. It is not necessary to find that the crime was intended

as part of the original plan, only that it was a foreseeable consequence of the original plan.

In order to find Mr. Venkata guilty of Theft of Government Property on this theory, you must unanimously agree on what property was stolen or knowingly converted.

You must also unanimously agree that the crime was completed on or after March 5, 2015.

**COUNT ELEVEN**
**WIRE FRAUD — ELEMENTS**

Mr. Venkata is also charged with Wire Fraud, in violation of 18 U.S.C. § 1343. In order to find Mr. Venkata guilty of Wire Fraud, you must find beyond a reasonable doubt that:

1. Mr. Venkata knowingly devised or intended to devise a scheme to defraud; that is, a scheme to defraud the USDA-OIG or to obtain property of the USDA-OIG by means of materially false or fraudulent pretenses, representations, or promises, or by concealing material facts;
2. The scheme to defraud employed false material representations, pretenses, or promises;
3. Mr. Venkata transmitted or caused to be transmitted by way of wire communications, in interstate commerce, any writing for the purpose of executing such scheme; and
4. Mr. Venkata acted with a specific intent to defraud.

A "scheme to defraud" means any plan, pattern, or course of action intended to deprive another of money or property or bring about some financial gain to the person engaged in the scheme.

A "specific intent to defraud" means a conscious, knowing intent to deceive or cheat someone.

A representation, pretense, or promise is "false" if it is known to be untrue or is made with reckless indifference as to its truth or falsity. A representation, pretense, or promise would also be "false" if it constitutes a half truth, or effectively omits or conceals a material fact, provided it is made with intent to defraud.

A representation, pretense, or promise is "material" if it has a natural tendency to influence, or is capable of influencing, the decision of the person or entity to which it is addressed.

It is not necessary that the government prove all of the details alleged in the indictment concerning the precise nature and purpose of the scheme. What must be proved beyond a reasonable doubt is that the Defendant knowingly devised or intended to devise a scheme to defraud by means of false or fraudulent pretenses, representations, or promises that was substantially the same as the one alleged in the indictment.

It is also not necessary that the government prove that the material transmitted by wire communications was itself false or fraudulent, or that the use of the interstate wire communications facilities was intended as the specific or exclusive means of accomplishing the alleged fraud. What must be proved beyond a reasonable doubt is that the use of the interstate wire communications facilities was closely related to the scheme because the Defendant either wired something or caused it to be wired in interstate commerce in an attempt to execute or carry out the scheme.

To "cause" interstate wire communications to be used is to do an act with knowledge that the use of the wire communications facilities will follow in the ordinary course of business or where such use can reasonably be foreseen.

The alleged scheme need not actually succeed in defrauding anyone.

**AIDING AND ABETTING, 18 U.S.C. § 2**

You may find Mr. Venkata guilty of Wire Fraud either as an aider and abettor or as a principal offender. I have already instructed you on what you must find in order to find that Mr. Venkata aided and abetted in committing Theft of Government Property, and you are to apply those same instructions here.

With respect to the charge of Wire Fraud, regardless of whether Mr. Venkata is an aider and abettor or a principal offender, the government must prove beyond a reasonable doubt that Mr. Venkata personally acted knowingly and with a specific intent to defraud.

## COUNT TWELVE
## AGGRAVATED IDENTITY THEFT — ELEMENTS

Mr. Venkata is also charged with Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A. Specifically, Mr. Venkata is charged with committing Aggravated Identity Theft with respect to a means of identification of Scott Balfour. In order to find Mr. Venkata guilty of Aggravated Identity Theft, you must find beyond a reasonable doubt that:

1. Mr. Venkata knowingly transferred, possessed, or used a means of identification of another person;
2. Mr. Venkata did so without lawful authority;
3. Mr. Venkata transferred, possessed, or used the means of identification of another person during and in relation to the offenses of Theft of Government Property or Wire Fraud (referred to below as the "predicate felonies"); and
4. Mr. Venkata knew that the means of identification in fact belonged to another real person, living or dead.

The term "means of identification" means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, or employer or taxpayer identification number.

"Without lawful authority" means that the Defendant transferred, possessed, or used another's means of identification either without that person's permission, beyond the scope of that person's legally obtained permission, or having obtained that person's permission illegally.

A person transfers, possesses, or uses a means of identification "in relation to" a predicate felony if it had some purpose or effect with respect to the offense; its presence or involvement cannot be the result of accident or coincidence. The means of identification must facilitate or have the potential to facilitate commission of the offense.

Your verdict must be unanimous as to the relevant predicate felony.

**AIDING AND ABETTING, 18 U.S.C. § 2**

You may find Mr. Venkata guilty of Aggravated Identity Theft either as an aider and abettor or as a principal offender. I have already instructed you on what you must find in order to find that Mr. Venkata aided and abetted in committing Theft of Government Property, and you are to apply those same instructions here.

With respect to the charge of Aggravated Identity Theft, regardless of whether Mr. Venkata is an aider and abettor or a principal offender, the government must prove beyond a reasonable doubt that Mr. Venkata personally acted knowingly and with knowledge that the means of identification in fact belonged to another real person, living or dead.

In order to find Mr. Venkata guilty of Aggravated Identity Theft on this theory, your verdict must be unanimous as to the relevant predicate felony.

**COUNT SIXTEEN**
**DESTRUCTION OF RECORDS — ELEMENTS**

Finally, Mr. Venkata is charged with Destruction of Records, in violation of 18 U.S.C. § 1519. In order to find Mr. Venkata guilty of Destruction of Records, you must find beyond a reasonable doubt that:

1. Mr. Venkata knowingly altered or destroyed a record, document, or tangible object;
2. Mr. Venkata acted with the intent to impede or obstruct the investigation of a matter; and
3. The matter was within the jurisdiction of the Department of Homeland Security–Office of Inspector General, also known as "DHS-OIG," which is an agency of the United States.

There is no requirement that the matter or investigation have been pending or imminent at the time of the obstruction, but only that the acts were taken in relation to or in contemplation of any such matter or investigation.

The government is not required to prove that the Defendant specifically knew the matter or investigation was within the jurisdiction of a department or agency of the United States. In other words, you need not find the Defendant knew he was obstructing a matter that was federal in nature.

**DEFENDANT'S THEORY OF CASE**

**[TO BE ADDED]**

**UNANIMITY**

A verdict must represent the considered judgment of each juror, and in order to return a verdict, each juror must agree on the verdict. In other words, your verdicts must be unanimous.

**VERDICT FORM EXPLANATION**

You will be provided with a Verdict Form for use when you have concluded your deliberations. The Form is not evidence in this case, and nothing in it should be taken to suggest or convey any opinion by me as to what the verdict should be. Nothing in the Form replaces the instructions of law I have already given you, and nothing in it replaces or modifies the instructions about the elements which the government must prove beyond a reasonable doubt. The Form is meant only to assist you in recording your verdict.

**EXHIBITS DURING DELIBERATIONS**

During the course of this trial, a number of exhibits were admitted in evidence. I will be sending those exhibits into the jury room with you. You may examine any or all of them as you consider your verdicts. Sometimes only those parts of an exhibit that are relevant to your deliberations were admitted. Where this has occurred, I have required the irrelevant parts of the statement to be blacked out or deleted. Thus, as you examine the exhibits, and you see or hear a statement where there appear to be omissions, you should consider only the portions that were admitted. You should not guess as to what has been taken out or redacted.

Please keep in mind that exhibits that were only marked for identification but were not admitted into evidence will not be given to you to examine or consider in reaching your verdict.

If you wish to listen to the audio recording that I have admitted into evidence, you will have access to a computer that can play the recording.

## SELECTION OF FOREPERSON

When you return to the jury room, you should first select a foreperson to preside over your deliberations and to be your spokesperson here in court. There are no specific rules regarding how you should select a foreperson. That is up to you. However, as you go about the task, be mindful of your mission—to reach a fair and just verdict based on the evidence. Consider selecting a foreperson who will be able to facilitate your discussions, who can help you organize the evidence, who will encourage civility and mutual respect among all of you, who will invite each juror to speak up regarding his or her views about the evidence, and who will promote a full and fair consideration of that evidence.

**POSSIBLE PUNISHMENT NOT RELEVANT**

The question of possible punishment of the Defendant in the event of a conviction is not a concern of yours and should not enter into or influence your deliberations in any way. The duty of imposing a sentence in the event of a conviction rests exclusively with me. Your verdict should be based solely on the evidence in this case, and you should not consider the matter of punishment at all.

**PUBLICITY, COMMUNICATION, AND RESEARCH**

I would like to remind you that, in some cases, although not necessarily this one, there may be reports in the newspaper or on the radio, internet, or television concerning the case. If there should be such media coverage in this case, you may be tempted to read, listen to, or watch it. You must not read, listen to, or watch such reports because you must decide this case solely on the evidence presented in this courtroom. If any publicity about this trial inadvertently comes to your attention, do not discuss it with other jurors or anyone else. Just let me or the Deputy Clerk know as soon after it happens as you can, and I will then briefly discuss it with you.

As you retire to the jury room to deliberate, I also need to remind you of an instruction I gave you at the beginning of and during the trial. During deliberations, you may not communicate with anyone not on the jury about this case. This includes any electronic communication such as email or text or any blogging about the case. In addition, you may not conduct any independent investigation of any kind during deliberations. This means you may not conduct any research in person or electronically via the internet or in another way.

## COMMUNICATIONS BETWEEN COURT AND JURY DURING DELIBERATIONS

If it becomes necessary during your deliberations to communicate with me, you may send a note by the Deputy Clerk or marshal, signed by your foreperson or by one or more members of the jury. No member of the jury should try to communicate with me except by such a signed note, and I will never communicate with any member of the jury on any matter concerning the merits of this case, except in writing or orally here in open court.

Bear in mind also that you are never, under any circumstances, to reveal to any person—not the Deputy Clerk, the marshal, or me—how jurors are voting until after you have reached a unanimous verdict. This means that you should never tell me, in writing or in open court, how the jury is divided on any matter—for example, 6-6 or 7-5 or 11-1, or in any other fashion—whether the vote is for conviction or acquittal or on any other issue in the case.

**ATTITUDE AND CONDUCT OF JURORS IN DELIBERATIONS**

The attitude and conduct of jurors at the beginning of their deliberations are matters of considerable importance. It may not be useful for a juror, upon entering the jury room, to voice a strong expression of an opinion on the case or to announce a determination to stand for a certain verdict. When one does that at the outset, a sense of pride may cause that juror to hesitate to back away from an announced position after a discussion of the case. Furthermore, many juries find it useful to avoid an initial vote upon retiring to the jury room. Calmly reviewing and discussing the case at the beginning of deliberations is often a more useful way to proceed. Remember that you are not partisans or advocates in this matter, but you are judges of the facts.

## EXCUSING ALTERNATE JURORS

The last thing I must do before you begin your deliberations is to excuse the alternate jurors. As I told you before, the selection of alternates was an entirely random process; it's nothing personal. We selected two seats to be the alternate seats before any of you entered the courtroom. Since the rest of you have remained healthy and attentive, I can now excuse those jurors in seats **eleven** and **thirteen**.

As you two leave, I am going to ask you to hand your notebooks and badges to the Deputy Clerk. I must also note that it is possible, though unlikely, that we will need to summon you back to rejoin the jury in case something happens to a regular juror. Since that possibility exists, I am also going to instruct you not to discuss the case with anyone until we call you. My earlier instruction on use of the Internet still applies; do not research this case or communicate about it on the Internet. In all likelihood, we will be calling you to tell you there has been a verdict and you are now free to discuss the case; there is, however, the small chance that we will need to bring you back on to the jury. Thank you very much for your service.

## CLOSING REMARKS

I'm now going to excuse you to meet briefly with the Deputy Clerk, and then to begin your deliberations. You may take your notebooks with you if you wish. You will receive the instructions I have given you, the verdict form, and all the exhibits. Thank you again for your attention and service. As soon as you receive your copy of the instructions from the Deputy Clerk, you may begin deliberating.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 20-cr-66 (RDM)** |
| | : | |
| **MURALI YAMAZULA VENKATA,** | | |
| | : | |
| | : | |
| **Defendant.** | : | |

**JURY VERDICT FORM**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**COUNT 1**

As to the charge that the Defendant Murali Yamazula Venkata conspired with others to commit Theft of Government Property or to defraud the United States, in violation of 18 U.S.C. § 371, we find the Defendant Murali Yamazula Venkata:

__✓__ Guilty　　　　______ Not Guilty

If you find the Defendant Murali Yamazula Venkata not guilty of Count 1, you must proceed to Count 2. If you find the Defendant Murali Yamazula Venkata guilty beyond a reasonable doubt of Count 1, what specific offense or offenses do you unanimously find to have been the object or objects of the conspiracy? (select one or more).

1. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of Theft of Government Property?

   Yes: __✓__　　　　No: ______

2. Do you find beyond a reasonable doubt that there was an agreement to defraud the United States?

   Yes: __✓__　　　　No: ______

**COUNT 2**

As to the charge that the Defendant Murali Yamazula Venkata committed Theft of Government Property, in violation of 18 U.S.C. § 641, we find the Defendant Murali Yamazula Venkata:

___✓___ Guilty __________ Not Guilty

If you find the Defendant Murali Yamazula Venkata not guilty of Count 2, you must proceed to Count 11. If you find the Defendant Murali Yamazula Venkata guilty beyond a reasonable doubt of Count 2, what property do you unanimously find that he stole or knowingly converted? (select one or more).

1. Copies of DHS-OIG's EDS system:

   Yes: __✓__ No: ______

2. Copies of DHS-OIG's EDS code and database files:

   Yes: __✓__ No: ______

3. Copies of USPS-OIG's case management system:

   Yes: __✓__ No: ______

4. Copies of USPS-OIG's STARS database and PARIS code:

   Yes: __✓__ No: ______

5. The Personal Identifiable Information ("PII") of approximately 246,167 DHS employees or approximately 6,723 USPS employees:

   Yes: __✓__ No: ______

**COUNT 11**

As to the charge that the Defendant Murali Yamazula Venkata committed wire fraud, in violation of 18 U.S.C. § 1343, we find the Defendant Murali Yamazula Venkata:

__✓___ Guilty __________ Not Guilty

**COUNT 13**

As to the charge that the Defendant Murali Yamazula Venkata committed Aggravated Identity Theft with respect to a means of identification of Scott Balfour, in violation of 18 U.S.C. § 1028A, we find the Defendant Murali Yamazula Venkata:

✓ Guilty ____________ Not Guilty

If you find the Defendant Murali Yamazula Venkata not guilty of Count 13, you must proceed to Count 16. If you find the Defendant Murali Yamazula Venkata guilty beyond a reasonable doubt of Count 13, what specific offense or offenses do you unanimously find that the aggravated identity theft was during and in relation to? (select one or more).

6. Do you find beyond a reasonable doubt that the aggravated identity theft was during and in relation to Theft of Government Property, in violation of 18 U.S.C. § 641?

Yes: ✓ No: ____________

7. Do you find beyond a reasonable doubt that the aggravated identity theft was during and in relation to Wire Fraud, in violation of 18 U.S.C. § 1343?

Yes: ✓ No: ____________

**COUNT 16**

As to the charge that the Defendant Murali Yamazula Venkata committed Destruction of Records, in violation of 18 U.S.C. § 1519, we find the Defendant Murali Yamazula Venkata:

✓ Guilty ____________ Not Guilty

BY: ____________________ ____________________
FOREPERSON JUROR NUMBER

DHS - Office of Inspector General

# Computer Access Agreement

**Purpose:** To obtain written agreement from all personnel signifying understanding and acceptance of applicable policy and legal requirements concerning the operation of computer equipment and access to network resources within the Department of Homeland Security (DHS). This policy applies to all staff, interns, volunteers, and contractors assigned or detailed to DHS OIG. Any person who is in non compliance with these Rules of Behavior is subject to penalties and sanctions as defined by DHS and OIG policies.

## I herby agree to comply with the following Information Security requirements:

1) **Classified Processing.** I will not process classified information on any DHS system not specifically approved and marked for the appropriate level of classified processing. I will report to the OIG Help Desk and Security Officials any inadvertent or unapproved classified processing on non-classified systems.

2) **Credential Protection.** I will protect my passwords and authentication tokens from disclosure and loss at all times. I will employ a complex password with a minimum of eight characters in length that will contain both alpha and numeric characters. I will change my default passwords immediately when assigned. I will never reveal my passwords to any individuals.

3) **User Accounts.** I will not allow others to use my account and I will not access other users' accounts. I will not attempt to access accounts, data stores, or information system that are not expressly authorized to me. I understand that I am accountable for all actions taken under my username.

4) **Privacy & OIG Data Protection**. I will protect displayed, stored data, magnetic media, printouts in accordance with the highest level of data sensitivity contained on that media. I will follow OIG policy for transmitting sensitive data (such as name, ssn, home address, etc.) by utilizing WinZip or other OIG standard encryption software. I will utilize the Control-Alt-Delete menu to lock my computer to require re-entry of my password when my system is unattended. I protect my display from "shoulder" surfing.

5) **Physical Security**. I will not remove DHS computer systems or software from Government work spaces without expressed written permission. I understand I am personally responsible for providing physical security and keeping items under my exclusive control. I will take all necessary precautions to protect the laptop/PED against loss, theft, or unauthorized use by employing lockable cables and physical security controls.

6) **E-mail.** I understand that the government e-mail system is provided for the conduct of official DHS business. I will limit my non-official use of the e-mail system to prevent interference with my official duties in accordance with DHS Management Directive 4600. I will not send e-mail that is malicious, hostile, threatening, abusive, vulgar, defamatory, profane, or racially, sexually, ethnically objectionable, or "chain" emails. I will not forward official government emails to a personally owned email account.

7) **Internet Use.** I understand that access to public networks, i.e. the Internet is for official DHS business. I will limit my non-official access to the Internet to prevent interfere with my official duties in accordance with DHS MD 4600. I will not view Web sites that contain malicious, hostile, threatening, abusive, vulgar, defamatory, profane, or racially, sexually, or ethnically objectionable text or graphics. Should my official duties require access to objectionable sites, I will notify the OIG CIO or ISSM by email prior to access. I will not use Peer-2-Peer to connect remotely to other systems for the purpose of sharing files.

8) **Consent to Monitor**. I understand that the use of government furnished equipment constitutes my consent to monitoring and audit of this use at all times. I understand there is no expectation of privacy when using or storing data on government systems.

9) **Non-Government.** I will use only DHS IT equipment to access DHS & OIG systems and information. I will not install any personally owned hardware (printers, flash/thumb drives, wirless cards, etc) or software on a OIG owned equipment.

10) **Copyright Protection.** I will not duplicate copyrighted software or remove copyrighted software from government equipment without the express written permission of the IT Director. I understand I will be personally liable for any software copyright violations committed on government systems under my control.

| YAMUZAL A-VENKATA, MUDALI | [signature] | 06/21/2010 |
|---|---|---|
| Printed Full Legal Name | Signature | Date |

Homeland Security

# Office of Inspector General

Enforcement Data System

**EDS End User Agreement And Usage Warning:**

**Advisement:**

- You are accessing a U.S. government information system, which includes (1) This computer, (2) This computer network, (3) All computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network.
- This Information system is provided for U.S. government authorized use only.
- By using this information system, you understand and consent to the following:
- Unauthorized or improper use or access of this system may result in disciplinary action, as well as civil and criminal penalties.
- You have no reasonable expection of privacy when you use this system; This includes any communications or data transiting or stored on this information system.
- At any time, and for any lawful government purpose, the government may, without notice, monitor, intercept, search and seize any communication or data transiting or stored on this information system.
- The government may disclose or use any communications or data transiting or stored on this information system for any lawful government purpose, including but not limited to law enforcement purposes.
- You are NOT authorized to process classified information on this information system.

By clicking 'I agree' button below, or by using this system, you consent to the terms set forth in this notice.

