## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee,** | ) | |
| | ) | |
| vs. | ) | **No. 24-3021** |
| | ) | |
| **MURALI VENKATA,** | ) | |
| | ) | |
| **Appellant.** | ) | |
| | ) | |

## APPELLANT'S MOTION FOR CORRECTION OF RECORD

Appellant Murali Yamuzala Venkata, through undersigned counsel, respectfully moves this Court to correct a typographical error on the docket. It has recently come to the undersigned's attention that defendant's name has been spelled incorrectly in all proceedings in the district court and the Court of Appeals. In both his district court case and in this appeal, Mr. Venkata's second name has been spelled "Yamazula." *See* Case No 20-cr-66, ECF No. 1 (March 5, 2020) (indictment). Mr. Venkata's second name, however, is correctly spelled "Yamuzala." In light of this representation, Mr. Venkata requests that his name be correctly spelled on the docket. The government has no

1

objection to his motion.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
MATTHEW L. FARLEY
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500
Matthew_Farley@fd.org

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

I hereby certify, pursuant to Federal Rule of Appellate Procedure 32(a), that the foregoing Motion to Govern was prepared in monospaced typeface using Century Schoolbook 14-point font and contains 109 words in compliance with the Court's type-volume limits.

/s/
MATTHEW L. FARLEY
Assistant Federal Public Defender