# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3021**                    **September Term, 2025**

**1:20-cr-00066-RDM-2**

**Filed On: May 26, 2026** [2175101]

United States of America,

        Appellee

    v.

Murali Yamuzala Venkata,

        Appellant

## O R D E R

Upon consideration of appellant's motion for correction of the record, it is

**ORDERED** that the motion be granted. The Clerk is directed to correct the record accordingly.

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

        BY:    /s/
              Scott H. Atchue
              Deputy Clerk