**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF COLUMBIA**
**SUITE 550**
**625 INDIANA AVENUE, N.W.**
**WASHINGTON, D.C.  20004**

**A.J. KRAMER**                                                                    **Telephone (202) 208-7500**
*Federal Public Defender*                                                          **FAX (202) 208-7515**

**MATTHEW L. FARLEY**
*Assistant Federal Public Defender*

June 4, 2026

Clifton Cislak, Clerk
United States Court of Appeals
For the District of Columbia Circuit
333 Constitution Ave. NW, Room 5423
Washington, D.C. 20001-2866

RE: *United States v. Murali Yamuzala Venkata*, No. 24-3021

Dear Mr. Cislak,

Pursuant to D.C. Circuit Handbook Part X(D), I am writing to inform the Court of my unavailability for oral argument in the case of *United States v. Murali Yamuzala Venkata.* I will be unavailable from September 7, 2026, through September 11, 2026, and respectfully request that the Court not schedule oral argument during this period.

Sincerely,

_____/s/_____
Matthew L. Farley
Assistant Federal Public Defender

cc:
Celia Choy, Esq.
Celia.Choy@usdoj.gov
Counsel for Appellee