# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-3021**                    **September Term, 2025**

**1:20-cr-00066-RDM-2**

**Filed On: June 29, 2026** [2180923]

United States of America,

        Appellee

    v.

Murali Yamuzala Venkata,

        Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on September 25, 2026, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

        BY:    /s/
               Michael C. McGrail
               Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)