# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3021** **September Term, 2026**

**1:20-cr-00066-RDM-2**

**Filed On: September 22, 2026** [2194399]

United States of America,

Appellee

v.

Murali Yamuzala Venkata,

Appellant

**O R D E R**

It is **ORDERED**, on the court's own motion, that Circuit Judge Rao, and Senior Circuit Judges Edwards and Randolph now constitute the panel assigned to hear this case, which is scheduled for oral argument on September 25, 2026, at 9:30 A.M.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk