# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3021** **September Term, 2026**

**1:20-cr-00066-RDM-2**

**Filed On: September 25, 2026** **[2194968]**

United States of America,

Appellee

v.

Murali Yamuzala Venkata,

Appellant

**BEFORE:** Circuit Judge Rao, and Senior Circuit Judges Edwards and Randolph

**COURTROOM MINUTES OF ORAL ARGUMENT**

PROCLAMATION BEING MADE, the Court opened on Friday, September 25, 2026 at 9:35 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

Matthew Lee Farley (FPD), counsel for Appellant.

Celia Choy (DOJ), counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Jaime T. Stratton
Deputy Clerk