I Agree

If you do not agree to the terms set forth herein, please select the 'Exit' button below.

Exit

**2016-05-06_13-18-34_EDT conversation between Sonal Patel and Pete Paradis.**
**Department of Homeland Security-Office of Inspector General**

**SONAL PATEL:** Pete.

**PETE PARADIS:** Hey what are you doing?

**SONAL PATEL:** Nothing. I didn't realize, I forgot to to undo call call forward. So tell me --

**PETE PARADIS:** What's that?

**SONAL PATEL:** I have a call forward. You want to leave now? I'll just take it off. So I can easily talk instead of this iPhone.

**PETE PARADIS:** Oh okay.

**SONAL PATEL:** Can you like just, re-dial real quick? That's all.

**PETE PARADIS:** I couldn't hear you.

**SONAL PATEL:** Can you hear me?

**PETE PARADIS:** Yeah, I'm on my cell. I'm near my office but I'm, I just finished another meeting. So I couldn't quite hear you. Uh, so you have --

**SONAL PATEL:** Okay.

**PETE PARADIS:** Do you have time to talk?

**SONAL PATEL:** Yeah, my whole afternoon if free.

**PETE PARADIS:** Oh, good. Okay.

**SONAL PATEL:** If you want to go to office and call? Or do you want call talk now? That's fine. Whichever way.

**PETE PARADIS:** Yeah, this is alright. Cause there're some other folks using mine for a panel interview. They kicked me basically, left my office so they could do a panel interview there so. I'm just down the hall but. Um, hey I wanted to touch base with you. A couple things. The first one, I sent some, I sent those folks, and I think I mentioned this to ya, I sent some folks from Texas your way, by way of email. So, I don't know if they'd been, finally I think the guy stopped reaching out to me. So, I hope, or I'm assuming he's reaching out to you. Relative --

**SONAL PATEL:** No, we did. We did have a demo some time back. He sent me something yesterday, but I've been like in uh training this week. I'm just not today. So I'm gonna respond to him today.

**PETE PARADIS:** Okay. So I think his name was Robert Clayton or something. I uh--

**SONAL PATEL:** Yup. Robert Clayton. But no –

**PETE PARADIS:** I just wanted –

**SONAL PATEL:** -- he's been reaching out. We had demo actually before you and Craig came down. Or actually same week, I think. The day before. We had demo with them.

**PETE PARADIS:** So he's in good hands then. So I'll cross that off my, my list. The other thing is, I wanted to speak to you now that I'm, now that I'm in a position where I'd had some time here and I think I have been able to establish my credibility with these folks as far as, you know, knowing what I'm doing and things of that sort. And now that we've had some demos relative to the concept of EDS and it's functionality and usability, you know, user workflow and stuff like that, and I've heard that the feedback has been, that everybody that was a little apprehensive about the next product, cause remember, one of the big things they were all nervous about is they had investigate a lot a lot of money in an Air Force product that they tried to make fit a round peg in a square hole. They try to get it over here and it was really uh, it didn't happen. It cost them a lot of money. So then everybody became real gun shy about what's the next [INDISCERNIBLE]. So I've been able, I feel pretty comfortable now, I've been able to convince them through their own, you know, observations and those demos, that the concept of the EDS system is the way to go. So, I'm on solid ground I think with them. But, at, you know, you mentioned before and we've talked before historically, is that the best thing out there. I don't know.

**SONAL PATEL:** I don't think so. They have much better things out there too probably.

**PETE PARADIS:** Right.

**SONAL PATEL:** They also have some other case management systems out there.

**PETE PARADIS:** Right. And they have looked at a bunch of 'em and what not. But what I wanted to try to do was revisit what you had mentioned before that Mr. Edwards might have something that is, you know, better but you know, is it the same. The thing I'm nervous about with these guys is not shifting gears too fast with them.

**SONAL PATEL:** Hm-mm.

**PETE PARADIS:** I want them to understand hey if you're comfortable with the concept now it got total burned on this other thing from the Air Force. It's not the Air Force's fault. It's just it got linked into a contract where it was literally, you know, they bought a pick-up truck and they tried to make it into a station wagon and it wasn't going to work. How much money, no matter how much money they ever spent that was not going to happen.

**SONAL PATEL:** Oh my gosh.

**PETE PARADIS:** So, this. They see that the EDS concept is a production environment, enterprise system, that an OIG is using, so it's not like oh that's military grade, and now we're in OIG and it won't fit. So, I've got them over that hurdle.

**SONAL PATEL:** No, it's same thing. Yeah.

**PETE PARADIS:** So, I'd like to really start to, I'd like to really be able to get ready and briefed up or, you know, get an explanation on what you were talking about before so that I would be able to feel comfortable and be knowledgeable enough to start to make an introduction of hey this is, what I wanted to get you comfortable with guys the EDS concept, but reality, here's something, if it in fact it mirrors the concept. These all things I wanted to talk to you guys about. Does it mirror the same kind of workflow and visibility and user appearance, which they now seem to be comfortable with. Or would it be a total shift from that, so that they're like, hey, Pete, you told us about this, and now you're kind of recommending, you know, that what, why would you show us this to begin with. So, and the other thing they were really, I had to get them over the hurdle was, you know, they had buyer's remorse. They spent all the money and got nothing out of it so that's why they were pushing me on the front end, what exists now in production that perhaps is government built that will have minimal cost, if no cost would even be better.

**[06:01]**

**SONAL PATEL:** Hm-mm.

**PETE PARADIS:** My best friend. You know, what is this, you know, so now. So, I got them over that. I think they've kind of put that mistake in the past and willing to move forward on my recommendations and stuff. And obviously with something that the CIO here, Craig would have to endorse because they do have the uh, not the change control board, but it's the uh, the IT whatever, approval committee.

**SONAL PATEL:** IRME [PH], probably.

**PETE PARADIS:** Yeah, so. You know, obviously, whatever would have to go through him. So, again, what I'd like to try to do now is, you know, if you guys have time to explain whatever it is and obviously not today, but I'd like to set something up where I could kind of talk to you in my speak and you know, we can where does this vary from EDS and you know, blah blah blah. So that I could then, befriend Craig and get him into –

**SONAL PATEL:** Slowly get him into that.

**PETE PARADIS:** Right. And again, he, they're pretty much gonna take whatever he says at face value because I don't think he was included in that failed project on the front end like he should have been. And they recognize that it's a mistake. So, if they're, if they would have me and Craig partnered up as uh, as allies in in good suggestion, I think they'd be more apt to say hey okay, now we understand Pete, you kind of brought us along slowly. You got us over our failed expense, you got us to understand the concept of EDS which the SACs [PH] and man at hand, my boss Ann White and now we're willing to be a little more open to something that, I don't know if it's in production yet or what not, but uh, you know, something else that is even better for us. So that's kind of where I'm at right now.

**SONAL PATEL:** Yeah. No. So, what is the response so far for the system?

**PETE PARADIS:** Well, again. They like the concept. Uh, but, and not only, it's not just the investigators that liked it. I know the legal counsel like the subpoena facet. You know, they found that to be a, you know, a great advancement and would facilitate their reduction of time and better tracking relative to those types of admin subpoenas here.

**SONAL PATEL:** Hm-mm.

**PETE PARADIS:** Other units have the property management thing that we talked, really haven't done a lot of demoing and that. I know that the training group that works directly for me, we did mention to them, and another SAC was on one of the calls, when you did the last demo for us, so he's like hey, I'd really like to get some, some time to see just the training module. So, there's a lot of unit specific interest other than just what we were initially looking at was that Intake Hotline and the Investigation module. So, again, they, at first everybody was like no, we failed, we failed with the original Leads Project. We don't want to see anything else. They're over that now. They like the concept. But before we, before I waste more of your time and your staff's time, and you know trying to get these people together who are all over the country for another demo or whatever, I'd really like to see, you know, if that next generation thing you mentioned, is really, you know, that much better. That's really where I'd like to start investing time.

**[9:37]**

**SONAL PATEL:** I think the main difference between this and the next generation thing, is the agility and flexibility in changing. Because the main observation over here is you know how to do an investigations, things keep moving, keep changing so fast. So EDS is great for the coding investigations and everything. We were so much into like exceptions and other processes that um, it was hard to keep up. EDS is, the way it's designed is the design, the original design is like technology like, the architecture is 10, 12 years, 15 years old. So, with this new thing that I'm talking about, the architecture is more like um, current in 5 years former. And in terms of security authorization and all those things that is also where its more palatable where you can, you know how in EDS everything is in one place. Where it's in the new concept, it's like the most confidential is most secure, the less confidential ones can be open. So, it's more of flexibility and agility built in, so that any new thing comes up, it's much easier to change and get it back out to user and they don't have to wait for a month or so. And have everything backed up. Hello?

**PETE PARADIS:** Okay. Yeah. No, I get'cha. And I know we talked about the fact that a, you know, as you guys developed the change control board and this, put things in the queue and the permissions because you know, investigations was making changes, audit had changes, etc. So, I like that philosophy and I think these folks would like it here too. But uh --

**SONAL PATEL:** Yeah. It's new architecture currently, it's like service oriented, everything is being cloud-based services on [INDISCERNIBLE] and all those things. So, that's what --

**PETE PARADIS:** Right, but at this point, I'd like, again, they liked the various modules. Would this thing, does this thing now have the same various modules or an offset of them or?

**SONAL PATEL:** Yeah. The new concept that I have heard from him is the same thing. But the way use it's more modularized. For example, investigations it's not as a piece whole investi— for users even though they use one piece, behind the scenes it's plug and play. So if you want to secure, like how our property module is not online, because it needs a special security, and it's all offline in creating such a mess for evidence management. Evidence management could be a module in itself but plugs into the main case management. Just like you saw the e-subpoena. Even though, e-subpoena is separate but it's still connected. That kind of thing. It's sort of laying out everything in one big thing and making it heavy. Have the individual pieces and connect to the core. So, the, for the users it's all connected in one place, but behind the scenes they're kind of independent or independently could be modified. So, if you have some issues with one piece you don't have to bring the whole thing down.

**PETE PARADIS:** Okay. Yeah. Cause that was always, yeah, when you would take it offline, people would go, oh it's broken again and I remember all that stuff. But is it --

**SONAL PATEL:** Yeah.

**PETE PARADIS:** So, from uh.

**SONAL PATEL:** More importantly, like testing and all. You have modularized, like the not front modularized, behind the scene, then testing also you don't have test the whole thing. Because many times I don't know if you remember, we may introduce something that messed up something somewhere else.

**PETE PARADIS:** Sure. The regress --

**SONAL PATEL:** We have such situation too when it's all in one place.

**PETE PARADIS:** Right, we had to regression testing to make sure an enhancement didn't negatively impact something. So that --

**SONAL PATEL:** Exactly.

**PETE PARADIS:** That doesn't suffer from this. That's separate. There's no more of that problem?

**SONAL PATEL:** Yeah. So all those like long time benefits are there.

**PETE PARADIS:** Well, let me, uh. Again, the big thing is the real, I don't want to use the term nervous but I'll use it --

**SONAL PATEL:** The functionality doesn't change for users. That's what the fear is. From users' perspective, it, the functionality is there but current times and user management and maintenance is easier in the long term. Plus, it would make it like whatever cloud agnostics and

stuff. So, wherever you want move it, it's easier for you to move. It doesn't have to be physically one place.

**PETE PARADIS:** Okay. Is it --

**SONAL PATEL:** But, those are the kinds in the base, it's more towards today's environment where everybody doesn't want to have like hands on, um, I need to have a touch and feel. Doesn't matter as far as these things are there, it could be anywhere as far as it's in US and secure and we know it could be secure. That's nor [PH] kinds of things which makes even like, you know the cost and things, that Craig and his team are like so concerned about, that would also address like okay in future they decide to go to the cloud because, in sort of managing their own data center or [INDISCERNIBLE] then the solution would, they don't have to worry about re-engineering or architecting the solution. Those kinds of things.

**[15:20]**

**PETE PARADIS:** Sure. So, is it still just in a developmental stage or has some?

**SONAL PATEL:** To be honest, I haven't talked to him in a while about that. I can reach out to him and ask him. Cause I know he had opened up his company. And then he was waiting out his one year or whatever. To get back in or something. To be honest, I didn't check much after ever since I've been back. I've touched base with him on other things but not on this one. I can check him where what situation stage it is at.

**PETE PARADIS:** And the reason I ask that is again they're, after that failed project, you know, the IG concern here and my supervisor is that, you know, hey we need something but how far along is, is a product, you know, production product is to them much better in tangible than something that even though it may be better, you know, are they willing to wait. That kind of thing. So those are, those are all kind of questions that I've had, I'd like to have be able to have an answer sheet, you know, in my brain so that I can say, hey, here's why I'm now steering you a little bit more to the left instead of straight ahead.

**SONAL PATEL:** Hm-mm.

**PETE PARADIS:** So, but uh. Alright. Well. If you don't mind, if you could maybe check on that and that that's one of the big things is, you know, how far along is it relative to some kind of project plan or timing. Because if it's like 2 years more, again, we're not, I'm not --

**SONAL PATEL:** It's not gonna work. Yeah.

**PETE PARADIS:** Well, all I'm looking for right now, my mandate was an intake and an investigations, those 2 modules. And if other things can come along later on, you know, that's great, but do, the original mandate were those 2 things. But if there are other things created, again, legal loved that e-subpoena. So if it has that, that'd be, you know, that'd be great. You could gear that up, you know, maybe earlier. So, whenever they'd like to do, you know. Cause it's really a team thing here, it's not just investigations driving this.

**SONAL PATEL:** Hm-mm. No no, definitely. Okay. Now, I'll reach out to and I'll let you know.

**PETE PARADIS:** Okay. Hey, I appreciate it.

**SONAL PATEL:** Okay.

**PETE PARADIS:** You have nice weekend. Alright?

**SONAL PATEL:** Okay. Bye.

**PETE PARADIS:** Alright, bye.

**[17:45 End of recording]**

# Extraction Report
Apple iPhone (Physical)

## Participants

Daddy +1202[redacted]
Murali Venkata +1703[redacted]

## Conversation - Instant Messages (220)

+1703[redacted] Murali Venkata 7/15/2016 11:45:02 PM(UTC+0)

Reached may jewellers

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x18E967 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/15/2016 11:47:44 PM(UTC+0)

3 min

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x18E7B7 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/15/2016 11:47:54 PM(UTC+0)

Ok

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x18E62B (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/20/2016 8:29:48 PM(UTC+0)

Hi Murali,
U can remote into my server using the following information
Www.edwardsr3.com
O
[redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x19AD46 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/20/2016 8:30:36 PM(UTC+0)

I am on the way to home

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x19A8BA (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/20/2016 8:30:50 PM(UTC+0)

Try the ip if the edwardsr3 does not

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x19A706 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/20/2016 8:30:54 PM(UTC+0)

I will check after 5.30

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x19A3AE (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/20/2016 8:32:10 PM(UTC+0)

Thanks Charles

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A3FF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/20/2016 8:32:17 PM(UTC+0)

I copied the 3 folders to the c drive
And there's was something in dvd and I copied that as well and called it demo extras

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A3E54 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/20/2016 8:32:54 PM(UTC+0)

All the 3 databases have been exported and imported into server

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A3A53 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/20/2016 8:33:03 PM(UTC+0)

Ok I will check

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A3852 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/20/2016 8:33:22 PM(UTC+0)

Also enabled sql broker service

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A36AE (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/20/2016 8:33:55 PM(UTC+0)

Password for Sa account is [redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A3364 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/20/2016 11:40:20 PM(UTC+0)

Everything okay

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A4984 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/21/2016 1:19:36 AM(UTC+0)

Done Charles.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A47E4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/21/2016 1:21:09 AM(UTC+0)

Use localhost in url else I do have shortcut on favorites.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A4648 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/21/2016 1:22:25 AM(UTC+0)

Tomorrow I will talk to Sonal about adding attorney as user.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A5FF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/22/2016 12:40:25 AM(UTC+0)

Hi Murali, how r u doing. Sonal told me that u will be logging into my server. Please feel to log in anytime and make changes. I really appreciate all ur help and welcome any suggestions and updates and changes u make.
Regards,

Charles

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A691F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/22/2016 12:40:42 AM(UTC+0)

Please feel free

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1A65BA (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/25/2016 12:45:46 PM(UTC+0)

Good morning Charles, hope u had good weekend. I am going to login now. Need todo two things it narasimha fixed attorney user issue, need to check and need to copy word templates to servers.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1B6A06 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/25/2016 12:48:13 PM(UTC+0)

I am able to login now

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1B6BB4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/25/2016 12:49:43 PM(UTC+0)

It's okay u can do it in the evening.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1B655B (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/26/2016 12:27:11 AM(UTC+0)

Charles please note fbi notification you can preview

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1BDFF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/26/2016 12:28:23 AM(UTC+0)

You can Preview document

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1BDE0E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/26/2016 5:35:19 PM(UTC+0)

Thanks a million Myrali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C0636 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/26/2016 5:35:24 PM(UTC+0)

Murali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C0482 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/26/2016 5:36:57 PM(UTC+0)

Today I will update subpoena templates and will update you. Week end I will do ssrs

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C1FF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/26/2016 5:37:54 PM(UTC+0)

Wow excellent

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C1938 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/26/2016 5:38:10 PM(UTC+0)

I owe u a million thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C1798 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/26/2016 5:40:02 PM(UTC+0)

No probs. I am talkin with narasimha abt issue in supoena I found. Thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C15E6 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/26/2016 10:42:18 PM(UTC+0)

Hi Charles

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C271C (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/26/2016 10:42:44 PM(UTC+0)

Updated subpoena templates

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C2584 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/26/2016 10:43:33 PM(UTC+0)

You can preview, I am logging out

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C23CE (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/27/2016 12:09:43 AM(UTC+0)

Thanks Murali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C3A9E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/28/2016 11:02:32 PM(UTC+0)

Hi Charles, if get chance tomorrow can you keep SQL server CD in server drive? Please remember same version you installed. I want try to install and make few reports run. Thanks, Murali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C86B7 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/28/2016 11:05:04 PM(UTC+0)

Yes Murali will do that

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C9FF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/28/2016 11:05:36 PM(UTC+0)

Thanks Charles.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C9E44 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/28/2016 11:05:57 PM(UTC+0)

Thank u Murali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1C9CA0 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 7/30/2016 1:16:31 AM(UTC+0)

Hi Murali left the cd in the server hope that is the one u were looking for.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1CDFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 7/31/2016 12:16:31 AM(UTC+0)

Hi Charles can I call you?

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1CE585 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 8/2/2016 7:28:18 PM(UTC+0)

Yes Murali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1D8FF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 8/2/2016 11:57:19 PM(UTC+0)

Ssrs is configured Charles

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1D8B04 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 8/2/2016 11:57:37 PM(UTC+0)

Added on test report in investigations

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1D894C (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 8/2/2016 11:58:30 PM(UTC+0)

You can use visual studio to run application, did not published.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1D877E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 8/2/2016 11:59:46 PM(UTC+0)

I need enable ad hoc reporting, it is pending, I will complete before weekend.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1D8579 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 8/4/2016 1:05:22 AM(UTC+0)

Charles progress on enabling ad hoc , still need to fix tomorrow. Looks server has old code. I need to update latest code. But you can view screen menu on top investigation module.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1DBFF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 8/5/2016 8:38:45 PM(UTC+0)

Hi Charles, now ad hoc reporting working, added one report, snap short having problem. I will check later. Publishing issue fixed. You also can publish, I published many times. Thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0x1E8B16 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:22:13 AM(UTC+0)

Access code [redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3CFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:23:14 AM(UTC+0)

Worked, thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3CE41 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:42:34 AM(UTC+0)

I did not see database to restore. Tomorrow afternoon (after programmer left) take a copy of database from other server and restore , because we done many changes to run. Please let me above ok with you.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3CC9A (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:15 AM(UTC+0)

We can do that now

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3C524 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:25 AM(UTC+0)

Which database

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3C36F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:37 AM(UTC+0)

Just oigwebapps

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3C1C2 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:43:53 AM(UTC+0)

Yes

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3DFF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:44:36 AM(UTC+0)

I will

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3DE63 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:45:54 AM(UTC+0)

Even anyone copy to this computer will be good , I think oigwebapps.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3DCCA (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:45:57 AM(UTC+0)

Thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3DAB6 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:46:33 AM(UTC+0)

I will do it and send u a message

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3D91B (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:18 PM(UTC+0)

Hi Murali,
I restored the databases

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3EADE (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:36 PM(UTC+0)

Oigwebapps

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3EE56 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:38 PM(UTC+0)

Pas

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3E760 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:43:38 PM(UTC+0)

Thanks Charles

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3E90D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:44 PM(UTC+0)

Oigcommon

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3E5CB (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:49 PM(UTC+0)

Reportserver

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3E42A (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:43:58 PM(UTC+0)

Reportservertempsb

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB3E283 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:44:13 PM(UTC+0)

Not sure what all u needed

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB40FF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:44:27 PM(UTC+0)

I will login in 30 mints.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB40E35 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 1:44:38 PM(UTC+0)

Okay thanks Murali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB40C72 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:44:56 PM(UTC+0)

I think I got everything

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB40AC1 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 1:44:59 PM(UTC+0)

Thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB40906 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 5:56:04 PM(UTC+0)

So how is it going

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB40769 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 5:57:45 PM(UTC+0)

Almost done

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB405BA (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 5:58:11 PM(UTC+0)

Need to configure IIS

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB40419 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 6:15:09 PM(UTC+0)

Oh okay please take ur time

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB40260 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 6:15:32 PM(UTC+0)

I really appreciate ur help

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB42CAC (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 6:15:33 PM(UTC+0)

Ok

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB42FF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 6:34:29 PM(UTC+0)

Done Charles, added favorites in I.E.

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB42AEB (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 6:34:56 PM(UTC+0)

Typo IE

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB42E69 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 6:35:30 PM(UTC+0)

Let me know if any issues. I tested all looking good.

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB42916 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/4/2017 6:35:56 PM(UTC+0)

Omg thank u so much. U r a life saver. U don't know how much I really really appreciate u and ur timely help. Thanks a million

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB4271D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/4/2017 6:36:23 PM(UTC+0)

No problem. Simple one

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xB4248D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:13:05 PM(UTC+0)

Hi Murali,
How r u doing.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBD754F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:15:06 PM(UTC+0)

I am good Charles, Thanks. Hope everything great with you.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBD7392 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:18:33 PM(UTC+0)

Yes everything is Alrite

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDCFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:18:47 PM(UTC+0)

Do U still remember cold fusion

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDCE33 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:20:07 PM(UTC+0)

Yes.. I remember. I stopped after joined DHS

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDCC68 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:20:48 PM(UTC+0)

I am trying to install Paris in another server

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDCA81 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:21:24 PM(UTC+0)

Runs on oracle

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDC89A (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:21:28 PM(UTC+0)

I have the really old code. I want to show the programmers how the Audit module should work

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDC6EF (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:21:42 PM(UTC+0)

Yeah I installed oracle

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDC4A9 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:22:05 PM(UTC+0)

Imported all the data from stars

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDC2EA (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:22:21 PM(UTC+0)

Installed cold fusion

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDEFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:22:35 PM(UTC+0)

Ok

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDEE3F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:22:47 PM(UTC+0)

Some of the pages are not working

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDECAC (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:22:59 PM(UTC+0)

Let me check.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDEADD (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:23:25 PM(UTC+0)

Email me server details

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDE938 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:23:31 PM(UTC+0)

Okay I will give u the credentials

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDE77B (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:23:48 PM(UTC+0)

Yes I will email all the details

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDE5A6 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:24:02 PM(UTC+0)

Audit module I did not worked. Still I will try

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDE3DB (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:24:54 PM(UTC+0)

The login screen all was working and i modified and now don't know what happened

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDFFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:25:11 PM(UTC+0)

Sure I will check

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBDFDC8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/15/2017 10:59:04 PM(UTC+0)

Sent an email

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBE24E7 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/15/2017 10:59:34 PM(UTC+0)

Sure I will check, thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBE2342 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/16/2017 12:56:18 AM(UTC+0)

Hi Charles, I may need one or two days. I am missing some info in my mind, since many years back done. Need to check some references about config files in cold fusion.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBE33C7 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/16/2017 1:17:03 AM(UTC+0)

No worries

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBE4FF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/16/2017 1:17:16 AM(UTC+0)

I really appreciate ur help

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xBE4E4F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/19/2017 3:15:51 PM(UTC+0)

Good Morning Murali, just wondering if u were able to solve the issue or is there something I need to do

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC21406 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/19/2017 3:17:22 PM(UTC+0)

Good morning Charles. Today again going to try.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC23FF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/19/2017 3:17:50 PM(UTC+0)

Okay okay

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC23B11 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/19/2017 3:18:37 PM(UTC+0)

told to Sonal also to check. I will check if any user manual for audit module.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC23974 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/19/2017 3:19:39 PM(UTC+0)

Which will help about module.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC2374C (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/19/2017 3:20:28 PM(UTC+0)

Okay will wait

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC25FF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/19/2017 3:47:52 PM(UTC+0)

Charles server is down, I suspect session issue. Can you check server for me.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC25CA4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/19/2017 3:48:50 PM(UTC+0)

I am unable to connect server.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC25A7E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/19/2017 4:23:46 PM(UTC+0)

The server is hung up, I will be back home at 1.30 and take a look

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC258B3 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/19/2017 4:24:29 PM(UTC+0)

Ok thanks Charles.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC251DE (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/19/2017 7:30:55 PM(UTC+0)

Sorry Murali the server crashed. Do worry about it for now

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC26381 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/19/2017 9:53:01 PM(UTC+0)

Ok Charles

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC29673 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/22/2017 1:24:54 PM(UTC+0)

Hi Murali, Good Morning

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC57A9D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/22/2017 1:25:18 PM(UTC+0)

Sonal told me that she is leaving 2 dvds with u

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC57E63 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/22/2017 1:25:35 PM(UTC+0)

Can I come by at 11.15 and pick it up

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC57C76 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/22/2017 2:20:09 PM(UTC+0)

Sure Charles.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xC62331 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:19:31 PM(UTC+0)

Hi Murali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCACFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:19:43 PM(UTC+0)

I have the server up now

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCACE53 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:20:11 PM(UTC+0)

Everything works except the investigation side can u check

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCACC94 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:20:24 PM(UTC+0)

When U get a chance

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCACA90 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 3:22:18 PM(UTC+0)

Sure

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAC8DF (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 3:22:55 PM(UTC+0)

Server details different?

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAC26D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 3:26:38 PM(UTC+0)

Paris Server.

Remote Desktop login information:

[redacted]

Username: Charles

Password: [redacted]

Coldfusion Server Admin Password: [redacted]

Oracle password

System : [redacted]

Sys: [redacted]

Igdba : [redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAEFF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 3:27:08 PM(UTC+0)

Hope same details as above.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAECAE (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:27:48 PM(UTC+0)

System is [redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAE946 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:28:05 PM(UTC+0)

Once u logged into the server

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAE5EE (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:28:21 PM(UTC+0)

Open IE and u can see

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAE423 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:28:27 PM(UTC+0)

Tabs setup

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAE793 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:28:53 PM(UTC+0)

Click on Paris and select user cedwar

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCAE26A (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:29:03 PM(UTC+0)

Password is test

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB0FF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:29:13 PM(UTC+0)

Audit module works fine

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB0E45 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:29:41 PM(UTC+0)

But if u click on investigation

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB0C88 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:30:01 PM(UTC+0)

And U will see an error

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB0AB9 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 3:30:03 PM(UTC+0)

Ok I got it

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB0900 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 3:30:12 PM(UTC+0)

I will check on this

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB3FF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 3:30:59 PM(UTC+0)

[redacted] server ip to login from outside thru Rdp

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB3CAC (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 3:31:10 PM(UTC+0)

Ok

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB3AB3 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 4:20:54 PM(UTC+0)

Charles I am unable to connect, may be remote access on this server not enabled.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB8DE0 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 4:22:18 PM(UTC+0)

Try 212

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB8BB0 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 4:22:55 PM(UTC+0)

[redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB8A13 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 4:23:14 PM(UTC+0)

Same issue

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB886E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 4:23:22 PM(UTC+0)

Both numbers

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB86CF (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 4:23:55 PM(UTC+0)

Okay give me 20 min

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCB8528 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 4:56:17 PM(UTC+0)

Can u try now

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBAFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 4:56:22 PM(UTC+0)

With 213

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBAE4B (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 4:57:30 PM(UTC+0)

Same problem

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBACB0 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:01:59 PM(UTC+0)

It's working I am able to remote in

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBAB09 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:04:42 PM(UTC+0)

**Attachments:**



IMG_1936.JPG

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBA938 (Table: message, attachment, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/Attachments/55/05/11FBF029-69F3-44D0-BE71-22FEDE263291/IMG_1936.JPG : (Size: 4803804 bytes)

+1202[redacted] Daddy 3/25/2017 5:06:35 PM(UTC+0)

Why don't u remote in 211 and the. Try to remote into Kumar

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBA71B (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:06:45 PM(UTC+0)

Use cred

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBC8BD (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:06:49 PM(UTC+0)

Madhuri

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBC71C (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:07:13 PM(UTC+0)

Pw [redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBCFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:07:39 PM(UTC+0)

That is the new server u worked on

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBCE4F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:08:19 PM(UTC+0)

And u can remote into Kumar or the local ip is [redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBCC7C (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:08:41 PM(UTC+0)

Madhuri password wrong

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBCA78 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:08:54 PM(UTC+0)

[redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC3FF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:09:03 PM(UTC+0)

[redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC3E59 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:09:46 PM(UTC+0)

No did not work

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC3CBE (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:10:07 PM(UTC+0)

I just logged in

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC3B0F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:10:43 PM(UTC+0)

Okay try Ritesh

[redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC395E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:11:15 PM(UTC+0)

Or use Charles

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBDFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:11:22 PM(UTC+0)

[redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBDE47 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:11:51 PM(UTC+0)

If none is working then there is a problem at ur end

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBDCA8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:12:45 PM(UTC+0)

Coz the folks from India are logged in

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBDAB1 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:13:36 PM(UTC+0)

Charles account able to connect but message user is not authorized for remote

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBD8DA (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:14:19 PM(UTC+0)

Please authorize Charles account to remote

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBD6B4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:14:40 PM(UTC+0)

Charles account is authorized

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBD4D1 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:14:56 PM(UTC+0)

Which machine is this 211

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBD306 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:15:15 PM(UTC+0)

Yes correct 211

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBFCA8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:16:06 PM(UTC+0)

Not authorized 211

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBFFF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:18:06 PM(UTC+0)

Ok why don't u remote into edwardsr3.com

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBFAFB (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:18:15 PM(UTC+0)

User Charles

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBF8F8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:18:37 PM(UTC+0)

Then remote into Kumar

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBF74F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:19:42 PM(UTC+0)

Not working Edwards3.con

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBF596 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:19:53 PM(UTC+0)

Com

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBFE45 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:19:59 PM(UTC+0)

Yes

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBF3DB (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:20:00 PM(UTC+0)

[redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCBF246 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:20:03 PM(UTC+0)

My typo

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC0FF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:20:50 PM(UTC+0)

211 is fine.. just authorize Charles to remote

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC0E5F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:21:41 PM(UTC+0)

Not at home will be back at 2.30

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC0C74 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:21:50 PM(UTC+0)

Ok

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC0AA9 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:21:59 PM(UTC+0)

Thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC091A (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 5:22:17 PM(UTC+0)

Thank you so much

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC077F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:23:02 PM(UTC+0)

Let me know when available thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC05D0 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 5:53:39 PM(UTC+0)

For ip [redacted] Madhuri [redacted] is not working , looks like not correct password, but able to connect

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCC294A (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 9:11:58 PM(UTC+0)

U can now remote even to 213

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCAFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 9:12:31 PM(UTC+0)

Ok I will try

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCAE31 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 9:13:00 PM(UTC+0)

Just connect from my phone as well

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCAC88 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 9:13:35 PM(UTC+0)

Was a problem with static nat on the router

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCAAB5 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 9:14:01 PM(UTC+0)

From my I phone also able to connect, unable connect from my computer.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCA8D4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 9:14:20 PM(UTC+0)

Ok

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCA6BC (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/25/2017 9:24:13 PM(UTC+0)

213 worked now with Charles pwd [redacted]

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCA52D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/25/2017 9:29:27 PM(UTC+0)

Very good

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCA34E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/26/2017 12:55:45 AM(UTC+0)

Charles now investigation module working find but we need change user, cedwar won't display since no permissions on INV module. I used MDEMPS pwd test. Error due to two columns are missing, added to table and view. Let me know if issues. Thanks

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCE6D1 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/26/2017 1:00:01 AM(UTC+0)

Thank u so much Murali really really appreciate ur help.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCCE353 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/26/2017 4:18:27 PM(UTC+0)

No problem Charles, let me know if you need anything else. Thanks.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCD473F (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/28/2017 1:57:49 PM(UTC+0)

Hi Murali,
I have another request.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCE8E63 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/28/2017 1:58:29 PM(UTC+0)

Let me know Charles.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCE8C94 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/28/2017 2:00:18 PM(UTC+0)

Is there anyway in Paris in investigating can we access individual case

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCE8ADD (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/28/2017 2:00:35 PM(UTC+0)

And also can we access timesheet

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCE88BF (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/28/2017 2:16:46 PM(UTC+0)

We need to change user. If user do have privilege, should able to see individual cases. I don't know user name to change.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCE82B9 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/28/2017 2:18:00 PM(UTC+0)

I will check timesheet also.

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCE86F4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/28/2017 2:18:25 PM(UTC+0)

Okay thank u Murali

**Source file:** 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCE852D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/28/2017 7:00:37 PM(UTC+0)

Okay please let me know when u r done.

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCEBB7B (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/28/2017 7:03:32 PM(UTC+0)

Sure I will update

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCEEFF8 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/29/2017 2:04:10 AM(UTC+0)

Charles timesheet issues fixed.

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCF4B5D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/29/2017 2:04:38 AM(UTC+0)

Wow, same user mdemps

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCF5FF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/29/2017 2:06:37 AM(UTC+0)

You can use anyone. If you login as David sindra you can review and submit.

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCF5A4E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/29/2017 2:07:19 AM(UTC+0)

Depends on user can submit and review

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCF5E3D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/29/2017 3:05:32 PM(UTC+0)

U can user any user, I checked few users.

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCFBA3B (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/29/2017 3:05:47 PM(UTC+0)

Typo Check

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCFB85E (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/29/2017 4:00:25 PM(UTC+0)

Hi Charles I have server details to Sonal to check with different users.

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCFB4B9 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1703[redacted] Murali Venkata 3/29/2017 4:00:47 PM(UTC+0)

gave details

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCFB29D (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FEEF9 (Table: handle, chat, Size: 3617392 bytes)

+1202[redacted] Daddy 3/29/2017 4:01:11 PM(UTC+0)

No problem

Source file: 0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db : 0xCFDFF4 (Table: message, Size: 14249984 bytes)
0c13a03d84f8f6dad7ddcb38830bd1b2e3f4d189_files/private/var/mobile/Library/SMS/sms.db-wal : 0x2FA6F2 (Table: chat, Size: 3617392 bytes)

# Extraction Report

Apple iOS iTunes (Backup)

## Participants

Sonal Patel +1703[redacted]
Charles +1202[redacted]

## Conversation - Instant Messages (177)

+1202[redacted] Charles 8/20/2015 10:57:56 PM(UTC+0)

Hi baby

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x13AB01 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/20/2015 10:58:13 PM(UTC+0)

Come to me

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x13A972 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/20/2015 11:01:57 PM(UTC+0)

I love u

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x13A648 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/20/2015 11:03:09 PM(UTC+0)

Me too.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x13A296 (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/20/2015 11:03:59 PM(UTC+0)

How come you are free today? That's to in the evening

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xECFF4 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/20/2015 11:04:22 PM(UTC+0)

I was moving the lawn and now cooking

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xECE09 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/21/2015 1:26:12 PM(UTC+0)

So what is ur schedule today

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x47FF8 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/21/2015 1:26:44 PM(UTC+0)

Meeting 10 to 11 with Mike and then open all day

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x47E3B (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/21/2015 1:30:19 PM(UTC+0)

He has called for all hands to discuss all administrative things.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x47C56 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/21/2015 1:34:19 PM(UTC+0)

I will bring lunch for u. I have sambar, rice, beans and karela . Is that good.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x47A50 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/21/2015 1:34:43 PM(UTC+0)

That's great. Don't bring too much rice.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x4782C (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/21/2015 4:22:11 PM(UTC+0)
U done with the meeting
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDB740 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/21/2015 4:38:51 PM(UTC+0)
It is Kennedy st
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDB277 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/21/2015 7:06:39 PM(UTC+0)
Taking the wicked lady
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x1317FC (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/21/2015 7:19:37 PM(UTC+0)
Send me pnc info when you can
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x13164B (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/21/2015 7:19:55 PM(UTC+0)
I will
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x131490 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/21/2015 10:41:02 PM(UTC+0)
R u home yet
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x147842 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/21/2015 10:56:29 PM(UTC+0)
Yes. Just reached.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x1476A5 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/24/2015 1:42:28 PM(UTC+0)
VGM
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8DFF8 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/24/2015 1:43:01 PM(UTC+0)
Hi buboo
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8DE71 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/24/2015 1:43:27 PM(UTC+0)
I lost 18 k on Friday
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8D9BE (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/24/2015 1:43:39 PM(UTC+0)
What do you mean
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8D80F (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/24/2015 1:43:44 PM(UTC+0)
What happened?
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8D66A (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/24/2015 1:43:49 PM(UTC+0)
Hope I am able to recover
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8D4CD (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/24/2015 1:44:02 PM(UTC+0)
Where did you lost?
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8D316 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/24/2015 1:44:08 PM(UTC+0)
Tsp on Friday stock market
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8BFF8 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/24/2015 1:45:05 PM(UTC+0)
But I am sure will gain it back this week
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8BB21 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/24/2015 1:49:35 PM(UTC+0)
What happened
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8B7C3 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/24/2015 1:55:31 PM(UTC+0)
Was in the elevator.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8B46D (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/24/2015 1:55:46 PM(UTC+0)
I did not even check my TSP
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8B2BE (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/24/2015 1:56:02 PM(UTC+0)
Reached my desk
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x89E65 (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/24/2015 1:56:16 PM(UTC+0)
Have meeting at 10
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x89CC2 (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/26/2015 1:11:14 PM(UTC+0)
VGM.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xA7FF4 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/26/2015 1:35:38 PM(UTC+0)
R u teleworking today
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xA7E69 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/26/2015 4:01:40 PM(UTC+0)
Can u talk
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xA78E2 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/26/2015 4:01:55 PM(UTC+0)
Yes
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xA71F5 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/26/2015 9:44:00 PM(UTC+0)
Hi r u still at work
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x148E64 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/26/2015 9:46:26 PM(UTC+0)
Just left. Coming out of garage.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x148CB7 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/26/2015 9:46:58 PM(UTC+0)
How r u doing
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x148AF4 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/26/2015 9:47:09 PM(UTC+0)
I am good raja
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x148955 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/26/2015 9:47:16 PM(UTC+0)
I love u
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x1487B8 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/26/2015 9:47:23 PM(UTC+0)

I know.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x148623 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/26/2015 9:47:58 PM(UTC+0)

Yeah I moved all the money and today the stocks gained 622 points

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x148492 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/26/2015 9:48:13 PM(UTC+0)

My bad luck

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x14828E (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/26/2015 9:48:35 PM(UTC+0)

Ha ha

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x109FF4 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/26/2015 9:48:49 PM(UTC+0)

Sometimes it's tough to fight with luck

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x109E65 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/26/2015 9:49:25 PM(UTC+0)

Yeah, I don't have time to play with it

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x109C96 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 4:12:03 PM(UTC+0)

Vga

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x6A7D9 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 4:12:22 PM(UTC+0)

Settlement not going good.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x6A650 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 4:12:39 PM(UTC+0)

They want to offer 65k

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x6A499 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 4:13:13 PM(UTC+0)

R u at work

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x81FF8 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 4:56:43 PM(UTC+0)

Hi

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x81AFF (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 4:56:51 PM(UTC+0)

Just saw all the messages

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x81E5D (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 4:57:03 PM(UTC+0)

That's not good.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x81CA6 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 5:25:25 PM(UTC+0)

Hey. Hope things changed.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x81976 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 5:25:42 PM(UTC+0)

Still going on

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x817C1 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 5:25:59 PM(UTC+0)

Is it still that bad.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x81620 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 5:31:19 PM(UTC+0)

It is at 150 now

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x81473 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 5:33:43 PM(UTC+0)

I guess they start at low

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x812CE (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 5:34:24 PM(UTC+0)

That is their final offer

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x84FF8 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 5:34:39 PM(UTC+0)

Oh

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x84E41 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 6:45:39 PM(UTC+0)

I pushed the lawyer aside and started negotiating myself. Finally settled for 285.000

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x84CBC (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 6:56:20 PM(UTC+0)

That's good.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x848D5 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 6:56:28 PM(UTC+0)

Tell lawyer to hire you.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x84A8C (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 7:33:45 PM(UTC+0)

The settlement is in 6 payments, starting in November 25th.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8473A (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 7:37:17 PM(UTC+0)

Good.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x4EFF4 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 7:51:26 PM(UTC+0)

Mil 52500, m 37500, rest 15k each

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x4EE67 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 7:51:55 PM(UTC+0)

Good. She must be so happy

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x4E5FF (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 7:52:05 PM(UTC+0)

I mean your MIL

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x4E446 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 7:52:28 PM(UTC+0)

She didn't even thank me

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x4E2A7 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 7:52:42 PM(UTC+0)

Then tell her to

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x53FF4 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 7:53:08 PM(UTC+0)

Ungrateful that is all I can say

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x53E53 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 7:56:45 PM(UTC+0)

This was a big day

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x53300 (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 7:56:58 PM(UTC+0)

I am glad it all worked out.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x57FF4 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 7:58:15 PM(UTC+0)

Registration done

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x578D0 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 7:59:38 PM(UTC+0)

Gave two names for company in case was one was taken

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x57E39 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:00:01 PM(UTC+0)

Delta business solutions or ideal business solutions

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x57C50 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:01:26 PM(UTC+0)

Yesterday I thought you said Delta

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x57729 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:12:19 PM(UTC+0)

Director and ceo Charles Edwards
President Madhuri
Sectrary Raveens

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x57562 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:12:52 PM(UTC+0)

Do you mean secretary

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x57356 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:16:31 PM(UTC+0)

What do u think

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x55E6D (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:17:05 PM(UTC+0)

I think it's great.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x55CCA (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:17:42 PM(UTC+0)

U would have made a better president

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x55B21 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:17:59 PM(UTC+0)

Nope. She is perfect.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x55415 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:18:00 PM(UTC+0)

But I have to be practical

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x557AF (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:18:09 PM(UTC+0)

She is so much better than me in everything.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x555F4 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:28:08 PM(UTC+0)
Nope, I we will be fighting
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11FD00 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:28:09 PM(UTC+0)
But the guy said it is better to have at least 3 names in the corporation
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11FB49 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:28:58 PM(UTC+0)
I think this is good decision even though you might think otherwise.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11F92F (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:29:31 PM(UTC+0)
I was just thinking how much she drives me crazy at home.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11F723 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:30:21 PM(UTC+0)
But it's good to have another sensible voice in decision. Kind of devil's advocate.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11F52C (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:30:58 PM(UTC+0)
No she is the one going to be signing the IRS forms
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11F300 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:31:09 PM(UTC+0)
And not me.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDEFF8 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:32:01 PM(UTC+0)
Pressed the wrong buttom
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDEE61 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:32:48 PM(UTC+0)
You mean you have been pressing wrong bottoms?
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDECAC (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:33:05 PM(UTC+0)
might get you in trouble.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDEACB (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:33:12 PM(UTC+0)
Yeah I wish I was pressing u
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDE90C (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:33:24 PM(UTC+0)
U know where
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDE753 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:33:38 PM(UTC+0)
Well look at you
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDE5B6 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/27/2015 8:33:48 PM(UTC+0)
The lovely gjs that u have
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDE413 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/27/2015 8:34:01 PM(UTC+0)
Always on the track
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xDAB31 (Table: message, chat, Size: 1347584 bytes)

☆ +1202[redacted] Charles 8/27/2015 9:09:47 PM(UTC+0)
I was dreaming about you yesterday and came soo much u won't believe
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x85AE3 (Table: message, handle, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:10:10 PM(UTC+0)
Do you ever think of anything else?
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8574A (Table: message, chat, Size: 1347584 bytes)

☆ +1202[redacted] Charles 8/27/2015 9:10:53 PM(UTC+0)
Nope honestly I don't. I only and only keeping about making love to u
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x86FF8 (Table: message, handle, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:11:19 PM(UTC+0)
Then you Ned to be checked out.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x86DE8 (Table: message, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:11:51 PM(UTC+0)
Of course by the doctor.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x868D3 (Table: message, chat, Size: 1347584 bytes)

☆ +1202[redacted] Charles 8/27/2015 9:11:55 PM(UTC+0)
For what. Having a hard on when I think about u
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x86720 (Table: message, handle, chat, Size: 1347584 bytes)

☆ +1202[redacted] Charles 8/27/2015 9:12:23 PM(UTC+0)
Okay doctor Sonal when can u check me out
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x863B4 (Table: message, handle, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:12:47 PM(UTC+0)
I have been checking you out for so many years.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8AFF4 (Table: message, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:13:52 PM(UTC+0)
I am sorry but I rely mean it.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8AC52 (Table: message, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:14:11 PM(UTC+0)
I don't like you to all all these things 24x7
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8AA8F (Table: message, chat, Size: 1347584 bytes)

☆ +1202[redacted] Charles 8/27/2015 9:14:14 PM(UTC+0)
Mean what
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8A8B4 (Table: message, handle, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:14:22 PM(UTC+0)
Just sex
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8A71B (Table: message, chat, Size: 1347584 bytes)

☆ +1202[redacted] Charles 8/27/2015 9:14:30 PM(UTC+0)
Okay baba
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8A58A (Table: message, handle, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:14:51 PM(UTC+0)
You need to move on and get serious about your career.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x8A25C (Table: message, chat, Size: 1347584 bytes)

☆ +1703[redacted] Sonal Patel 8/27/2015 9:15:14 PM(UTC+0)
I see you giving time for everything but your business
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x88FF4 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:15:53 PM(UTC+0)
As much as you have little time, you need to get into the swing of things
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x88E01 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 9:16:08 PM(UTC+0)
Okay, sorry if I give u the impression
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x88BED (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:16:19 PM(UTC+0)
I am worried about you
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x886C4 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 9:16:19 PM(UTC+0)
That I am not focused
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x88875 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 9:16:39 PM(UTC+0)
Please don't worry.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x88A1E (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:16:59 PM(UTC+0)
You have been away from ground go so long it will take you some time to get back in
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x88513 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:17:13 PM(UTC+0)
You are doing same thing as me.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x882E7 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:17:23 PM(UTC+0)
Procrastination
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x118FF4 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:17:31 PM(UTC+0)
And that bothers me
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x118E4F (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 9:17:53 PM(UTC+0)
I am sorry. I don't thing so. Nope I am not I know what I am dong.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x118CA8 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:18:15 PM(UTC+0)
Then I will not say anything.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11890B (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:18:36 PM(UTC+0)
But please get back.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11874A (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:19:10 PM(UTC+0)
This is your chance. You have got some time before you have to worry about expenses
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x118369 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 9:19:12 PM(UTC+0)
I will be back on top. I can guarantee. Sorry I don't think u know who u r taking about.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x11859F (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:19:38 PM(UTC+0)
I know you and that is why I worried.
**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x5FFF4 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/27/2015 9:20:17 PM(UTC+0)

No u don't know. It is okay. Don't worry about me.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x5FC76 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/27/2015 9:20:36 PM(UTC+0)

We will talk tomorrow

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x5F8FA (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 5:26:36 PM(UTC+0)

VGA

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x1457AA (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 5:26:41 PM(UTC+0)

How are you today?

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x145953 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 6:11:03 PM(UTC+0)

Good

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x145621 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 6:33:58 PM(UTC+0)

So I guess now the server is ready for me to access?

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x145494 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 6:45:47 PM(UTC+0)

What?

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x1452A7 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 6:47:00 PM(UTC+0)

R u able to log in now. Will send u details thru teamviewer

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10EFF8 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 6:47:21 PM(UTC+0)

I am at home. So I should be able to

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10EDFC (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 6:47:35 PM(UTC+0)

What is team viewer ?

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10EC2D (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 6:48:09 PM(UTC+0)

It is like Remote Desktop,

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10EA82 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 6:48:29 PM(UTC+0)

Setting up ur access

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10E8CB (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 6:48:33 PM(UTC+0)

So do I need to install it?

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10E71E (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 6:48:48 PM(UTC+0)

No

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10E567 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 6:48:55 PM(UTC+0)

Okay let me look.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10E3DE (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/28/2015 6:54:40 PM(UTC+0)

Okay r u at the computer

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10E239 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/28/2015 6:54:55 PM(UTC+0)

Let me go down.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10DFF4 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/28/2015 6:56:18 PM(UTC+0)

Go to connect.teamviewer.com

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10DE53 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/28/2015 7:00:26 PM(UTC+0)

I also have connect to server capability on my Mac

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10DBFA (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/28/2015 7:01:03 PM(UTC+0)

This is downloading the software

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10DA11 (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/28/2015 7:01:07 PM(UTC+0)

This will work across platform

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10D850 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/28/2015 7:01:15 PM(UTC+0)

Send me server info

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10D68F (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/28/2015 7:01:20 PM(UTC+0)

Let me try

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10D4E4 (Table: message, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/28/2015 7:01:52 PM(UTC+0)

I also have Remote Desktop connection for windows

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x10D34B (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/28/2015 7:02:22 PM(UTC+0)

Because I have two servers

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xF8FF8 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/28/2015 7:03:03 PM(UTC+0)

Okay.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xF8E3D (Table: message, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/28/2015 7:03:24 PM(UTC+0)

I need ur id and password

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xF8CB0 (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/28/2015 7:03:39 PM(UTC+0)

U don't have to install any software

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xF8AFD (Table: message, handle, chat, Size: 1347584 bytes)

+1202[redacted] Charles 8/28/2015 7:03:57 PM(UTC+0)

I have already installed the software

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xF8934 (Table: message, handle, chat, Size: 1347584 bytes)

+1703[redacted] Sonal Patel 8/28/2015 7:04:21 PM(UTC+0)

Okay. When I went there, it told me to install.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xF8765 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 7:05:43 PM(UTC+0)

[redacted]

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xF8580 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 7:05:54 PM(UTC+0)

[redacted]

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0xF8382 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:07:30 PM(UTC+0)

U should have executed only the support module

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x46FF8 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:07:51 PM(UTC+0)

And it should have give an id and temp password

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x46E1B (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:07:57 PM(UTC+0)

Anyways

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x46C3A (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 7:08:00 PM(UTC+0)

Never mind. I did go online and got username and password

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x46AA7 (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 7:08:19 PM(UTC+0)

I will uninstall the module

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x468B0 (Table: message, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:08:28 PM(UTC+0)

No don't

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x466F9 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:08:31 PM(UTC+0)

Wait

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x46568 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:08:40 PM(UTC+0)

In username

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x463DF (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:09:00 PM(UTC+0)

Put [redacted]

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x63FF8 (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:09:23 PM(UTC+0)

Password should be

[redacted]

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x63DAC (Table: message, handle, chat, Size: 1347584 bytes)

+120[redacted] Charles 8/28/2015 7:09:42 PM(UTC+0)

See if u can see the comp Kumar

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x63BF3 (Table: message, handle, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 7:10:44 PM(UTC+0)

Yes. I can see it and I am connecting.

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x63A2E (Table: message, chat, Size: 1347584 bytes)

+170[redacted] Sonal Patel 8/28/2015 7:11:10 PM(UTC+0)

Asking for partnered and password

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x6385B (Table: message, chat, Size: 1347584 bytes)

+1702[redacted] Sonal Patel 8/28/2015 7:11:18 PM(UTC+0)

I mean partner I'd

**Source file:** Sonal phone/var/mobile/Library/SMS/sms.db : 0x63694 (Table: message, chat, Size: 1347584 bytes)

**From:** Sonal Patel <[redacted]>
**Sent:** Tuesday, November 04, 2014 4:36 PM
**Subject:** Instructions
**Attachments:** OIG EDS Contingency Plan Test (CPT) 2011.doc; Memo Style.pdf

Sonal Patel, PMP

**Patel, Sonal**

**From:** Kuo, Judy
**Sent:** Tuesday, November 04, 2014 1:49 PM
**To:** Patel, Sonal
**Subject:** RE: Document for installing EDS
**Attachments:** OIG EDS Contingency Plan Test (CPT) 2011.doc

Sonal,

Please see the EDS CPT 2011.
The re-build EDS instruction is in section 3.3 Screen Shots Documentations of Rebuilding the EDS application on alternate server.

Although this CPT was created in 2011, the database set up instruction for EDS remains the same.
For IIS set up instruction, we upgraded to .NET 4.0 in 2013. The only one change is the application pool.
Now, in edsweb1p, EDS uses ASP .NET v4.0 and SMD uses 32bitpool. See the screen shots to add EDS and SMD applications.

Please let me know if you have any questions. Thanks.

## Application Pools

This page lets you view and manage the list of application pools on the server. Application pools are associated with worker processes, contain one or more applications, and provide isolation among different applications.

Filter: Go Show All | Group by: No Grouping

| Name | Status | .NET Frame... | Managed Pipeli... | Identity |
|---|---|---|---|---|
| 32bitpool | Started | v2.0 | Integrated | NetworkService |
| ASP.NET v4.0 | Started | v4.0 | Integrated | NetworkService |
| ASP.NET v4.0 32bitpool | Started | v4.0 | Integrated | NetworkService |
| ASP.NET v4.0 Classic | Started | v4.0 | Classic | ApplicationPoolIden... |
| Classic .NET AppPool | Started | v4.0 | Classic | ApplicationPoolIden... |
| DefaultAppPool | Started | v4.0 | Integrated | NetworkService |







Judy

---

**From:** Patel, Sonal
**Sent:** Tuesday, November 04, 2014 12:26 PM
**To:** Kuo, Judy
**Subject:** RE: Document for installing EDS

During CPT what steps will they follow to set up EDS?

---

**From:** Kuo, Judy
**Sent:** Tuesday, November 04, 2014 12:22 PM
**To:** Patel, Sonal
**Subject:** RE: Document for installing EDS

Sonal,

You want the Contingency Plan for EDS?
I will send to you this afternoon. Thanks.

Judy

---

**From:** Patel, Sonal
**Sent:** Tuesday, November 04, 2014 12:17 PM

**To:** Kuo, Judy
**Subject:** Document for installing EDS

Judy,

We talked about this last week. Please send me the document by COB today.

Thanks,

Sonal Patel, PMP
Branch Chief
Information Technology Division
Office of the Inspector General/Office of Management
Department of Homeland Security
[redacted]

**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## FEDERAL EMPLOYEE WARNING FORM

You are being asked to provide information as part of an investigation being conducted by the Office of the Inspector General into alleged misconduct and/or improper performance of official duties. This investigation is being conducted pursuant to the Inspector General Act of 1978, as amended.

This is a voluntary interview. Accordingly, you do not have to answer questions. No disciplinary action will be taken against you solely for refusing to answer questions.

Any statement you furnish may be used as evidence in any future criminal proceeding or agency disciplinary proceeding, or both.

## ACKNOWLEDGMENT

I understand the warnings and assurances stated above and I am willing to make a statement and answer questions. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

05/16/2017
(Date/Time)

Washington DC 20005
(Location)

MURALI YAMUKALA
(Printed Name)

[signature]
(Signature)

Chad Steel
(Witness' Printed Name)

Gary Applegate
(Witness' Printed Name)

[signature]
(Witness' Signature)

[signature]
(Witness' Signature)

5/16/17
(Date/Time)

5/16/17
(Date/Time)

Advice of Rights (Garrity)

INV FORM-27 (06/13)

Office of Inspector General - Investigations
U.S. Department of Homeland Security

Homeland Security

## SWORN STATEMENT

Date/Time: 05/16/2017 4 50 Pm Location: Washington

County of: State of: DC

I, MURALI YAMAZALAVENKATA, hereby make the following sworn statement to Gary Applegate & Chad Steel, who has identified himself/herself to me as a Special Agent with the U.S. Department of Homeland Security, Office of Inspector General. No promises or threats have been made to me.

Mr Charles called and asked for Paris Audit log information from in portal I think Nov-2016 - Jan 2017 time frame
I did not ask for what for. Provided old document to him
(User manual) Document prepared 2003 (apm)
Remove login details to login screen I did not figure on login
Screen. he told me issue the with Oracle Software.
I told, I don't remember Oracle and don't know.

Ymm

YVm

Ymm

Ymm

# SWORN STATEMENT

STATEMENT OF: MURALI YAMAZALA VENKATA

I have read this statement of 2 pages. It is true, accurate, and complete to the best of my knowledge and belief. I have been given an opportunity to make any corrections, additions, or deletions.

Y.V. Murali [signature]
(Signature)

Subscribed and sworn (or affirmed) to before me this 16 day of May (Month), 2017 (Year), at Washington (City), DC (State).

[signature]
Special Agent
U.S. Department of Homeland Security
Office of Inspector General
Office of Investigations

[signature]
(Witness's Signature)

**CHARLES EDWARDS:** Good afternoon, this is Charles.

**PETE PARADIS:** Sir, Pete Paradis.

**CHARLES EDWARDS:** Hey Pete.

**PETE PARADIS:** Hello. How are you?

**CHARLES EDWARDS:** I'm good how are you?

**PETE PARADIS:** Good. I apologize about playing phone tag, I've been dealing with my mother, who is not feeling so well up in Maine. And I had to kind of leave town suddenly at the end of last week to go up there.

**CHARLES EDWARDS:** Oh no, no worries.

**PETE PARADIS:** She's got Alzheimer's and it's kind of been a rough uh, year or so.

**CHARLES EDWARDS:** Oh. She okay now or?

**PETE PARADIS:** I'm sorry?

**CHARLES EDWARDS:** How's she doing now?

**PETE PARADIS:** Well, I mean, she's in a facility. And that's been part of the kind of the heart wrenching, you know, aspect of the that illness. And uh, it's just, she's getting along. She's gonna be 87 here coming up. And it's just, it's not something that anybody should ever have to go through. I tell you that. It's pretty terrible disease. But, anyway, I'm back and I was hoping, I know the timing is kind of short and what not. But I'm suppose to travel out of town again next week for work. And I was wondering if maybe this Friday, if that's not too soon, if maybe we can work something this Friday morning, coming up.

**CHARLES EDWARDS:** Um, I wanted to, here's what I, I want to give you an update. Um. This Friday we can meet. But for me to give, I can talk to you about the system, but, you know, I was waiting for you, uh, to hear back. And so what we did was, we went ahead and made full, instead doing a demo it is, um, I went ahead and started going to the full, full version build. And I would have this thing completed and tested and ready to go by middle of December. What I did was, what I did was, it's not something that it's like um, in DHS, what we did was we went, went went ahead with 2 newer version. We did MVC and Dev Express for the reporting tool. And I kind of got into everything you were talking about at our meeting. All of that is addressed and the thing that makes it beautiful is it, all of the, like for example, if you're trying to, um, it doesn't matter which IG it is, it doesn't matter which organization, as soon as you answer a few questions in the initial template for admin, it starts building it. There's no, you don't have to worry about getting it from one place and moving it to another place. There's no issues at all and within few hours, the system would be completely built. I'm really excited about, about what I've done so far. And it, what I what I was asking you or calling you was to see if you could give

DEFENDANT'S EXHIBIT 26A

me like a high-level org structure of your organization, and the field offices so when I show it to you, it will reflect like how your organization is. Uh.

**PETE PARADIS:** Okay.

**CHARLES EDWARDS:** You shouldn't, I shouldn't say you shouldn't. It, it's not like DHS because DHS code is so, you know, cobbled together, you would get lots of issues. It's not, it's not that version. It's later and it's, it's, it's something that any, you know, regardless of where you are, you'll be able to customize it and figure it for your organization. You don't have to customize it. You don't have worry about oh I'm, I'm, you know, the org structure in DHS is different, the system deployment over there is different, their configuration is different, how do we take it, we have to hire people to do it, you don't have to worry about any of that. So, I was going to, I was going to talk to you about that and and I waited, I waited to hear back from you since I, I thought you got pretty busy. We said, well, let's go ahead and fully instead just waiting on the demo version, let's do the full build. So, what, my build is right now, will be anything that you need to do would be done in the admin side. You don't have to worry about getting, going to IT to do any of the work. You can, non-technical person that you give permission to, will be able to add the list, to take the list out, make changes. All of that is done in the admin side. It is gonna ask you lots of questions in the beginning to to gather about the organization. Once that is done, you hit deploy and it's going to build for you. It's going to build the hotline. It's going to do the complete investigation and it's going to do the e-subpoena, just like DHS IG has. You know, all of this in the admin part of it. Any time you need to add a field office, just go to the create, to the admin side, you can add that. Any time you want to add an employee, change an employee, you just go in there. Any time you want to add an allegation type, you can just go there. Sub-type, you can just go to the admin site. Anything that you need to with the new organization, you don't need to go to IT, it will be there. And when you make changes, it's not going to delete it for you, it's there because by historical purposes you might need it. It's going to do a soft delete for you. So, all of this things, I had done in the demo version, now it's going for full deployment. Right now, it's finishing the coding part of it and doing the testing.

**[6:03]**

**PETE PARADIS:** Okay. Let me ask you this then, since, so, what I'm trying to do is, what I'd like. Well, let me rephrase the question the right way. Is it possible to just, if we meet on Friday to just take a, do you have a demo thing that I could just kind of take a look at? Then in my absence while you would continue working on the other, the other aspect of production side, so to speak, if that's the right term, then I could be talking to the CIO on my side, saying hey I've seen, you know, X, Y, and Z, and if, you know, I'm a firm believer, etcetera, etcetera.

**CHARLES EDWARDS:** Yeah, I can show you. I can --

**PETE PARADIS:** Or, it or --

**CHARLES EDWARDS:** Sorry.

**PETE PARADIS:** Go ahead, I didn't mean to interrupt you. You go ahead.

**CHARLES EDWARDS:** Um, I can, I can show you on the, on the service side, that I have it, the demo version that I had for you to show it to you in, in middle part of July. I have that still. I can show you that.

**PETE PARADIS:** Okay. And is that something, what I would --

**CHARLES EDWARDS:** You can log in from anywhere and you can see that too. It's not like screen shot, it's actually a live system.

**PETE PARADIS:** So it's just on that particular machine, right? Here's why I'm asking.

**CHARLES EDWARDS:** It's on a server, yeah.

**PETE PARADIS:** Okay. So, you would, you would need access to, what I was envisioning is just, if there was something, and again, I might envision it with something very simple apparently. I was envisioning just if you had something that was on the hard drive of the computer or a disk or thumb drive, what not. And then, I was just going to use an HDMI or suggest an HDMI cable to a big flat screen that I have in a conference room over here. Could just kind of walk through it and just get some idea visuals and things of that sort. And, you know, just kind of wet the appetite for where it could go. But it sounds like you would need to be able to connect to the internet and then tap into your servers, is that correct?

**CHARLES EDWARDS:** If you, if you need it, I had, I had, I had it on a laptop for you to for you to take it with you and to test it, but I've given a laptop to the testing people. So, I have it in my server now. But you need to have internet connection. But if you give me time for, you know, um, I'm just thinking, I actually wanted to show you with, you know, something with your own configuration to show you, so you can show whoever you want within your organization. And play with it, but um, I'll need time for that. Because right now they are doing testing on the user side and the server side.

**PETE PARADIS:** Well, I could get you a rough org chart. I think it basically is the same one that's on the, I haven't been to our website in a little while, but I believe it would be on the website. Which is --

**CHARLES EDWARDS:** Is the same, okay.

**PETE PARADIS:** -- line up. I'm pretty sure. I mean, I'd have to, it might be one or two, you know, alterations, but I'm pretty sure that's on that website out there. But, I give, either way I can send you a copy of that shortly for you to have. Again, and this, you know, I apologize about being out of touch and maybe --

**CHARLES EDWARDS:** Can we --

**PETE PARADIS: --** impacting your, you know, your work process, you know, your project schedule. So I apologize about that.

**CHARLES EDWARDS:** That's okay. How about, can we meet uh, early on Friday?

**PETE PARADIS:** Yeah, I was thinking --

**CHARLES EDWARDS:** Then we can --

**PETE PARADIS:** I got a couple. --

**CHARLES EDWARDS:** Yeah, go ahead.

**PETE PARADIS:** What time would work for you?

**[10:01]**

**CHARLES EDWARDS:** I'm teaching at 12. So, as long as I can get back, you know, I can, whatever you want me to meet you. If I can leave, so I can meet real early and I, as long as I can get back, so if I leave there around 11:15, I'll be back in time to College Park.

**PETE PARADIS:** Okay. So if uh, would 9:30 work?

**CHARLES EDWARDS:** Oh yeah.

**PETE PARADIS:** Okay. Let me just confirm that I can get this room which I should have control of it, but sometimes people sign in the book and [INDISCERNIBLE].

**CHARLES EDWARDS:** I mean we're just meeting by ourselves, right, or?

**PETE PARADIS:** Or, I me, if you have, yeah, right now it would be me and you and if, you, somebody you were gonna bring along.

**CHARLES EDWARDS:** Yeah, just you and me. Just you and me.

**PETE PARADIS:** Okay. Okay.

**CHARLES EDWARDS:** And then we can, is there internet connection there or no? Or do you want me to somewhere --

**PETE PARADIS:** That's the problem, that particular room sometimes is problematic. So, I gotta double check a couple things. But what I can do is gimme about an hour to check on the room and this and that, and then I will call you, call you back to firm everything up. But, tentatively we'll say 9:30 on this Friday.

**CHARLES EDWARDS:** Okay.

**PETE PARADIS:** The 14th. And then if there is an issue with the internet, again, I don't want use the wrong technology word, --

**CHARLES EDWARDS:** Sure, sure.

**PETE PARADIS:** --but there, do, I know, guess even if you had something canned, quote unquote, that you know, you could just play on the screen would be sufficient for me to kind of get a gist of, you know, where, where, what you have in mind.

**CHARLES EDWARDS:** Okay. Alright.

**PETE PARADIS:** Alright? So, I will call you back with by 6:15.

**CHARLES EDWARDS:** No problem. Thank you so much. Alright.

**PETE PARADIS:** Take care, sir.

**CHARLES EDWARDS:** Okay. Pete. Bye-bye.

**[11:57 End of Recording]**

**DAMON THOMPSON:** This is Senior Special Agent Damon Thompson, DHS OIG. The date is November 2, 2016 at 10:35 a.m. This is a consensual monitored meeting between Pete Paradis, Deputy Assistant Inspector General for Investigations USDA OIG and others.

**UNKNOWN FEMALE:** Yes, yes. You don't have to do [INDISCERNIBLE].

**PETE PARADIS**: Hey, sir. How are you? Good to see you.

**CHARLES EDWARDS**: Good to see you. I went to wrong building, as usual.

**PETE PARADIS**: What's that?

**CHARLES EDWARDS**: I went to the wrong building.

**PETE PARADIS**: Oh, that's all right, yeah. Main one of the small ones.

**CHARLES EDWARDS**: [INDISCERNIBLE].

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: So [INDISCERNIBLE].

**PETE PARADIS**: I'm getting there. It seems like -- thank you very much. It seems as though this is my first real end of year period in play so there's a lot of stuff that they exposed me to last year at the end of the year because, you know, I didn't have the capacity to [INDISCERNIBLE] timeliness so now I'm doing that and it's like wow. A lot of --

**CHARLES EDWARDS**: [INDISCERNIBLE] every now and then [INDISCERNIBLE].

**PETE PARADIS**: Well, I've had -- I think there's a capacity to enhance and improve. We're gonna go to this conference room.

**CHARLES EDWARDS**: [INDISCERNIBLE].

**PETE PARADIS**: Excuse me. Go ahead. No, really, it's kind of an interesting -- it's kind of an interesting development [INDISCERNIBLE]. No, I appreciate you coming in. You know, we had an email issue apparently where -- because I did send an email back to you and but they're delayed anywhere from two minutes up to six hours.

**CHARLES EDWARDS**: Oh, wow.

**PETE PARADIS**: Going out and coming in. So something that the department, they implemented some enhancement or whatnot, and I think it -- but it didn't bode well for probably the regression testing wasn't where it needed to be or anything.

**CHARLES EDWARDS**: So, I thank you for meeting with me.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: So, I got a little delayed because I was waiting for your email in August.

DEFENDANT'S EXHIBIT 28A

**PETE PARADIS**: Yes.

**CHARLES EDWARDS**: So I have 12 programmers working on this, and I took on another project --

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: -- to build a website for another agency. That's why it got delayed by a month. Otherwise it would have been ready.

**[00:05:01]**

**PETE PARADIS**: Okay. And if I can, I don't mean to interrupt you, but.

**CHARLES EDWARDS**: No.

**PETE PARADIS**: This is -- I'll be very up front with you because I think we've all been able to talk honestly.

**CHARLES EDWARDS**: Please, please.

**PETE PARADIS**: The, I'm up against some individual commitments and whatnot. And last year they understood relative to getting the system over because everything wasn't within my own control and whatnot. So I appreciate what Sonal and the others have done relative to getting that code and all that. But, you know, I've sort of been dragging my feet on that to be right up front in order to see what this other thing is. I've explained earlier, I don't want to go down a road to put my neck out there for these folks and then they say: Oh, yeah, we're on board with that Pete, and all of a sudden now you're turning us over to this other product. So I didn't want to go too far with exposing the other item, EDS1 versus this next generation.

**CHARLES EDWARDS**: Even if you don't go with me, do not do that, EDS1. It is completely hard coded and they still have my name and my password in the config files. The one that I used seven years ago. And the coding is way old. You have to completely spend. You'll be spending close to half a million to a million dollars if you did that. Don't take mine, even if you're not happy. You can try mine out and you see mine is completely every word of it, every sentence in C# is written completely with security testing in it. Okay. I have, I'm using ASP.NET MVC, okay. MVC 6. And the reason I'm using MVC 6 is we want to be able to separate -- we want to be able to separate the code, the view, right, and the load, right? So MVC is actually mobile. It gives a spectacular view with the content and then there's a control over it, right. They had ASP.NET. I started originally with ASP and then went to ASP 1. That's done in ASP.NET 2.

**PETE PARADIS**: EDS, the original, so to speak.

**CHARLES EDWARDS**: The initial one. When TSA organized it.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: That's written. They have to completely rewrite it and they're looking at that. Sonal didn't want me to talk about it because they said that's their decision what they

need to do. And the way I have done it is completely modular. Right now, I've done four pieces, okay. So, the way I designed the system and that's why it's taking long to test it because I don't want -- when I give it to somebody, I don't want them to come back and say: Hey, it's going to break, okay. Part of the reason for using MV 6, right, is it's got -- it's very mobile regardless of which IAS you're using. It's transferable. You can also use it in a mobile device. The security is based on such a way that whether you're using on an IAS website or a different web server or if you use mobile. Let's say for instance you're down the road and you want to use it on your iPad or iPhone, you don't have to spend any extra. The code will work there and the security controls are there. That's how I built it. I built it in such a way that when you go into the U.S. Attorney's office, there's no way for you the pull up EDS on their system. You can pull it up on mobile. You don't have to do any settings. It will adjust to the screen. That's what MVC does. I did not use Televic. I used DevExpress.

**PETE PARADIS**: Which one, I'm sorry? DevExpress?

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: I remember that Televic was, you know. I might --

**CHARLES EDWARDS**: We had issues.

**PETE PARADIS**: -- only to be seen in a quarter of the full screen.

**CHARLES EDWARDS**: You have issues, right. I use DevExpress mainly because I didn't want the customer, the client to go ahead and have a separate reporting server, right.

**PETE PARADIS**: Mm-hm.

**[00:09:30]**

**CHARLES EDWARDS**: Whether you're doing canned reports or whether you're doing ad hoc reports. And whether you're doing dashboard or whether you're doing um, charts, regardless of what. You do mouse over. You can drag and drop the headings and it will dynamically change. You don't have to do anything for that. It's a built-in product that I bought extra for the licensing for that. I bought three licenses just for the developers to do that. When I give it to you, you don't have to buy that license because it's already finished, right. And all the report comes right out of that. You don't need an extra separate Microsoft reporting service because the issue you're going to find at Microsoft reporting services, configuration every place they have issues with that and then the reports tend to change. That's the problem with that. Okay. And it has a uniform look when you're using MVC regardless of whether you're on the home page, which module. It has -- the visibility is uniform. It's going to give you open-source interface no matter where you are, right. As long as you have the security measures built into the application, it's going to work. And then, the other thing what I wanted to suggest to you is if you're not able to host a tier for you and you're asking me to in a secure environment host it for you, put it in the cloud, it's no problem. You don't have to do anything extra. There's optimize cloud version for MV 6. It runs faster, right. The load time for upload and download is not going to be an issue with MV 6. I did quite a bit of research. I teach this at the university so I know this in and out. I, I, one of the

reasons I've been suggesting to Sonal for them to go when MVC came out and they still have not done that. That's where if you're going with -- and then for the back end I'm using SequenceServer 2012. Okay. You're not gonna have the issue of sequel injection which people put some code in there and bring the system down. You're not gonna have that. You're not gonna have issues with, you know, whether you're building a small piece, adding to it through me, or you're just having a whole different version of it, agile is very costly. You can do it small bits and pieces. It's not going to impact the rest of it. Having said that about the platform, it's written in C#. That's the language. So currently what I'm testing is I am also -- and this is just between, because we go quite backwards.

**PETE PARADIS**: Yes.

**CHARLES EDWARDS**: You know.

**PETE PARADIS**: Our relationship.

**CHARLES EDWARDS**: Yeah, our relationship. State department, I'm gonna demo to them after the 15th of December. I went to them last week, I asked them, so they are interested in it too. Their AIG was not at that meeting, but they're getting word to him, and I'm going to be demoing it around the 15th of December for them.

**PETE PARADIS**: That's the OIG --

**CHARLES EDWARDS**: That's the OIG.

**PETE PARADIS**: -- not the other --

**CHARLES EDWARDS**: No, that's the OIG. And there's, there's two other people who are former -- former retired IGs. I was supposed to meet them last night that they want to, kind of, market it also because I've been talking about this and they're real excited. I'm excited too. For once I've done something that I'm really proud of. I've done -- I took me a long time because I completely re-wrote investigations, hotline, admin, and subpoena. The e-subpoena has a better look and flow. It looks, it runs exactly almost the same like how DHS OIG runs, but the load is faster because the way I'm bringing the templates down. So, mine is a faster handshake. So the reason I've built this in mind was regardless of which IG you are, right, the problem we are having is from DHS we have to configure, we have to change the code, we have to change a lot of things to make it useful for you.

**PETE PARADIS**: Compatibility.

**CHARLES EDWARDS**: For me, you don't have to do any coding, any change, any customization. You're only going to configure, right. So when you come in, so the first thing it's gonna ask you: Did you click on the admin section, right? It's going to ask you: What is your OIG logo? The next question is going to ask you: What's your OIG seal? Right. The next question is going to ask you is what's your OIG organizational structure? What is your OIG field offices? What are the different user roles that you'd like to have? What are the people

information contact type? If you have a list, you can upload it. It will fill in or you can type it in. That is the very first time because the system doesn't know. System is just vanilla, right?

**[00:15:04]**

**PETE PARADIS**: It just a blank canvass.

**CHARLES EDWARDS**: Blank. And the next is gonna ask you the complaint to seat, right? What type, right? Define that. The agency for USDA, what are your agency offices that you're serving, right? Then: What is the allegation category both the parent and the child? You know, you can upload it or you can define it, I mean, you may have unique for yourself so I didn't want to --

**PETE PARADIS**: So, for example, on the subagency listing, so to speak, the menu, is that something that I, the user, am inputting or that's something that I provided to you and your team inputs for the first time and creates that?

**CHARLES EDWARDS**: However, whatever is convenient for you. If you want me to do it, I have an upload way to do it. And the next time you want it you can go and make changes to that.

**PETE PARADIS**: So you're not, so is, from my memory, is it different than over at DHS we talked about doing those things in the quote/unquote back tables.

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: Is that where this is -- there's a face screen and I'm inputting data, but it's saved into the back table?

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: Okay. It's mapped over there.

**CHARLES EDWARDS**: It's mapped over to the back, right. I also broke it down to having one huge table like how they had. I broke it out the compartment where it's needed so logically you can pull it quickly and draw the relationship for input, for for reports, to make it easier, right. So the first time they might say well they're more comfortable with us looking at it and inputting it. So that's why I gave the option.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: Or you can give to me and I'll run the script, it will run it up there, right.

**PETE PARADIS**: Okay. And that's just a one-time load.

**CHARLES EDWARDS**: That's a one time.

**PETE PARADIS**: That builds the foundation.

**CHARLES EDWARDS**: Right. And then you can go back. You have the ability in the admin screen to go back and change it, if you like. Right? If you say: Well, I've added a new allegation type. I don't want to go to IT. I want to do it myself. It's gonna do that, right? And let's say if you change the name of an allegation type but you already have records stored in it, right, it's gonna keep the old one but it's going to draw a map relationship for the new one.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: So that's -- all of this is just doing it in the admin screen, right, not in the investigation or hotline module. Then allegation detail, the subtypes, then the location, country, state, like you put, if you put the zip code, you don't need to fill the rest of it.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: It will fill the rest for you, right. Or if you fill the city, state, the rest of -- it has intelligence behind so it will look and pull that for you, so you don't have to do a lot of typing.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: Okay. Then I also went, you know, your vision statement, your mission statement, whatever you have on your website, you can upload it or I can upload it for you, right. Then your field offices, I told you about that. I also got a collection from CIGIE of all the seals of the IGs so I already have a list. You can change it or point to that, whichever is convenient for you, right. Then you can upload, modify, change violation type. You can upload, modify ethical conduct type. You can upload, modify, violation status. You can -- you have the ability to impersonate a user like if OIG does that, you have that ability. You have to, you have ability to restrict access and give access to different modules. You have the ability to capture module log, error log, page log, search log. The other thing that the OIG over there does not do is they can do a sequel query. You don't know about it. But here even if they do a sequel query, right, so you can tell me in OIG this is just confidential information that cause I built that so I can tell you, right. So we're just -- I'm not -- I want to explain my system but at the same time I'm not -- I'm not pushing you hard. Okay?

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: I have -- you -- what I can do is if I'm over there at OIG, if I'm at the server --

**PETE PARADIS**: Yes.

**CHARLES EDWARDS**: -- if I go to the command prompt and I type in sequel plus and then do space backslash access DBA, I get their screen. If I do a sequel query to the back-end table, there's no --

**PETE PARADIS**: There's no audit trail.

**CHARLES EDWARDS**: There's no audit trail, but in mine you cannot.

**PETE PARADIS**: So that's like a security loophole.

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: So there's vulnerability.

**CHARLES EDWARDS**: Yes. You cannot do that in mine. The moment you try to log into sequel, it's going to flag and set. Even if you're a system administrator there –

**[00:20:00]**

**PETE PARADIS**: There will be a record.

**CHARLES EDWARDS**: There's a record of it. Who went when. You have that. Okay. And the complete database has a 90 day of audit logs. Not from the front end, even through the back-end. In case you have discovery, you want to go back. You want to change it, you have more space, you want to change it at six months, you can. I picked the default of 90 days just for security purpose.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: Right. Then this is just investigations and hotline piece of it. Then the next Phase 2 which I'll be ready I'm saying March 1st but since we have the team back together we'll be probably finished sooner than that. I have ad hoc reports capability, property module, time sheet module with costing in it, investigations forms and exhibits, special agent module, law enforcement databases, all of that, right, will be there for the second part of Phase 2 which should be done because, you know, it only takes us a month and a half to code it and testing is going to be another month. So we should have it ready by March 1st. And the last phase is Phase 3 so because I'm building it as a small enterprise system, right. So you'll have arctic module, you have, if you have inspections, you have inspections module. I didn't write them in my email.

**PETE PARADIS**: So these are the disciplines.

**CHARLES EDWARDS**: Other disciplines, right. You'll have a foyer module, you'll have a congressional request module, and then a human resources on boarding and off boarding. And that's going to be done, delivery will be August 15, 2017.

**PETE PARADIS**: Hm.

**CHARLES EDWARDS**: I don't need an entire team to help your support. Once I deploy it for you, right, whether you want me to host it here or you want it to be hosted in a secure data center, I'll have only one person on site here for you, right. We'll do the day-to-day.

**PETE PARADIS**: So for the deployment, the team does it. But then after that, the O&M is one individual.

**CHARLES EDWARDS**: One person is more than enough. And you need any changes, then I will make the changes for you and deploy it. We normally pick a Saturday night to do the revision changes. We like to leave it for once in the month --

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: -- or once every three weeks. But if it's urgent, then the team will come here and do it.

**PETE PARADIS**: How do you see the uh, how do you see the relationship of that one key personnel on site as a, as seconded into the ITD or the information technology division or seconded into investigations.

**CHARLES EDWARDS**: It would be to you.

**PETE PARADIS**: Because that was always a problem --

**CHARLES EDWARDS**: It would be to you.

**PETE PARADIS**: --we had--

**CHARLES EDWARDS**: It would be to you. But it is an IT person.

**PETE PARADIS**: --Yes, I got 2210 skilled or whatnot.

**CHARLES EDWARDS**: Yeah. And whatever because if it, based on what clearance he needs to get, he or she, I will vet that through and, and I work through. I also work for a company called TechFlow and they're seeing a government relations director so I have a pool of cleared people that even if it, my company is called Delta Business Solutions. I didn't bring the card for that. I'll bring it to the next meeting. Delta Business Solutions. So they already have contract vehicles in place. If you cannot directly come to me, they're okay going through them as well. I'm going to minimize the cost, right. Because for me it's win if I have to prove to you that it's working and you're satisfied, right. So I'm only looking at just my cost of it. I took money from my retirement to start this business. So the cost is not going to be a whole lot for you. Probably the maximum it will cost you for the first year is just for the system for me to implement it and maintain, probably about 40,000.

**PETE PARADIS**: That's if I were to host it here?

**CHARLES EDWARDS**: If you don't host it, I will host it for you.

**PETE PARADIS**: But that's an optional --

**CHARLES EDWARDS**: Yeah. And I'm -- I went to GSM looking to see the certified authorized data sites so now I have a contract with them and I'll host it for you. And then, plus there will be ordering for one person.

**PETE PARADIS**: Above the 40?

**CHARLES EDWARDS**: Right. Of course once you're -- once you are satisfied with this and I've done what you're looking for and you go for the other modules, I might ask you to give me a little bit more for the rest.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: But for this investigations part of it.

**PETE PARADIS**: Again, they base -- there was a couple of points. One, I wanted to bring out the fact that because I had done some back checking, and we do not have the capacity, I've been told, I haven't seen it in print, to sponsor for the clearances so that's –

**[00:25:11]**

**CHARLES EDWARDS**: No, I will do that.

**PETE PARADIS**: That's something I thought about.

**CHARLES EDWARDS**: I will do that. I will, I will bear the hit for that and get the person cleared. It will cost me about $10,000 to bear it and I will do that.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: But I will only charge you for the hourly rate of the person plus this.

**PETE PARADIS**: And then the other thing --

**CHARLES EDWARDS**: And my person will be here full time.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: If you don't want to host it, I'll host it. You don't have to buy a server, you don't have to buy any other equipment.

**PETE PARADIS**: That was going to be my other point. If I'd have to see, and again my, the guy I talked offline a little bit unofficially with one of the guys who works for me who I trust implicitly, he was a tech guy, and so he and I kind of put this sheet together. So, you've answered a lot of this already but if you can afford me some time to walk through it after.

**CHARLES EDWARDS**: Absolutely. Absolutely.

**PETE PARADIS**: But his concern was first and foremost, if we were gonna host it, do we have the hardware in the first place to do that. Probably not I would say off the top of my head but we don't, we wouldn't know that. So.

**CHARLES EDWARDS**: Yeah, by the time you lease the [INDISCERNIBLE], then you harden it and secure it, then you need to have security people to maintain it. Why?

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: You know, there's only going to be not that big a deal to -- because the cost for hosting is what I'm gonna charge you, it's not much. Most of them host it not with inside, they host it outside. In a secured -- I'm not talking about a public cloud. I'm talking about a private, you know, that is GSA approved site. I'll have to go and get the details from them to host it, right. And I -- if I just go for one customer, it's going to be more so I'm going to try to go see but I need a space but I need to be compartmentalized for different agencies so my whole idea is secure.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: So, I thought about it, I made a call yesterday to GSA, and I'm going to try to meet with them this week to get more details on that. So I'll have that in place. My suggestion would be don't host it. You know, as long as your security people are --

**PETE PARADIS**: Right. Comfortable --

**CHARLES EDWARDS**: -- comfortable with the security and they can do the auditing any time and it's not going to host overseas anyway, it's here in the U.S., that is approved by the government, right. Lots of people do that. So, when we were in the lap board [PH], that's what we did. We did not go and build our infrastructure ourself. For the lap board, we just went ahead and host it. Amazon web services provided secure services. I'm not saying that I'll use them, but there is opportunities. And you'll come back and: You know what, Charles, this is great but it's a little slow.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: I want a little faster processing. You can -- you don't have to -- just one phone call, the processing part will increase. And if you said: This is too much capacity, I don't need that much. Can you scale down a bit?

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: You only know that after you test it.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: And my suggestion would be you don't even have to pay me anything until you're comfortable after testing it and then we can move forward because I want you for me more than the contract or the fee is, if I have a good customer, that you will tell to other people that you're happy.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: That's what I'm more after.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: I'm not too concerned about whatever, whatever break I need to break through to have you on board, that's gonna help me in the long run, because I want to have my

vision is to do it for the entire IG community. That's because it's going to be easy, they don't have to customize, they don't have to build anything, right. So if I have 30 people and each one of them are dedicated to each IG.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: You know.

**PETE PARADIS**: And I've heard that -- I don't know if they still have it or they were talking about having a working group on one unified --

**CHARLES EDWARDS**: I was in it too and I was hoping they would go to that. I was in the investigations subcommittee, but it didn't go anywhere.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: And when the IG for -- used to be the U.S. Capitol, I had to Carl Heckel [PH], he was heading the committee and everybody was routing towards that. I don't know what happened.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: And then I also wanted to tell you that document submission, right, in the system. You don't have to -- you can predefine document upload, whatever documents you need to be uploaded will upload. And whatever approvals that need to be created will be, you know, flow into the email. It will provide you alerts. It also will fill the, it will also fill the, if have, like, a WR [PH] like a weekly report, it will fill into that. Just check into that, go into the weekly report, it will go into that. If you say I want this to flow into the monthly report, it will do that. Or if it's a significant report that you want to go towards your --

**PETE PARADIS**: SAR.

**[00:30:28]**

**CHARLES EDWARDS**: -- SAR, it will go towards that, right. You have alerts, you have Outlook, whether you're doing Outlook Exchange here, a lot of people don't do Exchange anymore here. They go through Office 365, the portal, go Outlook with that. Even with that it'll work, right. So regardless of how you do that. And then, ah, once you pay the initial fee for the module, the next will be only for maintenance part of that, right, any upgrade that I'm making but I'm not going to come back --

**PETE PARADIS**: To that module?

**CHARLES EDWARDS**: To that module, right. So typically, like, Microsoft Office if you get, you pay like a 17 percent or 18 percent of what you pay to do the maintenance on that, too, you know. They got patch updates, that's it. If you come back and say, well, I need to whole module to be created, then I'll come back and tell you what is the cost, right.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: I'll only, I'll only -- because you're going to be my ambassador for this, I only do the cost and plus probably five or ten percent for my time. That's all you pay on it.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: Um. You can -- it's -- the other thing you also have to think is EDS over there, it's not 508 compliant.

**PETE PARADIS**: I was thinking about that. And again not being of a technical background, what's the significance of that? That fact is what to me?

**CHARLES EDWARDS**: Okay. So during Bill Clinton and Al Gore's time, they came out and said every federal agencies that has a web or a public face --

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: -- facing look, they need to be compliant or people with handicap could, could uh, view it, right. So what happens is you have to create some tags and then the tags will say what color it looks, what the content is so people who cannot see, right, for people with disabilities, for them. So like semi-annual reports now, if you put it in the reports, it has to be 508 compliant. The web pages, a lot of their pages, they build it, they're not changing it because it costs money to go back and change it now. Mine, I started out with 508 compliant. You can add any collaboration tools. You can -- you don't have to add any charting or dashboard software. It's come built in, right. Every user, like, you have -- let's say you have a SAC and they're more interested in certain things, right. And they can set up their dashboard however they choose, right. There's an option which I did not, I did not see because I thought you might want uniformity, but if you say well I like the color of the screen to be like this when it's displaying, I like this to be this color, you have the option to do that. I did not do that. I said whatever you pick will be that. But if you need that to be changed, you can change that too, right. And then you can also -- it's going to -- I think I already told you it's built on a module piece one piece at a time, right. You have the admin piece that's the front end that's gonna fade into investigations to hotline, right. And then e-subpoena whatever needs to is going to feed into it.

**PETE PARADIS**: So it's like the hub.

**CHARLES EDWARDS**: It's on the hub. It's on the hub. So you make changes here, then it will reflect right there, right. You want to add anything to your admin, you can say you know what I don't really want IT in the back-end people doing that, I need this to do it to myself, you can have that. Let's say you have an ASAC who reviews certain reports from the agents or the documents and that agent is off, right. You don't have to set him carte blanche and have him access to everything that you want. You can pick and choose which cases you want him to do that. You can -- last piece in that once the testing is done is how you're gonna tie it in, you might want them to -- I didn't, I didn't build it as a definite because I left it because each agency might want a different option. You can have a choice whether they have access to the system through

active directory, right. The problem that you're having is they don't clean up the active directory often so if they don't clean up, the users are still there, right, they still have access.

**[00:35:31]**

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: So you can have active directory role and plus you have another security feature in the application itself that you could have the users information for historical purposes but you can disable their use of the system.

**PETE PARADIS**: So if I'm in the admin module and Tom Jones Agent retires today and I go in and set the retirement or does it across the enterprise of modules, I'll use the term deactivate, that may not be proper, but deactivate Tom Jones across the modules or do I have to go into each --

**CHARLES EDWARDS**: No.

**PETE PARADIS**: -- module and deactivate him separately?

**CHARLES EDWARDS**: No because they're not there, right. So it's going to deactivate across the board. But you have an agent, right, that you can suspend them, right.

**PETE PARADIS**: Yes.

**CHARLES EDWARDS**: And you say well, he's not going to be inputting into the investigation module but I actually need to him to enter his time.

**PETE PARADIS**: Yes,

**CHARLES EDWARDS**: I actually enter him to go ahead and do his --

**PETE PARADIS**: Web TA or whatever.

**CHARLES EDWARDS**: Whatever he needs to do so you can give that option. So I have one that is across the board and the other one is based on what do you want to pick. So that's what it's gonna ask you. It's not going to delete the record for you because you might want to go and do --

**PETE PARADIS**: Yes.

**CHARLES EDWARDS**: So it's just going to flip the switch.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: If you okay looking at part of it, I mean, like after Thanksgiving whatever is being tested, I'll let you look at it.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: I'll give you the URL, it's the server at my home that it's being worked on. It will be Edwardsr3.com. And then when you click on it, right now it will ask you

for security and all that so you're not able to look, but I'll lift it for you so you can take a look at it. Just a couple days after Thanksgiving, I will let you test as much as you want, whatever is available.

**PETE PARADIS**: That's part of my, again, my trepidation, if you will, is, you know, you're comfortable with what you know.

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: I mean, with anything in life.

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: So I was comfortable with EDS 1 --

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: -- because I was in it every day working it and realizing some of the deficiencies, and some of the pluses, et cetera. This is something that, you know, myself, I have to be able to get with this other guy at some point and really, aside from the distractions of the phone calls at the desk and stuff, peace and quiet for, you know, a good period of time, really just jump in there and just go to town to see, you know, okay now I feel comfortable driving this car.

**CHARLES EDWARDS**: Right. The reason I didn't want to give half or a quarter whatever tested to look at it now because everything is related to something else and then first impression is always the lasting impression. I don't want the 30 seconds when you look at it to say this part broke on it. It's only a demo system so if it breaks it breaks, right. But I want to make sure that you have the comfort and I have the comfort. That's why it is hundreds and hundreds of code that they're going through. I mean, I actually have it not let OIG there, I have actually unit testing folks doing the testing, right, and they're putting scenario to test it to see if it breaks. Because I don't want my system to get hacked because if it gets hacked, then my reputation is gone and you're also not, will be furious with me so that's the reason why it's taking. And for a month, almost a month they were gone working on another team, you know, so that's why I took a little long. But definitely by a couple days after Thanksgiving, at least half of it I'll give you say take a look at this. So far it's available for you to look at it, look at it. By the 15th of December, I'll have the entire system. I will give you the URL, you go break it and tell me what's added, what's not added, what is missing, that part of it in those features, and I'll add it before you move forward.

**PETE PARADIS**: So that's the -- when you say entire system, just for my understanding, that's the Phase 1 package.

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: Which is again you need the admin module, that's the foundation.

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: And then it's the Hotline line and investigations.

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: And those were the, well, the three, the latter three were really the ones we want. Obviously you need the admin one but that's really where I'm being held to task on -- because at first it was hey we need, you know, this gargantuan. I said: No, I can't deliver that for you. We have to approach this in a step-by-step process to make sure we're not jumping too far.

**[00:40:25]**

**CHARLES EDWARDS**: How many people are in your investigations?

**PETE PARADIS**: Uh, 186.

**CHARLES EDWARDS**: I just used a 100 people. So I'll go back and change -- I'm using dummy names Test 1, Test 2, like that so I'll fill it with 200 names. Whatever you gave me on your ord chart, give me, I mean, that's only part of it. I was just making up the rest of the stuff but I'm wondering if you can give me the rest.

**PETE PARADIS**: It's the same configuration.

**CHARLES EDWARDS**: Okay.

**PETE PARADIS**: So approximately 20 -- call it 28, 25 to 28 in all of the five regions, plus, you know, the 15 at headquarters.

**CHARLES EDWARDS**: So and allegation type and whatever, I just came up with my list, but if there's things that, you know, once you're testing it and you want it to be changed, I'll change that.

**PETE PARADIS**: See, I'm trying to get -- that's a project I haven't been able to tackle yet because of lack of time but as I had first gotten over to DHS there were 99 categories that were individualized. There's a need to compartmentalize and associate, et cetera. So I want to, you know, right from the getgo and of course some of the stuff is a little bit different here, but I wanted to basically take that list that we had over there and structure it that way, at least on the front end just to get folks to understand that's a better business approach. So is that how it's built similar to that list over there?

**CHARLES EDWARDS**: Yes. The list I'm inputting because I don't have any other list.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: That list can change.

**PETE PARADIS**: Yes.

**CHARLES EDWARDS**: Whatever list, that's the list I have so that's what I'm using. But it's only for testing purposes. If that list is any different for you, just tell me.

**PETE PARADIS**: Again, contract fraud is contract fraud. It's just who's doing it.

**CHARLES EDWARDS**: Right. And the field offices, the agency offices that you have that you're supporting, I just went by what's on publicly available.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: If anything needs to be added or changed, we can do that.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: And if there's any -- and I actually went through the entire -- I gave you my own initial document, right?

**PETE PARADIS**: I believe so. I think so.

**CHARLES EDWARDS**: My proposal, I had to go forward.

**PETE PARADIS**: You know what, I can't remember.

**CHARLES EDWARDS**: If you don't, just tell me and I'll send it.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: All of this that I told you, I'll capture it in an email document and send it to you so you'll know that what we talked about. So I mentioned you'll have a personalized dashboard, right? Each person can have their own dashboard.

**PETE PARADIS**: They can customize -- that they customize or it has to be customized through the key person?

**CHARLES EDWARDS**: No, they can customize. You can sort any way you want. You can pick and choose, drag any heading you want. If you're not happy with the way that is, the list is available, you can drag it and drop it there. It can stay like that. If you're frequently visiting something, put a check on it and it will stay there for you, right. And there's total integration from hotline to investigations so there's nothing there that doesn't walk through if you wanted to. You know. Of course certain things that are required fields but I've left it to what I think is required, but we'll come back to you and say you might say well we don't really need to have that as required. You know. And I've -- they talk about intelligence systems, right, when you're typing in, right, that certain piece that you type, right. I don't want it to be over complicated but at the same time I want it to be user friendly, right. That's the key.

**PETE PARADIS**: How about -- I know one of the big complaints back there at DHS and over here as well from the field personnel is the need to continuous reentry of the same data information. For example, you know, subject's last name, subject's first name. On this form, I have to enter it there but then it reappears and I have to reenter it somewhere else. So is it single point entry?

**[00:44:45]**

**CHARLES EDWARDS**: Single point.

**PETE PARADIS**: Okay. And not only in the database but what if the first time you come across an opportunity to enter it's in the template of a --

**CHARLES EDWARDS**: A document.

**PETE PARADIS**: Yeah, a document, does it back load to the back table?

**CHARLES EDWARDS**: It should, yup. That's, because the challenge is going to be, we're going to give you some templates to push out. Word document templates, right, that we're going to create input fields for you. So once you tell these are the forms that they use, right. So if you fill those forms out, we'll give it to you as a template that you can push it out to every agent they're using when they open up Word document it will be sitting in there so you don't type it. They don't have to log into the system but they typed into it. But they're ready to upload it, it will not only take that to the information, that'll take them to the database as well so they're not double entering.

**PETE PARADIS**: So if they're using a template that's not -- I'll call it online as it's transmitted by -- it's uploaded into the system, whichever module, the data as entered is extracted and placed and secured into the proper table.

**CHARLES EDWARDS**: Right. Because they cannot be online every time, right. You can be somewhere -- you can be sitting -- you can be on surveillance somewhere and you got a couple hours to sit around and you're just waiting in your car, right. You can sit there and type whatever you want in a document. But when you're ready to upload it, it should extract from there to the system. I have to identify fields that I think but I'm not working the case or what my experience -- my 17 years of experience working with agents, what I thought might be helpful, I did that. Are there other things that aren't being captured?

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: Okay. So we're going to be using in the technology ASP.NET 4.5 with MVC 6.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: And web ap16.

**PETE PARADIS**: I'm sorry?

**CHARLES EDWARDS**: Web.

**PETE PARADIS**: Web, yes.

**CHARLES EDWARDS**: Ap16 HTML5 CSS3 Angular -- AngularJS with Bootstrap. Database is SequenceServer 2012 enterprise version to design various features, to using Photoshop, Illustrator CC and CorelDRAW version 7. They're using DevExpress user interface tools for

responsive app development to support any browser, mobile, tablet, or iPhone. Regardless of which one you use, you'll be able to go into that.

**PETE PARADIS**: So the client is not responsible for any sublicense responsibility --

**CHARLES EDWARDS**: No.

**PETE PARADIS**: -- on any of this stuff?

**CHARLES EDWARDS**: No. I already got the license so when I give you the package and I said this is the cost, you're not gonna have anything extra. I bear it.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: And if you're asking me for documentation, we are using Microsoft Project. And for the story board, we're using Vizio and Teamwork.

**PETE PARADIS**: Speaking of Teamwork, it causes me to off track to think a little bit. But relative to, I think, a certain point, I think it was the Phase 2 or Phase 3 with the audit module?

**CHARLES EDWARDS**: Yeah.

**PETE PARADIS**: Is that gonna be and I'm just asking because I know somebody is gonna ask me, would Teammate be the thing or is it something newer and better out there that's --

**CHARLES EDWARDS**: Well see, Teammate, people really hate Teammate.

**PETE PARADIS**: Yes, correct.

**CHARLES EDWARDS**: Because you have the master and you have the replica, right. But then you have Teammate which tracks the work papers, but you also have audit module that needs to track the milestones, right. When is the logo decisions made, when is the project, when did you have the initial engagement letter, right. And how much does it cost? Because at some point, that needs to be decision point saying hey you have already spent doing research a couple hundred thousand dollars, your time and effort. And if that project is going to -- the findings and recommendations put to better use, it's only going to be $500,000, it's not worth it. Let's kill it, right. That's from that point of view. And whatever you can integrate, plug in from Teammate -- because a lot of people don't want to give up the licensing part of it, right. I'm just taking my module to track the audit piece and then if you need to pull in the work papers from Teammate, we'll build an API for that. I did -- I did audit module from scratch. I'm not an auditor but I sat with somebody and we went through it and I built it from scratch so I did it for Postal IG. The audit module that they have was built by me. I drought it to DHS IG and I want do it but, you know, Ann Richards. Not my fan so.

**[00:50:18]**

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: I should have been a little bit more careful. They railroaded me.

**PETE PARADIS**: Well, I mean, I think you're under [INDISCERNIBLE] so, you know.

**CHARLES EDWARDS**: It is what it is.

**PETE PARADIS**: Adapt and overcome.

**CHARLES EDWARDS**: Any other questions you want to ask me?

**PETE PARADIS**: Yeah, so. I'll get to the -- you talked a little bit about pricing but I'll talk about that last because that's not really -- so, business name, blah blah blah, and you did mention some other entities that you were -- again, are we the tip of the spear or is somebody else maybe gonna be the tip of the spear and whatnot?

**CHARLES EDWARDS**: Right now there are four people, right. You, State, and I have two formal IGs who are gonna take it and talk to other IGs.

**PETE PARADIS**: Okay. But is -- and I'm not trying to be a spend thrift here, but is there uh, whoever gets on board first gets the best deal type of thing?

**CHARLES EDWARDS**: Yeah.

**PETE PARADIS**: That's in all honesty?

**CHARLES EDWARDS**: Yes, it is. I'm only doing cost plus whatever, you know, other 10 percent of whatever time spent, that is it. I'm not charging anything more.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: I spent, when I did for, when I did for DHS, I spent, the first, the first phase of it, I spent 750,000.

**PETE PARADIS**: What would you say, if you recall, and this is a question that I'm, that's asked of me which I'm not qualified to answer, what's an, what's the average annual upkeep just alone, not having, not working a separate, because I always thought they should have had an upkeep subunit and then a development unit for enhancements and whatnot, which never seem to come to pass unfortunately. So, what's the average upkeep of a system?

**CHARLES EDWARDS**: It's a one-person's time.

**PETE PARADIS**: Yeah. That's it?

**CHARLES EDWARDS**: That's it.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: But everything else that you are -- that needs to be made, revision change in the first year, that's -- you're not paying anything extra for that. I'm the one to bear the cost.

**PETE PARADIS**: In the first year, right.

**CHARLES EDWARDS**: Right. And then afterwards, anywhere you look at, typically any software, they have like a 17 to 18 percent yearly.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: You know. So even with that, I'll give you a break.

**PETE PARADIS**: Okay. Um, then.

**CHARLES EDWARDS**: To me. To me, you know --

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: -- to show that it worked for you, that is -- that's and I'm -- have you satisfied, that's more money in the bank for me than came from you.

**PETE PARADIS**: I appreciate that. So, do you and this is -- this other guy asked me, you said you had about 12 to 15 developers?

**CHARLES EDWARDS**: Twelve developers.

**PETE PARADIS**: Do you foresee that growing or do you feel comfortable --

(Simultaneous speaking)

**PETE PARADIS**: And they're doing a user testing, you said?

**CHARLES EDWARDS**: Yes. Right. Right now they're doing the UAT.

**PETE PARADIS**: So, that’s so, can I, I would say in house?

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: With your own group?

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: To your knowledge, do you see an issue, do you see like a sole source justification thing here or how do you have --

(Simultaneous speaking)

**CHARLES EDWARDS**: Which ever one. Sole source is easy, is easy.

**PETE PARADIS**: But what's my -- where are my -- how -- because, again, I've kind of said -- because I guess they have uh, information technology control board or whatever you want to call it here. I forget exactly the name. So I have to be able to write up my documentation and make -- and I have to go deliver a presentation and so I need to educate myself before I give it. And I always hear that that's part of the, you know, what's the solicitation mechanism gonna be?

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: So what makes, why this versus if they say okay you already got us, again, I know the downside to the other code. I can't speak that technically to it, but I'm aware of it. But they can say okay, Pete, why would you -- you got something for free and it's only gonna cost the time and effort of somebody in house already to tweak it the way you want it versus why are we gonna go ahead and spend money now on this versus the EDS 1?

**CHARLES EDWARDS**: You, if you are -- if you are buying a 1960 Mustang, right, it's got a lot of value because it is antique. Right. Leave that aside. If you bought, bought a Toyota from 1990 and you're in 2016 and you buy it for free, imagine how much it's gonna -- sooner or something is gonna break and you're going to be replacing all of it, one. The other one it's written an old version of it. You have to some point redact the whole thing and upgrade it. Right. You have to come to -- because at some point Microsoft is gonna stop supporting it. Right. If it breaks then who is gonna fix it for you, right? And would you rather have something that is built for another agency under their environment and hard corded for that environment and going and changing it? Then what do you know because you haven't really gone through each line to test it. How do you know that every bit of it is foolproof, right? You're not because they haven't spent that time testing it.

**[00:56:00]**

**PETE PARADIS**: But with that said, you know how the government typically operates.

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: You know, overpay/under develop. You know what I'm saying? So, again, what I really pride myself on recommendations I'm making and putting my name behind something.

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: And the last thing I want to do is because I'm not an expert in the field make a misinformed recommendation, suggestion, things of that sort. Believe me, I understand exactly where you're going with the car, the muffler eventually goes and the belts and the tires and the chassis and the whole bit.

**CHARLES EDWARDS**: I can write up for you the draw backs and that, I can tell you point by point why mine is different and how it's going to not only fulfill your needs for now, it's got the flexibility, it's got the bandwidth, it's got the adaptability with technology. As technology changes, you can change this, right. At some point, let's say we have in computers we have 64 bit operating system and 32 bit operating system. If I bought a computer in 2008 or 2007 and it is running Windows XP, I cannot put Windows 10 in it, right, because it's --

**PETE PARADIS**: Limited.

**CHARLES EDWARDS**: -- its platform is built on 32. The maximum I can go to is Windows 7 and then I stop. I cannot go any further. But what I'm thinking is I'm not building it for today, I'm building it for down the road, right. Whatever you need to plug in, you'll be able to plug in.

I'm not saying that this is the one end all, but this gives you a flexibility to grow and adapt whatever you want. Because I don't know five years from now what technology advances they'll have, right, and you should be able to adapt to that. You cannot adapt for that because, you know, ASP when it was initially created everything they did was 60, 70,000 lines of code. Then .net came into existence and everybody thought it was wonderful, it was ice cream. Then SharePoint came, they liked that. Now what we're seeing is yeah, you have this .net framework, you got the code, and you got the view, and you have the controllers all built in one. Why are you doing that? You're confusing it. You're putting too much that takes too long and there's no flexibility. Why didn't you put each piece at a time and that's what this does.

**PETE PARADIS**: Sure. And I guess to kind of draw back to what you were saying at the beginning, I mean, we do go way back and a point a time in my life or a situation in my life where I don't feel comfortable is when I go buy a car. I always feel that I'm not I'm not mechanically inclined, I know that, and therefore I always feel nervous or concerned about, and don't take this the wrong way, these are my words, being taken advantage of. I, so what I'm telling you is that I would be heavily reliant upon anything you can say or provide, et cetera.

**CHARLES EDWARDS**: Absolutely. Absolutely.

**PETE PARADIS**: So that when I do say: Hey, Pete Paradis stands behind this decision, stop that direction and go this way, that, you know, I'm 100 percent on firm, comfortable ground with that decision that I've made because I rely and trust the information I'm getting.

**CHARLES EDWARDS**: When I meet with you after Thanksgiving because it gives me, like, two weeks to write, I'll write a white paper for you, and I'll give you all of that. At the end of the day, whether you stick with mine or something else, at least it will be a baseline for you to go by. Okay. That's just because we go way back, I'll write that.

**PETE PARADIS**: I appreciate that.

**[00:59:44]**

**CHARLES EDWARDS**: You don't have, you know. Because I've been on both sides. I know what it takes. I want this to grow. I'm I'm selfish in that. But at the same time, I don't want -- it is better for me to take small steps and say that it works for you if I want to finish at the end line and get everybody on board. Because my ultimate goal is to have the entire city be on this whether you're a small agency or big agency. For cyber security, I wrote the paper for that. I want to make sure that I build something that everybody use. That they, you know, some people don't have AT uh, requirements, right, some people do. I want to make sure that all of that is, you know. And am I gonna be 100 percent right the first time? No, because you might come back and say: Hey, that really works but you know, this other part you forgot to think about it from the agent perspective, it cannot make sense with that. Definitely you should have the changes.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: So that's where I'm coming from, right. Because right now, since you're being the first one, I want to make sure that, you know, they call it gold plating but it's not really gold plating. I want to make sure that I'm able to accommodate you, your requirements, whatever it takes because I know if I do that, I'm gonna benefit.

**PETE PARADIS**: Okay. So again towards the end of this, you know, I'm not a procurement expert, et cetera, so whatever I, whatever would assist me in navigating that process if somebody says: Okay, Pete, what are you suggesting? We sole source, we do this, we do that.

**CHARLES EDWARDS**: If you want to sole source, it will be much, much cheaper for you. But if you want to go through another, you know, but want to go through GSA schedule, that's fine, I have people on GSA schedule but they're gonna charge a fee for me for that, right. Coming directly to me will be probably the fastest and cheapest, but you know, the procurement people have some rules too.

**PETE PARADIS**: Yes. Right, right.

**CHARLES EDWARDS**: Whatever it is, I'm willing to work through it to accommodate you, right. Until all that work starts, just test it. You don't, you have nothing to lose. We'll build it and give it to you, make changes, put in the demo environment, run it. And then when you're fine with it, go through the procurement thing so you have nothing to do lose at that time.

**PETE PARADIS**: Um. You've answered most of this stuff about to the cloud versus cloud server based data, so it could be done on the cloud you're saying.

**CHARLES EDWARDS**: Yeah. That's my -- that will be my recommendation because you don't have any other cost.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: And I'll give you security certifications to prove that why my site is secure and all that.

**PETE PARADIS**: That actually was the next thing because, again, just from my back history with the stuff. So, you mentioned the ATO from different agencies. Then like I would imagine a SORN would have to be, they have one now for the system but it would have to be tweaked or totally a new one done. Is that something, part of the assistance that --

**CHARLES EDWARDS**: I will assist in that.

**PETE PARADIS**: Okay. And in the uh, privacy impact, PIA?

**CHARLES EDWARDS**: Yeah.

**PETE PARADIS**: Privacy Impact Analysis?

**CHARLES EDWARDS**: That's part of the SORN. You'll need that too. I'll, you know, I will assist with, you know, get people to help with that.

**PETE PARADIS**: Um. Okay. So the e-subpoena thing is part of the first Phase 1?

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: Phase 1. Okay. And uh --

**CHARLES EDWARDS**: E-subpoena was one of the easiest to do.

**PETE PARADIS**: Okay. Okay, cause again, our, one of the deputies within counsel happened to go with me over to the demo that Sonal and the others had provided to Yvonne and whatnot, and she, they were very impressed with that. I mean, so, again, as you said, once you once you see something, you know, so, again, we didn't really get too far in the weeds, and I think she may have even talked to Sonal a little bit after the fact.

**CHARLES EDWARDS**: It is exactly the same plus 25 percent more.

**PETE PARADIS**: In the sense of speed-wise?

**CHARLES EDWARDS**: Speed-wise, the flow-wise, the template, you know. That was done -- put together quickly. So we went through and broke it apart, and each template we built back the way it's supposed to load.

**PETE PARADIS**: Okay. Because that happened after I left so I wasn't really familiar with the project and stuff.

**CHARLES EDWARDS**: I can show it to you.

**PETE PARADIS**: Yeah. Because I don't know -- I mean, I guess it was done -- was it generated out of aggravation by the INV that stuff wasn't being processed fast enough through to counsel or because I know that had been a problem from what I remember. People were saying: Hey, we generated this packet and it just sits around, we don’t know where it is, we can't track it. Was that the driving idea behind that?

**CHARLES EDWARDS**: I think so but it was created by Mooley [PH]. Mooley used to work for me. I was the one who got him on board. She built that over a weekend.

**PETE PARADIS**: Really?

**CHARLES EDWARDS**: Yeah.

**PETE PARADIS**: Huh. Okay, well because they were -- again, that's one of the things. Cause, we have similar trackability concerns. Let me leave it at.

**[01:05:04]**

**CHARLES EDWARDS**: It is. I just used your -- because we started using a generic logo, I used the logo of your site that I found on CIGIE. That's what I used.

**PETE PARADIS**: All right. Administration module, you went through. So property management, now, I think they were working on an evidence management one but I can't remember.

**CHARLES EDWARDS**: I like, I like evidence management because um, I'm trying to see where I can fit it in two or three because I do computer forensic work. That's what I teach.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: So there's no -- but I have my own ideas but I need to talk to a law enforcement agent who has worked like with the service who can tell me what are they tracking the evidence part of it. I like to have a conversation so I get an idea. Because I only built it based on what I knew from Postal. We didn't do a whole lot in DHS, forensic work, teach, so it's just, you know, I want to make sure that an agent who has experience with that doesn't laugh at it so I can have a conversation with somebody who can spend a half an hour with me and tell me.

**PETE PARADIS**: So. So, like property management, was that Phase 2?

**CHARLES EDWARDS**: Yes.

**PETE PARADIS**: And then evidence management might be 3?

**CHARLES EDWARDS**: It will follow that.

**PETE PARADIS**: Phase 2, you think? 2 or 3?

**CHARLES EDWARDS**: We can, I'm not sure 2 or 3 because I still have to have the conversation.

**PETE PARADIS**: Yes.

**CHARLES EDWARDS**: But if you know somebody who can spend a little time with me.

**PETE PARADIS**: Sure. How about, uh, I know they had -- investigations had a tech unit with agents around the country and stuff.

**CHARLES EDWARDS**: That's their investigation.

**PETE PARADIS**: That's within the investigations?

**CHARLES EDWARDS**: Yeah.

**PETE PARADIS**: Okay. Within your investigation?

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: It's not a separate module?

**CHARLES EDWARDS**: Do you want it a separate module?

**PETE PARADIS**: I think it would be probably something, again, I think the more you, as you said, let's say you had an issue with some of that stuff, you would have, you wouldn't have to

take the whole other module down if you had a, like, I'll call it a sub module, if that's the right term or whatnot. I would think but again may, from a --

**CHARLES EDWARDS**: I don't want to slow it down but --

**PETE PARADIS**: Well, from a developer standpoint or just from a, you know, again, it's like everything else, you have somebody redo their kitchen, they think they know what they want at the time they ask for it. But then two minutes later or once they see the formica countertop, they want a marble countertop. I don't want to get in that position but so maybe I guess the value add I'd be asking for what does your team believe would be the best place to put, would it be where it is or it's just one of those things where --

**CHARLES EDWARDS**: They're not, they're not agents.

**PETE PARADIS**: Because I, but may, sometimes an agent thinks they know what's best but they really don't.

**CHARLES EDWARDS**: But let's say it's probably better to have it separate or somewhere tied in with property because tech unit has all the inventory in it, right. You're gonna have, you're gonna be scanning stuff in, right, because you're going to have bar codes. You want it to have – and then if you're going to be -- let's say you're doing the Title 3 somewhere, right, I don't know if you guys do it or what.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: And you need certain things to be shipped from Louisiana to some place, right, who is being held accountable, right? And if somebody's looking for the same equipment, why do they have to call that office? They can look online and say this has been loaned over here, right?

**PETE PARADIS**: Yes, I'm with you.

**CHARLES EDWARDS**: So it's probably better to have it separate.

**PETE PARADIS**: And then you uh, they bring up a good point about the bar code type.

**CHARLES EDWARDS**: Now, this will have a bar code reader. Even my property unit will have a bar code reader.

**PETE PARADIS**: That just eliminates a lot of issues, as you can well imagine. One thing that they were working on before I left but I never got to see it was and I think it's -- it would probably be -- it's something of a sensitive security nature, but they had a confidential informant or confidential human services module?

**CHARLES EDWARDS**: Yeah, I have that. I have that.

**PETE PARADIS**: Which phase would that be?

**CHARLES EDWARDS**: That's in the first phase.

**PETE PARADIS**: Oh, in the first.

**CHARLES EDWARDS**: Confidential is there and you also have uh, you have, you have Grand Jury but the case is not Grand Jury but the document is Grand Jury, right?

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: Can I quickly use the restroom? Is that okay?

**PETE PARADIS**: Yeah. Let me bring you down there. It's down this way. No that's alright.

**[01:09:50]**

(Walking noises. Unknown female voice. Elevator.)

**[01:12:39]**

**PETE PARADIS**: I was thinking I should have uh, that was rude of me not to ask you first. [INDISCERNIBLE] so that's kind of [INDISCERNIBLE]. It's almost like it's a whole new renovation upswing. Okay. Too much more, but I just wanted to. So that the CI module, uh, that would be good so that's in Phase 1?

**CHARLES EDWARDS**: Yeah and, you know, based on, you know, who you want when you create the case as a CI case, it automatically gonna put that person, right, the case agent who is creating it as part of the team and then they can select who needs to go to that. So I'm not just by default because you could have, let's say, somebody in headquarters opening a case. It could be on somebody pretty high up there and you don't want everybody to be there. So whoever you're telling the agent to work that case and it would be off the cuff so and you can add whoever wants to can see that case.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: That's confidentiality. You also have the ability to make a case, not the case, the documents Grand Jury, you know.

**PETE PARADIS**: That's what I started writing earlier. So that's one thing that -- so is that -- Grand Jury, is that a Phase 1 item also?

**CHARLES EDWARDS**: Yes. Yes.

**PETE PARADIS**: So again just to clarify, so the CI thing, that's, that's, there's a -- I don't want to misunderstand you. Is it similar to like what SID or SIU in how the cases are firewalled off or is that about the potential, the informants themselves that's what's --

**CHARLES EDWARDS**: The case and the informants are firewalled.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: They're not, they're not mixed with anybody else, right. Because you don't want them ending up searching that.

**[01:15:02]**

**PETE PARADIS**: Correct. Right.

**CHARLES EDWARDS**: So nobody can see that. Only the people who have access to that who have been authorized to look at not only the confidential informants but even a confidential case.

**PETE PARADIS**: The record, okay. Alright. Outline the stuff you mentioned, it's Phase 1. So complaint intake, which I'm very familiar with. And then uh, so how do you, like, we don't have as many complaints. Well, strike that. We have, right now when there is a multitude of numbering systems, but we're gonna, we're looking to consolidate the numbering system. So, again, as you described the hub to me, the intake is the hub of whether it's mail, walk ins, phone calls, the online form, all that stuff. But how do you, uh I know the online form was something that I thought was a pretty cool thing --

**CHARLES EDWARDS**: You have the ability to do that too.

**PETE PARADIS**: -- over there so we would be able to do that?

**CHARLES EDWARDS**: Yeah, you'll have the ability to do that.

**PETE PARADIS**: Because we want to put the labor in the hands of the complainant, so to speak, and have them in their own words file their allegation. And the problem they had over there was, and I always thought it should be broken, locked down into four particular or how many phases, but the first one gets submitted by the complainant. That needs to be locked down and memorialized. It should never be able to be changed. The narrative of the complainant should never be able to change. Then it comes in to us and then maybe an analyst looks at it and says: Well, the complainant erroneously categorized that as procurement fraud but it's really a contract fraud. So then the analyst could make a change which initially gets memorialized but doesn't impact the first submission. And then the field SAC, they do a preliminary on it and they look at it and three weeks into it they say: Hey, it's really not even that, it's more of a wire fraud, blah blah blah. Then at the end of the day, what was the actual individual or what did they plead guilty to or what were they convicted of? False statements.

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: So to me, you have –

**CHARLES EDWARDS**: You have that document trail. You have the original one.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: The original one is gonna stay intact. And the tying it is not in the Phase 1, it's based on the feedback which not going to be tied to your website, the form, the capability is there. Because if you're going through the cloud, it's easy to tie because you're not dependent on anybody to do that. I can tie that for you. All I'll tell you is give this, this link to your web page people.

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: And ask them to include it in the web page. That's all they need to do.

**PETE PARADIS**: Now what about um, so that was the public facing. I think eventually where we tweaked was the goal was not to receive -- to limit the amount of email and standardize the receipt mechanism for allegations being received from the various agencies within the department.

**CHARLES EDWARDS**: Yours do the same thing within the department.

**PETE PARADIS**: But they had DHS connect I think it was.

**CHARLES EDWARDS**: What do you have here?

**PETE PARADIS**: I'll be honest with you. I don't know.

**CHARLES EDWARDS**: So whatever --

**PETE PARADIS**: Whatever AG uses.

**CHARLES EDWARDS**: Whatever AG uses, you can --

(Simultaneous speaking)

**PETE PARADIS**: It can be an icon or whatnot.

**CHARLES EDWARDS**: We'll just give you the link and they just have to access it.

**PETE PARADIS**: So are POCs from the compliance elements within the departments, would just utilize that as a delivery mechanism --

**CHARLES EDWARDS**: That's it.

**PETE PARADIS**: -- with the allegation data?

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: Okay. So, hm, that's pretty good.

**CHARLES EDWARDS**: And there's nothing there to stop in between. Over there you had a problem because it was sitting in a virtual server so the attachment wouldn't flow through. They all kind of – you won't have all of that.

**PETE PARADIS**: That was a big problem. We couldn't attach anything. The complainant, internally you could because it was within the firewalls I guess, but an external complainant citizen couldn't attach anything.

**CHARLES EDWARDS**: Right. Because at that time when I built that external web server, we didn't build it as a physical machine. We built it as a virtual server. So having a physical attachment to it was a problem. But it's not a problem for us going forward. We didn't think

about that when we built the virtual server over there so because we had a problem with security and that was the recommendation their security guy said why don't we have something, a virtual box that doesn't touch anything so we'll be completely isolated if somebody hacks into it. The problem was because it was so isolated nothing could attach.

**PETE PARADIS**: Okay. So at a certain point, I guess, when you said mid-Novemberish or right after Thanksgiving towards the end of November, again I'm relying a lot upon what this one subject matter expert who was involved in that Leads project that happened before I got here which was adoption of the Air Force OSI product and code and then a lot of money was spent to change it to be what we wanted. We took a, whatever, a Toyota and tried to make it a Cadillac and it just didn't really work out. So, so that's who I'm going to be relying on to look at whatever on this thing.

**[01:20:21]**

**CHARLES EDWARDS**: And have a, you look at it end of the month.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: I would like first week of December and, again, first week of December I'd like for you to test, have her test after the 15th.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: And then she, then it's done. So she can come back and said this piece of it needs to be changed because at that point we've done the testing, you see?

**PETE PARADIS**: Yes, okay. And then uh.

**CHARLES EDWARDS**: We're not gonna miss the timeline because two people are committed to it.

**PETE PARADIS**: Okay. And the last thing is I keep hearing -- well, I think a lot of it was covered but the thing I'm worried about here is if I was let's just take, say that stipulate EDS 1, so I'm trying to sell these folks on that, that concept. Now I hear that Sonal and the group are going away or maybe it's not IT but maybe somebody else is driving it, they're looking at going away from EDS and so now I'm like ugh.

**CHARLES EDWARDS**: They're going away from EDS because people are not happy and that, you know, they don't have somebody like you over there. So, it's easy, you know, um, they, if I was in their place I would, you know, first of all, they can't afford going away because no other system is going to do, whether you go to any COTS product outside, it's not exactly going to do what you're looking for. They should have gone ahead and re-upgraded it and moved forward, but there was no clear direction there. And the next thing is they don't have the money to go buy an expensive product and customize it. So I asked Sonal, I met her a few weeks back and I asked her what's the, you know, I said I'm doing that. You ought to take a look at what I've done. She said: Yeah, I wish somebody, you know, if it was not you selling it, it was somebody else,

they'll probably come and buy what you're doing because that's the direction that we need to go. So, you know, she's already expressed that stuff, you know.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: But they have so many FTEs, what are they gonna do with that?

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: Yeah, so.

**PETE PARADIS**: Because that's, again, my concern -- I don't want to have somebody over, you know, whatever in passing say oh hey we're looking at that. Really? We're going away from it. Why, why are you looking at what we're going away from? I just, I was nervous about that, so, it doesn't seem like that would be a feasible move for them to do.

**CHARLES EDWARDS**: No, they're not. They don't have the money, first of all, and there's no product out there. And if she was, she would have told me.

**PETE PARADIS**: Hm. Okay.

**CHARLES EDWARDS**: She, she texted me and she said: You know, I wish -- can I look at your system? I wish, you know, we can, you know, we don't have the resource to get what you are and your talk is well, so can I take a look at yours because we need to go that same direction.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: So.

**PETE PARADIS**: Okay. Alright. Well, again the last thing I guess and you did cover it to some extent so I don't want to seem, I'm not the budget guy but I did some checking as I mentioned in the previous email, the conversation where there, this, we have and I really don't understand the whole separation of it, but we have an ability to use some degree of petition funds, whether it's through DOJ or DOT or whatever it is. And it's for those things that are expressly in support of our law enforcement mission, et cetera.

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: They're now understanding, the people that make these decisions are more -- I shouldn't say they're not understanding, they're more inclined to be accepting of things perhaps historically which were not properly explained to them but are clearly within the support of our law enforcement mission and now we're starting to be able to, you know, obligate petition funds towards those purchase. This is something that I think is well within --- because there's no year money and all that stuff. So I think going down, you know, that's the angle I'm kind of doing transparently with them outside, you know. Again, I'm not saying it's a supplemental budget --

**CHARLES EDWARDS**: No.

**PETE PARADIS**: -- because that's not what it is. But I think at least on the front end, that's something that we could, you know, I guess conceptualize is the funding source if everybody was on board with it. So, so just relative to numbers, it's it's my understanding, so, it's the first year is 40,000.

**CHARLES EDWARDS**: Right.

**PETE PARADIS**: And then the hourly cost of one person dedicated on site.

**CHARLES EDWARDS**: That I will bring.

**PETE PARADIS**: What's that, what's that gonna hit me for the year?

**[01:25:00]**

**CHARLES EDWARDS**: I'm not going to get a very senior person. I'm going to get a midlevel person, so I don't want to give you a wrong --

**PETE PARADIS**: Give me a range though. I mean, are we talking 300 to 500,000

**CHARLES EDWARDS**: No, no, no, no.

**PETE PARADIS**: or 75,000 to 150,000?

**CHARLES EDWARDS**: No, no. It's probably 150,000. That's how much you would pay for an FTE.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: It's not going to be, I'm not doing C to C, Corp. to Corp. It's an employee so I have to give his benefits --

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: -- and I have to pay for his clearance so it's probably going to be, you know, 80 to $85 an hour range, something like that. Maximum would be 90, you know.

**PETE PARADIS**: Okay. Now, does that uh, I was a COTR years ago on something so I kind of get a little attentive to some details. The uh, the so that's a midlevel employee.

**CHARLES EDWARDS**: Yeah.

**PETE PARADIS**: How long am I guaranteed that level of skill set and knowledge versus, you know, the second year? If the second year there's not that much tweaking, development, enhancement, et cetera, does, do, is there some degree of hey I don't, I just need somebody that can come in and spot check this and --

**CHARLES EDWARDS**: Yeah, you can say I don't want to spend $80, I'd rather only want to spend only $70, you know, I can only afford 65 to $70, and I'll get you a junior person.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: You just have to tell me a little bit in advance because I have to eat the cost for the security clearance.

**PETE PARADIS**: Yes. Right. What's the time -- is there a timeframe on getting somebody up to speed with the clearance? I mean, are we talking about a six month period?

**CHARLES EDWARDS**: For the initial go around, I'll get somebody who already has clearance.

**PETE PARADIS**: Right. Okay.

**CHARLES EDWARDS**: Because I don't want to go through that.

**PETE PARADIS**: Sure. Okay.

**CHARLES EDWARDS**: So I have to steal somebody.

**PETE PARADIS**: Okay. I'm with you. And then the out years, it's just the cost of, well, it's each module package. So Phase 2 is a package.

**CHARLES EDWARDS**: It's not going to be another 40,000. It's not going to be another --

**PETE PARADIS**: Again, I'm just.

**CHARLES EDWARDS**: Yeah.

**PETE PARADIS**: -- to me it's, as long as money is properly spent and well spent, I can justify it. I don't have a problem sleeping at night. I'm just asking for the figures.

**CHARLES EDWARDS**: It'll cost, it may not cost you as much for Phase 2. It might cost you close to 40,000 for Phase 3 because it has a lot of this. Phase 2 got not as much. It might cost you maybe three-fourth of that right. But, nothing is going to be the beyond 40,000.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: I can tell you just for investigations with that hotline and I did it in DHS because I did it, I did the project initially, there was no Sonal, there was nobody there, I spent, my first contract was for 350,000 that I used uh, I went through Grant Thorton [PH] to get it.

**PETE PARADIS**: See, and I think that's the concern people have based on their past experiences and wherever they worked and stuff, and they, those are typical numbers that people throw around so everybody's like okay we're already at half a million. That's why it's one of those --

**CHARLES EDWARDS**: That. That's why we work an entirely different concept, right. If I build a skeleton, right. If I build the frame or the framework, adding the extra pieces is not going to cost as much and my goal is not just you. My goal is the entire city so I can split the cost, right?

**PETE PARADIS**: Okay. Like a shared cost.

**CHARLES EDWARDS**: Yeah. So it's not going to be a huge burden for somebody. If I get ten IGs together and I'm able to do that, that's plenty enough. Everybody else will come automatically.

**PETE PARADIS**: Right.

**CHARLES EDWARDS**: Yeah. So because everybody, everybody, you know, even if you're doing joint investigations and they're reporting numbers, the numbers are all screwed up anyways, so. Everybody should get the credit that's due, but there's, you know, always double count, right. So, that's why this, you know, to me, because I'm so small and I'm not used to huge team to come up with the concept, it's just me, and talking to other people who work for me came up with that that's why this the requirements was we spent a lot of money requirements over there. We probably spent close to 150 to 200,000 just on requirements piece of it. That part of it we did not do because I kind of came up with the whole thing because of my experience and I had one year of free time. You know, I wasn't working. I was fully focused on that so I said I have my last shot, you know. I want to -- if we want to leave something behind um, that I did that -- I started in 2000, right. That was the first time. I don't know if you ever heard that story.

**PETE PARADIS**: No.

**[01:30:01]**

**CHARLES EDWARDS**: So, I, I went to Postal IG in the year 2000. IG called me. I was the deputy CIO there. The IG called and asked me and said: I'm hiring this AIG from NASA and his name is Sam Maxi and I want you to go take the system that they have and build it, bring it in here. So I said: You know what, um, that won't really work. She said: If you don't do that in 30 days, I'm going to fire you. This was her straight words. So, I went to Sam Maxi and I said: You know what, I'm an Oracle guy, I've gone there and looked at it. It's Access, it's not what you want but I know you like document submission and approval process and we have 302 comes down and you fill it in and submit an IR and all that. I get it. I will do the same thing. He said: You know what, we won't tell her that but I'll give you, it's February first week, I'll give you time till April if you're able to do that, right. So what I did was I went, and I don't know if you know Dan Rocku [PH] was in the service.

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: So Dan Rockus was the deputy IG at the time so I submitted to Dan and Russ Barbie [PH]. So Dan gave me Rose Madden who was an investigative analyst, who is in SBA now, myself, Russ Barbie, and Rose, we sat in a conference room like this. I told Russ I said: Don't tell me what technology to use, don't tell me what system to use. You just tell me as an investigator and as a manager what the process is. And I will try to, and we sat and picked the table and draw pictures. That's what we did all day. We did that for one week. Then I went with Rose and then I had some investigative um, you know,1810s and then I have managers talk to every one of them. In one week, I had the requirements, right. I went and build that. April

15th I did not have any contractors, I went that weekend. It was built in cold fusion. I bought a book on cold fusion and hired a girl named Indu [PH] and Melissa, hired those people and we built it together. April 15th we were done. You can ask Russ Barbie too. Now, it was just fantastic and we traced the whole country with our system. There was a few errors there. By June, end of June, we had a system fully functioning. That was the first system. 17 agencies took copies of that, right. We call it --

**PETE PARADIS**: Paris, I think.

**CHARLES EDWARDS**: It used to be Post It before, right. Pushed It [PH], we said. But then Dave Williams came. He didn't like the name Post It, he changed it to Paris. It's the same thing, right, so that's where it started, right. So everywhere I've gone, I've kind of improvised on it and thought more of it. Came to TSA, did the same thing. Came to DHS OIG. They had IDMS.

**PETE PARADIS**: Yes.

**CHARLES EDWARDS**: It was screwed up so I went ahead and replaced it. So I have a lot of experience in that so the cost-wise is not as much compared to the rest of them because I don't have the overhead. It's just one man trying to build this with 12 programmers. That's why it's gonna be.

**PETE PARADIS**: Okay. Well, I appreciate your time. Sorry about the --

**CHARLES EDWARDS**: No.

**PETE PARADIS**: -- miscommunication maybe about were we on or were we not today.

**CHARLES EDWARDS**: Sure.

**PETE PARADIS**: I'm anxious, as you can well imagine, --

**CHARLES EDWARDS**: I know, I want to, I am too.

**PETE PARADIS**: -- to look at it. The uh, so what I'll do, I know my takeaways are you were looking for somebody that's familiar with the evidence process from start to finish, so to speak.

**CHARLES EDWARDS**: Yeah, they can just talk to me over the phone.

**PETE PARADIS**: So I'll get you somebody like that. And then if uh, at some point you might be able to --

**CHARLES EDWARDS**: I'm going to write it and send it to you. Just give me a couple days after Thanksgiving and I'll have it for you.

**PETE PARADIS**: Sure. Okay. Alright. There's so much going on now that really it's a good time because well this leave coming up and all that so nobody's really hawking me for hey, where are we at? It's already FY17, Pete, a month's gone by.

**CHARLES EDWARDS**: Gotch you.

**PETE PARADIS**: I've got a little breathing room, but I don't have that much breathing room.

**CHARLES EDWARDS**: No, no, I got it. Can I ask you another question, something totally off?

**PETE PARADIS**: Yeah.

**CHARLES EDWARDS**: Yeah, I'm working for these people, right. I'm also, all the agencies I support, right. We are trying go after a few contracts in the farm agency but I don't know anybody. I want know is there somebody the CIO shop or somebody, I don't, I'm not looking for any inside information.

**PETE PARADIS**: No. Now, in the farm agency you said?

**CHARLES EDWARDS**: Yeah, the farm agency. Um, It's the animal plant and health inspection service.

**PETE PARADIS**: Yeah, APHIS, A-P-H-I-S. Okay, looking for – relative to technology?

**CHARLES EDWARDS**: Yeah, they're doing some IT modernization. I just want to know what what what are they looking for, what's it about just to have --

**PETE PARADIS**: Somebody to talk to.

**CHARLES EDWARDS**: Yeah.

**PETE PARADIS**: All right. I'll get somebody. I'll ask around and I don't know anybody offhand, but I'll get the right -- it's an IT modernization project that they're starting to look at over in APHIS. Okay. Sure.

**CHARLES EDWARDS**: And if there's anything else, can I just send a text and say do you know anybody?

**[01:35:23]**

**PETE PARADIS**: Sure.

**CHARLES EDWARDS**: If you can just introduce me.

**PETE PARADIS**: Definitely. Alright. Like I say, I appreciate it and I know, again, they still -- time has passed since that Leads fiasco but not that much time --

**CHARLES EDWARDS**: No.

**PETE PARADIS**: -- and they're very

**CHARLES EDWARDS**: No.

**PETE PARADIS**: -- hypersensitive to --

**CHARLES EDWARDS**: There's nothing let it slip and I assure you I'll have the paper and for you to look at, at least some parts of it, by the end of the month or beginning of the month, and then the full uh, your Leads person can look at it after the 15th.

**PETE PARADIS**: Okay. Beautiful. Alright.

**CHARLES EDWARDS**: I'll give you, I'll send you the URL, there's no laptop to carry. No matter where she is, --

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: -- she can just --

**PETE PARADIS**: Excellent.

**CHARLES EDWARDS**: -- access it with that IT username.

**PETE PARADIS**: Okay. Sounds good. I appreciate it. It looks like it's decent whether outside today. No rain. That's good.

[INDISCERNABLE CHATTER]

**PETE PARADIS**: It doesn't seem that long to walk it.

**CHARLES EDWARDS**: Is it?

**PETE PARADIS**: Yeah, when you go from corner to corner it very long. Finally finished building the grass in the Mall project and all the sprinklers installed and everything, but they still have it roped off so no people can go walk on the new grass. It looks nice. I'm not sure if you have to sign out. I don't think so. I'll ask. Pardon me, does my visitor have to actually sign out or is he good to go? He's good? Okay. Alright. Thank you very much. You go through that one.

**UNIDENTIFIED VOICE**: Thank you so much. Thank you.

**PETE PARADIS**: Alright. Like I said, I appreciate it, and uh, you know, I'm anxious to, I'm anxious to get out of the dark ages and move into --

**CHARLES EDWARDS**: Absolutely, me too. Me too. I'm looking forward.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: Hopefully you like when it's finished when you see it and uh, hope to have -- to work with you.

**PETE PARADIS**: Okay.

**CHARLES EDWARDS**: For quite some time.

**PETE PARADIS**: Thanks again.

**CHARLES EDWARDS**: Thank you.

[WALKING NOISES]

**DAMON THOMPSON:** The time is approximately 12:14. The recording will end now.

**[01:39:54 End of Recording]**